**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

| | |
|---|---|
| Contempo Florida Holidays Limited, Inc. | Case No.: 8:19-bk-11518-MGW |
|  | Chapter 7 Case |
| Debtor. | |

_____/

| | |
|---|---|
| Douglas N. Menchise, Chapter 7 Trustee | |
| Plaintiff, | |
| | |
| v. | Adv. No.: 8:20-ap-_____ |
| | |
| ExpoCredit, LLC | |
| Defendant. | |

_____/

<u>**COMPLAINT**</u>

Douglas N. Menchise, as Chapter 7 Trustee (the **"Trustee"**), by and through the undersigned counsel, hereby files this his Complaint against ExpoCredit, LLC (**"ExpoCredit"**), and states as follows:

## I.      NATURE OF ACTION

1.      This is an adversary proceeding seeking damages for breach of contract, avoidance of certain transfers, and an accounting against ExpoCredit.

## II.      JURISDICTION AND VENUE

2.      This is an adversary proceeding brought pursuant to Rule 7001 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), §§ 105, 541, 544, 547 and 550 of the Bankruptcy Code, seeking damages and other relief related to the Debtor's property.

3.      This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157(b) and 1334(b).

4.      Venue is proper in this district pursuant to 28 U.S.C. § 1409(a).

5.      This adversary proceeding relates to the Chapter 7 case of Contempo Florida Holidays Limited, Inc., Case No. 8:19-bk-11518-MGW.

6.      This proceeding constitutes a "core" proceeding within the meaning of 28 U.S.C. § 157(b) and the Court may enter final orders for the matters contained herein.

7.      To the extent that any claim asserted herein constitutes a non-core proceeding and/or if this Court lacks Constitutional authority to enter a final judgment on any claim asserted herein, the Trustee hereby consents to the entry of final orders and judgment by this Court pursuant to Bankruptcy Rule 7008.

## III.    THE PARTIES

8.      Defendant, ExpoCredit, LLC, is a Florida limited liability company with its principal place of business in Miami, Florida.

9.      Contempo Florida Holidays Limited, Inc. (**"Contempo"** or the **"Debtor"**) is a Florida corporation whose principal place of business was in Davenport, Florida.

## IV.    FACTUAL BACKGROUND

10.     Contempo operated a vacation-home rental agency offering various services to facilitate guest accommodations and travel stays in and around Florida.

11.     Having built an expertise in guest and travel accommodations, Contempo entered into discussions with Virgin Holidays Limited, Inc. (**"Virgin"**) to assist Virgin in managing Virgin's customers' travel stays in Florida.

12.     Thereafter, Virgin entered a series of contractual arrangements with Contempo, pursuant to which Contempo assisted Virgin in providing accommodations for, and services to, Virgin's customers.

**The Factoring Agreement with ExpoCredit**

13.     In an effort to ensure adequate capital and necessary cash flow, Contempo and

ExpoCredit entered into an agreement entitled "EXPOCREDIT LLC FACTORING

AGREEMENT" on February 8, 2013 (the "Factoring Agreement"). A true and correct copy of the

Factoring Agreement is attached hereto as **Exhibit "1"**.

14.     The Factoring Agreement defined "Net Invoice Amount" as the "gross invoice

amount" of any invoice assigned to ExpoCredit "less any applicable taxes, credits, selling

discounts, or other deductions, all as indicated on the face of the invoice." *See* Ex. 1, p. 4, ¶ xi.

15.     The schedule of charges incorporated into the Factoring Agreement provided that

with respect to each invoice assigned to ExpoCredit:

> (b)     ExpoCredit shall remit the Purchase Price as follows:
>
> (i)     On ExpoCredit's receipt of the Purchased Account, the
> Initial Advance, equal to the percentage set forth on Exhibit "B"
> hereto as the Initial Advance of the Net Invoice Amount.
>
> (ii)     On ExpoCredit's receipt of cleared funds equal to the full
> amount owing on the Purchase Account, the Balance Payment,
> equal to the percentage set forth on Exhibit "B" hereto as the
> Balance Payment, minus any other amounts due to ExpoCredit
> under this Agreement ("Other Charges") minus the applicable
> Factoring Commission.

*See* Ex. 1, p. 8, ¶ 16

16.     Exhibit B to the Factoring Agreement further specified that the "Initial Advance"

constituted "80% of the Net Invoice Amount" (hereinafter, the "Advance Payment") and the

"Balance Payment" constituted "20% of the Net Invoice Amount" (hereinafter the "Balance

Payment"). *See* Ex. 1, p. 20.

17.     In other words, ExpoCredit would initially advance eighty percent (80%) of the Net

Invoice Amount as the Advance Payment for any invoice assigned to ExpoCredit (the **"Factored**

Invoices"), with the remaining twenty percent (20%) paid to Contempo upon Virgins' customers' payment in full of the Factored Invoices, as the Balance Payment.

18.     With respect to ExpoCredit's Balance Payment, "any other amounts due to ExpoCredit" including "the applicable Factoring Commission" were to be deducted from the remaining twenty percent (20%). *See* Ex. 1, p. 8, ¶ 16.

19.     The Factoring Commission was calculated as follows:

**Days Outstanding**               **Applicable Percentage of Net Invoice Amount**
(from disbursement date)

0-15                          0.90%
0.06% Increments for every day thereafter.

*Applicable percentage based on the net invoice amount.

20.     Accordingly, ExpoCredit's commission was calculated as a percentage of, and otherwise capped by, the amount of the Balance Payment.

21.     At the same time, for those Factored Invoices paid by customers sooner than 15 days following ExpoCredit's disbursement of the Advance Payment, Contempo could expect to receive, at minimum, two percent (2%) of the Balance Payment even when deducting ExpoCredit's commission.[1]

22.     Further, for every Factored Invoice paid by Virgin's customers 0 to 15 days from the disbursement of ExpoCredit's Advance Payment, Contempo could expect to receive, overall eighty-two percent (82%) of the Net Factored Invoice amount, inclusive of the Advance Payment

---

[1] For example, if ExpoCredit purchased an invoice for $100.00 from Contempo, $80.00 was paid to Contempo as the Advance Payment, with $20.00 as the Balance Payment to be paid upon Virgins' customers' payment of the Factored Invoice in full. If such invoice was paid by Virgin's customer, within 15 days of ExpoCredit's disbursement of the Advance Payment, then ExpoCredit's commission would be no greater than ninety percent (90%) of the balance payment, to wit: $18.00.

and Balance Payment, with Contempo receiving the other eighteen percent (18%) as its Factoring Commission.[2]

23.     ExpoCredit failed to remit the amounts owed to Contempo, namely the Balance Payment(s), consistent with the contractually agreed fee schedule, despite ExpoCredit receiving payment on various invoices in full from Virgin.

24.     Similarly, ExpoCredit failed to account for all amounts due to Contempo pursuant to ExpoCredit's obligations consistent with the Factoring Agreement.

## The Accounts Receivable Assigned to ExpoCredit

25.     Following the execution of the Factoring Agreement, Contempo began assigning various accounts receivable to ExpoCredit as follows:[3]

> (a)     On October 10, 2019, Contempo assigned 113 invoices to ExpoCredit, totaling $172,994.98 in accounts receivable otherwise owed to Contempo. A true and correct copy of this assignment is attached hereto as **Exhibit "2"**;

> (b)     On October 16, 2019, Contempo assigned 97 invoices to ExpoCredit totaling $201,776.34 in accounts receivable otherwise owed to Contempo. A true and correct copy of this assignment is attached hereto as **Exhibit "3"**;

> (c)     On October 22, 2019, Contempo assigned 78 invoices to ExpoCredit totaling $165,338.49 in accounts receivable otherwise owed to Contempo. A true and correct copy of this assignment is attached hereto as **Exhibit "4"**;

> (d)     On October 25, 2019, Contempo assigned 106 invoices to ExpoCredit totaling $197,225.13 in accounts receivable otherwise owed to Contempo. A true and correct copy of this assignment is attached hereto as **Exhibit "5"**;

> (e)     On October 29, 2019, Contempo assigned 132 invoices to ExpoCredit totaling $221,576.55 in accounts receivable otherwise owed to Contempo. A true and correct copy of this assignment is attached hereto as **Exhibit "6"**;

---

[2] According to the Factoring Agreement's plain language, for any Factored Invoice not paid by Virgin's customers within seventeen (17) days after ExpoCredit's disbursement of the Advance Payment, ExpoCredit would likely be entitled to retain the entire Balance Payment.

[3] The Trustee reserves the right to amend these assignments to add additional ones as discovered.

(f)     On November 4, 2019, Contempo assigned 88 invoices to ExpoCredit totaling $136,594.38 in accounts receivable otherwise owed to Contempo. A true and correct copy of this assignment is attached hereto as **Exhibit "7"**;

(g)     On November 7, 2019, Contempo assigned 74 invoices to ExpoCredit totaling $110,221.46 in accounts receivable otherwise owed to Contempo. A true and correct copy of this assignment is attached hereto as **Exhibit "8"**;

(h)     On November 15, 2019, Contempo assigned 114 invoices to ExpoCredit totaling $175,864.37 in accounts receivable otherwise owed to Contempo. A true and correct copy of this assignment is attached hereto as **Exhibit "9"**;

(i)     On November 27, 2019, Contempo assigned 64 invoices to ExpoCredit totaling $119,045.72 in accounts receivable otherwise owed to Contempo. A true and correct copy of this assignment is attached hereto as **Exhibit "10"**.

26.     The above-described transfers (hereinafter, the "Fraudulent Transfers") were all made within two (2) years of the Petition Date. *See* Ex. B through J.

27.     In total, the face amount of accounts receivable constituting the Fraudulent Transfers totaled $1,505,637.42.

28.     On information and belief, ExpoCredit did remit the Advance Payment for each of these invoices, accounting for approximately $1,204,509.93.

29.     However, ExpoCredit failed to remit the other amounts owed to Contempo, namely the Balance Payment(s) totaling approximately $301,127.49, consistent with the contractually agreed fee schedule, and despite ExpoCredit receiving payment on various invoices in full from Virgin.

30.     The Factoring Agreement further provides:

> **Attorneys' Fees and Costs.** In any action to enforce or which otherwise concerns this agreement, the prevailing Party shall be entitled to recover Attorney's fees, costs and expenses from the losing party.

Ex. 1, p. 18, ¶ 27(m).

**The Bankruptcy Case**

31.    On December 5, 2019 (the "Petition Date"), Contempo filed its voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

32.    On January 28, 2020, the Trustee was appointed to administer Contempo's Chapter 7 estate (Doc. 30).

## V.    CLAIMS FOR RELIEF

### <u>COUNT I – BREACH OF CONTRACT</u>

33.    The Trustee re-alleges and incorporates by reference paragraphs 1 through 32 of this Complaint as if fully set forth herein.

34.    This is an action for breach of contract against ExpoCredit.

35.    Upon commencement of this bankruptcy case, and on the Petition Date, all legal and equitable interests of Contempo became property of the estate pursuant to 11 U.S.C. § 541(a)(1).

36.    Accordingly, the Trustee is entitled to pursue such causes of action against ExpoCredit on behalf of, and for the benefit of, Contempo.

37.    Contempo's Factoring Agreement with ExpoCredit required that ExpoCredit remit the Balance Payment(s) to Contempo for all Factored Invoices once such invoices were paid in full by Virgin's customers.

38.    Notwithstanding the payment by Virgin's customers to ExpoCredit on the Factored Invoices, ExpoCredit failed to remit the Balance Payment(s), less its commission, to Contempo in breach of the Factoring Agreement.

39.     Specifically, the Factoring Agreement provided that with respect to each invoice assigned to ExpoCredit:

> (ii)     On ExpoCredit's receipt of cleared funds equal to the full amount owing on the Purchase Account, the Balance Payment, equal to the percentage set forth on Exhibit "B" hereto as the Balance Payment, minus any other amounts due to ExpoCredit under this Agreement ("Other Charges") minus the applicable Factoring Commission.

Ex. 1, p. 8, ¶ 16

40.     Rather than paying Contempo the Balance Payment(s), less any applicable "Factoring Commission," ExpoCredit failed to remit any such Balance Payments vis-à-vis the Factored Invoices to Contempo. *See* Ex. 1, p. 8, ¶ 16.

41.     ExpoCredit's failure to remit such Balance Payment(s) occurred despite such invoices being paid in full by Virgin's customers.

42.     ExpoCredit's failure to pay the Balance Payment(s) is a material breach of the Factoring Agreement.

43.     Contempo was harmed by ExpoCredit's breach because it received less than contractually required for the Factored Invoices, and was therefore left without sufficient capital to continue doing business.

44.     To date, ExpoCredit failed to remit payment on these various invoices in breach of the Factoring Agreement and instead claims it is owed money by way of a proof of claim filed in the related bankruptcy case.

45.     Additionally, the Factoring Agreement requires ExpoCredit to provide to Contempo a monthly accounting:

> **Account Statement.**  Once each month, ExpoCredit shall render an Account Statement to [Contempo] with respect to the [Factored Invoices] sold during the previous month, including any advances

> made by ExpoCredit, collections received by ExpoCredit, and charges made to [Contempo's] Account under this Agreement. The Account Statement shall be updated each and every time there is a transaction concerning the [Contempo] Account.

Ex. 1, p. 14, ¶ 19.

46.     Notwithstanding ExpoCredit's failure to comply with these contractual obligations, Contempo is further entitled to an accounting of all advances made by ExpoCredit, collections received by ExpoCredit, and any and all charges made by ExpoCredit to Contempo's account under the Factoring Agreement.

47.     The Trustee has engaged the offices of Shumaker, Loop & Kendrick, LLP in this matter and is required to pay them a reasonable fee for their services.

**WHEREFORE**, the Trustee respectfully requests the Court to require ExpoCredit to furnish an accounting to Contempo, including all other entities ExpoCredit owns, operates, or controls concerning Contempo's Factored Invoices and other business transactions with Contempo, award damages to Contempo and against ExpoCredit in an amount to be determined at trial, including attorneys' fees and costs, and for such other relief as is just and necessary.

## COUNT II – ACCOUNTING

48.     The Trustee re-alleges and incorporates by reference paragraphs 1 through 32 of this Complaint as if fully set forth herein.

49.     Notwithstanding the rights enumerated in the Factoring Agreement, an equitable right of accounting should be provided for due to the extensive and complicated transactions by and between the Debtor and ExpoCredit.

50.     To quantify the amount of assets and funds possessed by third parties, inappropriately conveyed or converted, an accounting is needed of: (i) all transfers of assets and

funds from ExpoCredit and/or third-party payors of the invoices, such as Virgin, to the Debtor or by and between ExpoCredit and Virgin and any other third party(ies) and (ii) all revenue generated and expenses incurred by ExpoCredit, or passed through to it by Virgin and/or other third party(ies), from the Petition Date to the present date, as well as any additional appreciation, interest, profits, commissions, and other enhancements resulting therefrom.

51.     Complete information regarding the transfers, income, and expenses is within the possession, custody, and control of ExpoCredit.

52.     These issues involve complicated and extensive accounts previously withheld from the Trustee and it is not clear that the remedy at law would be as full, adequate, and expeditious as it is in equity without such information.

53.     The Trustee lacks an adequate remedy at law without the additional information afforded by an accounting that would provide, with particularity, the transactions and other transfers of value vis-à-vis the Debtor, ExpoCredit and Virgin.

54.     As such ExpoCredit must account to the Trustee for all property comprising the Debtor's business and in the custodial possession of the Defendants.

**WHEREFORE**, the Trustee respectfully requests the Court to order either an equitable or statutory accounting from the Debtor, ExpoCredit, inclusive of its dealings with third party payors such as Virgin, and all other entities ExpoCredit owns, operates, or controls concerning the Debtor's account receivables and other business transactions with the Debtor and providing such other and further relief as the Court may deem just and proper.

## COUNT III – AVOIDANCE OF FRAUDULENT TRANSFER PER § 548(a)(B)

55.     The Trustee re-alleges and incorporates by reference paragraphs 1 through 32 of this Complaint as if fully set forth herein.

56. This is an action for avoidance of fraudulent transfers against ExpoCredit pursuant to 544 and 548 of the Bankruptcy Code.

57. The Fraudulent Transfers occurred between October 10, 2019 and November 27, 2019, as set forth in paragraph 24, above.

58. The face amount of the invoices making up the Fraudulent Transfers totaled $1,505,637.42.

59. On information and belief, ExpoCredit did remit the Advance Payment for each of these invoices, accounting for approximately $1,204,509.93.

60. However, ExpoCredit failed to remit the other amounts owed to Contempo, namely the Balance Payment(s) totaling approximately $301,127.49, consistent with the contractually agreed fee schedule, and despite ExpoCredit receiving payment on various invoices in full from Virgin.

61. Accordingly, the Fraudulent Transfers were transfers of an asset or property of the Debtor within the meaning of § 544(b)(1) of the Bankruptcy Code.

62. The Fraudulent Transfers constitute avoidable fraudulent transfers because they:

    a. were a transfer of an interest of the Debtor in property, namely the Factored Invoices;

    b. occurred on dates between October 10, 2019 and November 27, 2019, all of which are within two (2) years of the Petition Date; and

    c. were all transfers for which the Debtor received less than reasonable equivalent value in exchange—as no Balance Payments were ever received following such transfers.

63.    Further, the Fraudulent Transfers were made at a time when Contempo was insolvent or, at the very least, resulted in Contempo's insolvency.

64.    Specifically, the Fraudulent Transfers occurred during a time in which Contempo possessed unreasonably small capital to continue its business operations and ultimately precipitated Contempo's bankruptcy filing.

65.    Even without this, and at the very least, Contempo was rendered insolvent by the Fraudulent Transfers because no reasonably equivalent value was provided in exchange by ExpoCredit, namely the Balance Payment(s) due and owing.

66.    As set forth in the foregoing paragraphs, the Fraudulent Transfers were fraudulent transfers under § 548(a)(B), and are therefore avoidable and recoverable from ExpoCredit pursuant to §550 of the Bankruptcy Code.

**WHEREFORE**, the Trustee respectfully requests this Court enter a judgment against ExpoCredit determining that all or part of the Fraudulent Transfers to the Defendant  were fraudulent, and avoiding such transfers for the benefit of the estate pursuant to 11 U.S.C. §548, and awarding any additional relief this Court deems necessary and proper.

## COUNT IV – LIABILITY FOR AVOIDED TRANSFERS PER 11 U.S.C. § 550

67.    The Trustee re-alleges and incorporates by reference paragraphs 1-32, 33–47 and 55-66, of this Complaint as if fully set forth herein.

68.    This is an action to recover the Fraudulent Transfers, or their value, pursuant to 11 U.S.C. § 550(a).

69.    To the extent that the Fraudulent Transfers are avoided as requested above, § 550 entitles the Trustee to recover the fraudulently-transferred property, or its value, from the

immediate transferee or the entity for whose benefit such transfer was made, or from any immediate or mediate transferee.

70.     The Fraudulent Transfers are avoidable transfers that may be recovered for the benefit of the Debtor's Estate.

71.     ExpoCredit was the initial or mediate transferee of the Fraudulent Transfers, and such transfers were to or for ExpoCredit's benefit.

72.     As Contempo owed nothing to ExpoCredit, ExpoCredit did not utilize the Fraudulent Transfers for value to satisfy or secure a present or antecedent debt.

73.     Accordingly, 11 U.S.C. § 550(a) allows the Trustee to recover the Fraudulent Transfers or their value from ExpoCredit, plus interest thereon, for the benefit of the Debtor's Estate.

**WHEREFORE**, the Trustee respectfully requests this Court enter judgment against Defendant for damages in an amount to be determined at trial, along with interest, costs and reasonable attorneys' fees, if applicable, and for such other relief as is necessary and proper.

## COUNT V – OBJECTION TO CLAIM NO. 96

74.     The Trustee re-alleges and incorporates by reference paragraphs 1-28, 31-40, 55-66, and 67-71 of this Complaint as if fully set forth herein.

75.     The Trustee objects to ExpoCredit's secured claim in the amount of $1,449,243.65 filed on April 7, 2020 as Claim No. 96 (hereafter the "Claim No. 96").

76.     The Trustee objects to Claim No. 96 based on reasons which include, but are not limited to: (a) set-off, recoupment, and damages based upon the allegations and claims set forth in the instant Adversary Complaint including, but not limited to, (i) ExpoCredit's Breach of Contract in failing to remit Balance Payment(s) owed to the Debtor, (ii) ExpoCredit's fraudulent transfers

which diverted assets away from the Debtor to the exclusion and detriment of the Debtor, the

Debtor's owners, and the Debtor's lawful creditors and ExpoCredit's resulting liability for same.

77.     Each of the foregoing grounds justify disallowance of Claim No. 96, along with

other objections, if any, to be determined through discovery.

**WHEREFORE**, the Trustee respectfully requests that this Court disallow any and all of

ExpoCredit's proof of claims(s), inclusive of Claim No. 96, and for such other relief as is just and

necessary

### COUNT VI – DISALLOWANCE OF ALL CLAIMS PER § 502(d) and (j)

78.     The Trustee re-alleges and incorporates by reference paragraphs 1-28, 31-40, 55-

66, and 67-71 of this Complaint as if fully set forth herein.

79.     ExpoCredit is an entity from which property is recoverable under § 550 of the

Bankruptcy Code.

80.     ExpoCredit is a transferee of the Fraudulent Transfers avoidable under § 548 of the

Bankruptcy Code.

81.     ExpoCredit has not paid the amount of the Fraudulent Transfers, or turned over

such property, for which ExpoCredit is liable under § 550(a) of the Bankruptcy Code.

82.     Pursuant to § 502(d) of the Bankruptcy Code, any and all claims of ExpoCredit

and/or its assignee, inclusive of Claim No. 96, against Contempo's Chapter 7 Estate, or previously

allowed by Contempo, must be reconsidered and disallowed until such time as ExpoCredit pays to

Contempo an amount equal to the aggregate amount of the Fraudulent Transfers, plus interest

thereon and costs.

83.     Accordingly, 11 U.S.C. § 502 allows the Trustee to disallow any and all proof of

claims filed by ExpoCredit, inclusive of Claim No. 96, until such time as ExpoCredit pays to

Contempo an amount equal to the aggregate amount of the Fraudulent Transfers, plus interest thereon and costs.

**WHEREFORE**, the Trustee respectfully requests this Court disallow any and all of ExpoCredit's proof of claims(s), inclusive of Claim No. 96, and for such other relief as is just and necessary.

Respectfully submitted,

**SHUMAKER, LOOP & KENDRICK, LLP**

BY: _/s/ Steven M. Berman_____
     **STEVEN M. BERMAN, ESQ.**
     Florida Bar No.:  856290
     Primary E-Mail: sberman@shumaker.com
     Secondary E-Mail: khunter@shumaker.com
     101 E. Kennedy Blvd., Suite 2800
     Tampa, Florida 33602
     Phone (813) 229-7600
     Facsimile (813) 229-1660
     *Counsel for Trustee Douglas M. Menchise,*
     *Ch. 7 Trustee*

Exhibit 1

### EXPOCREDIT LLC
### FACTORING AGREEMENT

This Factoring Agreement ("**Agreement**") is entered into this 8ᵀᴴ day of February 2013 by and between the customer whose signature appears below ("**Customer**") and ExpoCredit LLC ("**ExpoCredit**"). Customer and ExpoCredit are sometimes collectively referred to as "**Parties**" and sometimes individually referred to as "**Party**."

### Preliminary Statement

A.     Customer is in the business of providing goods or services to third parties and is interested in selling to ExpoCredit accounts receivables and purchase orders generated from Customer's business;

B.     ExpoCredit is in the business of factoring accounts receivable and purchase orders on a direct notification, or if permitted by ExpoCredit, a non-notification basis; and

C.     The Parties desire to provide for the terms and conditions of factoring services to be provided by ExpoCredit to Customer, in accordance with this Agreement.

Now, Therefore, in consideration of the mutual promises set forth below, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Customer and ExpoCredit agree as follows.

1.     **Definitions and Rules of Construction.**  As used in this Agreement, unless the context requires a different meaning or as otherwise specified, the following terms shall have the indicated definitions and the following rules of construction shall apply.

(a)     **Definitions.**

(i)     "**Account**" has the definition contained in § 679.1021(1)(b), Fla. Stat. (2008), and shall include all Accounts that arise from purchase orders provided to Customer.

(ii)     "**Account Debtor**" means an Account debtor of Customer.

(iii)     "**Account Statement**" means a statement rendered by ExpoCredit to Customer each month detailing the information as more particularly described in Section 19 below.

(iv)     "**Affiliate**" means any entity which directly or indirectly, through one or more intermediaries, controls, or is controlled by or is under common control with Customer, or 5% or more of the equity interest of which is held beneficially or of record by Customer or a subsidiary of Customer.  "**Control**" means the power, directly or indirectly, to direct management and policies of an entity, whether through the ownership of voting securities, by contract or otherwise.

(v)     "**Attorney's fees**" means reasonable attorney's fees incurred by ExpoCredit, whether or not an action is brought, and includes fees incurred during trial court, appellate, arbitration, and bankruptcy proceedings.

(vi)     "**Balance Payment**" means the balance of the payment due Customer for a Purchased Account, as calculated in accordance with Section 16 below.

(vii)     "**Bankruptcy Code**" means the Bankruptcy Code currently codified at 11 U.S.C. §§ 101, *et seq.*, as amended from time to time.

(viii)     "*Bona-fide*" means that Customer has acted in Good Faith and in an arms length manner with an Account Debtor with respect to the purchase and sale of goods and/or services.

Page 1 of 19                                                  Rev. 1/2009



(ix)    **"Cash Reserve Amount"** means that amount withheld by ExpoCredit, in its Discretion, from amounts due Customer under this Agreement, as more fully discussed in Section 9 below.

(x)    **"Collateral"** means all of Customer's property, whether now owned or hereafter acquired, including all Accounts, Chattel Paper, Goods, Inventory, Equipment, Fixtures, Instruments, Investment Property, Documents, Deposit Accounts, Letter-of-Credit Rights, and General Intangibles, including Payment Intangibles, and all proceeds of all of the foregoing types or categories of collateral.

(xi)

(xii)    **"Commercial Dispute"** means, with respect to any Purchased Account, (x) any dispute or claim in any respect (including any alleged dispute as to price, performance, invoice terms, quantity, quality or late delivery and claims of release from liability, counterclaim or any alleged claim of deduction, offset or counterclaim or otherwise) in connection with the transaction out of which the Purchased Account arises or any transaction related thereto or any other transaction between Customer and Account Debtor or their respective affiliates; and (y) *Force Majeure*.

(xiii)    **"Consent"** means ExpoCredit's consent, which shall be in writing and obtained prior to the action in question and may be given or withheld in ExpoCredit's Discretion.

(xiv)    **"Communication"** has the definition contained in Section 27(e) below.

(xv)    **"Control Agreement"** means a tri-party agreement among ExpoCredit, Customer and a financial institution with respect to a deposit account or securities investment account pursuant to which ExpoCredit seeks to perfect a security interest.

(xvi)    **"CPA"** means an independent certified public accountant acceptable to ExpoCredit.

(xvii)    **"Credit-Insured Purchased Account"** means that a Purchased Account on which the Account Debtor is covered under the Euler Credit Insurance Policy, to the extent of the amount of the insurance coverage provided by the Euler Credit Insurance Policy.

(xviii)    **"Customer"** has the definition contained in the opening paragraph of this Agreement.

(xix)    **"Customer Account"** means an account established with ExpoCredit in Customer's name for the purpose of crediting funds under this Agreement.

(xx)    **"Days"** means calendar days, unless otherwise specified, and if the due date falls on a day which is not a business day, then the due date shall be the next day which is a business day.

(xxi)    **"Discretion"** means sole discretion.

(xxii)    **"Eligible Account"** has the definition contained in Section 7 below.

(xxiii)    **"Eligible Purchase Order"** has the definition contained in Section 7 below.

(xxiv)    **"ExpoCredit"** has the definition contained in the opening paragraph of this Agreement.

(xxv)    **"Euler"** means Euler-Hermes ACI.

(xxvi)    "**Event of Default**" means the occurrence of any of the events specified in Section 26 below.

(xxvii)    "**Factoring Commission**" means the applicable percentage of the Net Invoice Amount due ExpoCredit, as specified on Exhibit "B" hereto.

(xxviii)    "*Force Majeure*" means an event beyond the reasonable control of the Account Debtor, such as enemy or terrorist attack, civil commotion, strikes, lockouts, the act or restraint of public authorities, or acts of God.

(xxix)    "**GAAP**" means generally accepted accounting principles applied on a consistent basis.

(xxx)    "**Good faith**" means "honesty in fact in the conduct or transaction concerned."

(xxxi)    "**Including**" means "including but not limited to."

(xxxii)    "**Indemnify**" means to indemnify ExpoCredit for, and hold it harmless against, any claim, loss, liability, judgment, damages, fines, and expenses, including Attorney's fees and costs in connection with the event for which indemnification is due, even if ExpoCredit is negligent in connection with the event for which indemnification is due.

(xxxiii)    "**Initial Advance**" means the amount of ExpoCredit's initial payment to Customer for a Purchased Account, as calculated in accordance with Section 16 below.

(xxxiv)    "**Insolvency**" with respect to an Account Debtor on a Purchased Account means at the earliest date on which any one of the following events occurs:

A.    For an Account Debtor in the United States of America (including Puerto Rico) or Canada:

i.    A voluntary or involuntary petition for relief under Title 11 (including Chapters 7, 11 and 13) of the United States Bankruptcy Code is filed by or against the Account Debtor;

ii.    A receiver is appointed for all or any part, of the property of the Account Debtor;

iii.    The Account Debtor or a third party on behalf of an Account Debtor, makes a general offer of compromise, in writing, to all of its creditors for less than its indebtedness;

iv.    Possession is taken of the Account Debtor's assets under an Assignment or Deed of Trust executed by the Account Debtor for the benefit of its creditors;

v.    A creditors' committee is formed for the sole purpose of liquidation of the Account Debtor;

vi.    Possession is taken of the Account Debtor's business assets under a chattel mortgage;

vii.    The Account Debtor's assets are sold under a writ of execution or attachment, or a writ of execution is returned unsatisfied;

viii.    The Account Debtor files an Assignment and/or makes a Proposal to creditors, under the Canadian Bankruptcy and Insolvency Act;

        ix.    A voluntary or involuntary petition for relief under the Companies Creditors Arrangement Act in Canada is filed by or against the Account Debtor;

        x.    A Receiving Order is made against the Account Debtor under the Canadian Bankruptcy and Insolvency Act; or

        xi.    The Account Debtor's assets are sold under the Canadian Bank Act; or a judgment ordering liquidation, or repossession of the Account Debtor's assets due to a trust deed, commercial pledge or moveable hypotheque under the laws of each province or territory in Canada.

        B.    For Account Debtors in countries other than the United States of America (including Puerto Rico) or Canada, the date the Account Debtor is declared bankrupt, or its liquidation has been ordered by a judiciary court, or the Account Debtor becomes the subject of judicial proceedings under any laws relating to bankruptcy or relief of debt in its country.

        (xxxv) "**Maximum Factoring Amount**" means the maximum amount of Eligible Accounts that ExpoCredit is willing to consider purchasing from Customer, as specified in Exhibit "B" hereto.

        (xxxvi) "**Minimum Commitment Fee**" means the fee due ExpoCredit equal to (a) the defference between the Minimum Purchased Account Commitment and the actual amount of the Purchased Accounts purchased by ExpoCredit in any given month (b) times the Factoring Commission specified on Exhibit "B" hereto applicable to 0-30 days. By way of example only, if the Minimum Purchase Account Commitment is $100,000.00 in Purchased Accounts per month, and the Factoring Commission applicable to 0-30 days is 3%, and Customer submits, and ExpoCredit purchases, $50,000.00 in Purchased Accounts during the month, the Minimum Commitment Fee shall be $1,500.00 ($50,000.00 x .03). If the Minimum Purchased Account Commitment is not specified on Exhibit "B" hereto, Customer shall not owe a Minimum Commitment Fee.

        (xxxvii) "**Minimum Outstanding Commitment**" means the minimum average amount outstanding on Purchased Accounts during each month to which Customer commits, as specified in Exhibit "B" hereto. If no amount is specified on Exhibit "B" hereto, then Customer is not making any commitment with respect to the minimum average outstanding amount of Purchased Accounts.

        (xxxviii) "**Minimum Outstanding Fee**" means the fee due ExpoCredit equal to (a) the difference between the Minimum Outstanding Commitment and the actual average amount outstanding on Purchased Accounts during in any given month (b) times the Factoring Commission specified on Exhibit "B" hereto applicable to 0-30 days. By way of example only, if the Minimum Outstanding Commitment is $100,000.00 in Purchased Accounts per month, and the Factoring Commission applicable to 0-30 days is 3%, and the average amount outstanding is $50,000.00 in Purchased Accounts during the month, the Minimum Outstanding Fee shall be $1,500.00 ($50,000.00 x .03). If the Minimum Outstanding Commitment is not specified on Exhibit "B" hereto, Customer shall not owe a Minimum Outstanding Fee.

        (xxxix) "**Minimum Purchased Account Commitment**" means the minimum amount of Purchased Accounts that Customer commits, on a monthly and/or annual basis, to sell, transfer and assign to ExpoCredit, as specified on Exhibit "B" hereto. If the Minimum Outstanding Commitment is not specified on Exhibit "B" hereto, Customer shall not owe a Minimum Outstanding Fee.

        (xl) "**Net Invoice Amount**" means the gross invoice amount of the invoice underlying the Purchased Account, less any applicable taxes, credits, selling discounts, or other deductions, all as indicated on the face of the invoice.

        (xli) "**Obligations**" means all of Customer's obligations to ExpoCredit arising under this Agreement.

          Rev. 1/2009

(xlii)    "**Other Charges**" has the definition contained in Section 16 below.

(xliii)    "**Parties**" and "**Party**" have the definitions contained in the opening paragraph of this Agreement and includes each Party's successors and permitted assigns.

(xliv)    "**Purchase Price**" has the definition contained in Section 16(a) below.

(xlv)    "**Purchased Accounts**" means Accounts and purchase orders purchased by ExpoCredit under this Agreement, including all contract rights, notes, bills, acceptances and all other obligations owing by Account Debtor(s) in respect of the Purchased Accounts.

(xlvi)    "**Purchase Limits**" has the definition contained in Section 4 below.

(xlvii)    "**Repurchase Date**" means the date which is one Day after ExpoCredit's demand that Customer repurchase a Purchased Account, as provided in Section 14 below, and on such day, Customer shall be required to repurchase the Purchased Account in an amount equal to the Repurchase Price.

(xlviii)    "**Repurchase Price**" has the definition contained in Section 14 below.

(xlix)    "**Term**" has the definition contained in Section 25 below.

(l)    "**UCC**" means the Uniform Commercial Code, as codified in Florida in Chapters 671 through 679, Fla. Stat. (2008), as amended from time to time.

(b)    **Rules of Construction.**

(i)    Words in the single or plural tense shall read as plural or single, respectively, if the context requires.

(ii)    The headings in this Agreement are for convenience only and are not intended to govern, limit, or aid in the construction of any term or provision.

(iii)    All capitalized terms describing collateral not otherwise defined in this Agreement shall have the definitions contained in Article 9 to the UCC.

2.    **Sale of Purchased Accounts.**  Customer hereby sells, assigns and transfers to ExpoCredit, subject to all of Customer's warranties and representations and ExpoCredit's right of recourse, all Purchased Accounts.  If the Purchased Account is a purchase order, then Customer shall be deemed to have sold, and ExpoCredit shall be deemed to have purchased, the Account that results from the fulfilment of the purchase order.

3.    **Establishment of Customer Account.**  ExpoCredit shall establish a Customer Account.  All funds due Customer under this Agreement shall be credited to the Customer Account.  ExpoCredit may debit the Customer Account for all amounts due ExpoCredit under this Agreement.

4.    **Purchase Limits.**  If Customer wishes to sell ExpoCredit one or more Eligible Accounts or Eligible Purchase Orders from a particular Account Debtor, Customer shall provide ExpoCredit with all information that it may request to permit ExpoCredit to analyze the credit-worthiness of the Account Debtor.  ExpoCredit may either approve or disapprove the purchase of one or more Eligible Accounts or Eligible Purchase Orders from a particular Account Debtor, in ExpoCredit's Discretion.  If ExpoCredit approves the purchase request, ExpoCredit will indicate the amount of the Eligible Accounts or Eligible Purchase Order owed by that Account Debtor that ExpoCredit is willing to consider purchasing, which shall mean the maximum amount of Eligible Accounts or Eligible Purchase Orders owed by that Account Debtor that ExpoCredit is willing to hold at any one time  minus the balance of outstanding or open Purchased Accounts owed by that Account Debtor that ExpoCredit is holding at that

time ("Purchase Limits"). Each time that Customer wishes to sell one or more Eligible Accounts or Eligible Purchase Orders of a particular Account Debtor, ExpoCredit will determine the Purchase Limits. However, ExpoCredit is not obligated, once it provides the Purchase Limits, to purchase any particular Eligible Account or Eligible Purchase Order offered by Customer. If ExpoCredit declines to purchase any Eligible Accounts or Eligible Purchase Orders for an Account Debtor, Customer shall treat any information furnished by ExpoCredit as privileged and confidential, and Customer shall not disclose the information to any third party. If necessary, Customer shall merely advise the Account Debtor that ExpoCredit has declined to purchase Eligible Accounts or Eligible Purchase Orders and that any questions should be directed to ExpoCredit. Notwithstanding anything stated above to the contrary, ExpoCredit shall have the right in its Discretion to cancel or reduce the Purchase Limits it may have previously set.

5.    **Direct Notification to Account Debtors.**  Unless Section 6 is applicable, upon setting Purchase Limits for an Account Debtor, ExpoCredit may notify that Account Debtor to remit payment directly to ExpoCredit for the Purchased Accounts, or may require Customer to provide such notice. On ExpoCredit's request, Customer shall promptly (i) notify an Account Debtor to remit payment directly to ExpoCredit; and (ii) provide a copy of such notice to ExpoCredit. ExpoCredit may also contact any Account Debtor at any time to verify any information provided by Customer with respect to that Account Debtor.

6.    **No Notification to Account Debtors.**  Upon Customer's request, ExpoCredit will consider providing its factoring services on a non-notification basis, by which ExpoCredit will not notify the Account Debtor of the existence of ExpoCredit's factoring services, until and unless Customer defaults under this Agreement. In order for ExpoCredit to consider a non-notification request, Customer shall ensure that all funds collected from the Account Debtors will be deposited to an account over which ExpoCredit has exclusive control and access in a form and pursuant to documentation satisfactory to ExpoCredit, in its Discretion.

7.    **Eligible Accounts and Eligible Purchase Orders.**  For an Account or purchase order to be eligible for sale to ExpoCredit ("**Eligible Account**" or "**Eligible Purchase Order**" as applicable): (i) the Account shall have arisen from, or the purchase order will result in, Customer's *bona-fide* outright sale of goods or the rendition of services under an enforceable contract or purchase order, and such goods shall have been delivered to, or the services rendered for, the Account Debtor in accordance with such contract or purchase order and in the ordinary course of Customer's business; (ii) Customer's ownership of the Account or purchase order shall be absolute and not subject to any prior assignment, sale, claim, lien or security interest; (iii) the amount shown on Customer's books and records and on any invoice or statement delivered to ExpoCredit resulting from the purchase order or Account shall be the amount owing to Customer at the time of the purchase and sale and no partial payment shall have been made thereon; (iv) the Account shall not represent, and the purchase order will not represent, delivery of goods upon "consignment," "guaranteed sale," "sale or return," "payment on reorder," or similar terms; (v) the Account shall not be subject to, and the purchase order will not be subject to, any claim of reduction, counterclaim, set-off, recoupment, contra account, or any claim for credits, allowances or adjustments by the Account Debtor because of returned, inferior or damaged goods or unsatisfactory services or for any other reason, except as otherwise agreed to in writing by ExpoCredit; (vi) the Account shall not be, and the purchase order will not result in, an Account which ExpoCredit, in its Discretion, has determined and advised Customer to be ineligible or unsatisfactory in whole or in part; (vii) the Account Debtor shall not have returned or refused to retain any of the goods from the sale of which the Account arose and the goods shall not be subject to return; (viii) the Account shall be due and payable not more than 90 Days from the date of the invoice corresponding thereto; (ix) the Account shall not arise out of a contract with, or purchase order from, an Account Debtor which contract or purchase order, by its terms, forbids or makes the sale of that Account void or unenforceable; (x) Customer shall not have received any note, trade acceptance, draft or other instrument with respect to or in payment of the Account or any chattel paper with respect to the goods giving rise to the Account, and if any such instrument or chattel paper is subsequently received, Customer shall immediately notify ExpoCredit, and at its request, Customer shall endorse or assign and deliver the same to ExpoCredit; (xi) Customer shall not have received any notice of the death of the Account Debtor or, if the Account Debtor is a partnership, of a partner thereof, or of the dissolution, termination of existence, insolvency, business failure, appointment of a receiver for any part of the property of the Account Debtor, assignment for the benefit of creditors, or of the filing of a petition under any bankruptcy or insolvency laws by or against the Account Debtor. Upon the receipt of any notice of the type referred to herein, Customer shall

immediately notify ExpoCredit thereof; (xii) the Account Debtor shall neither directly or indirectly be an Affiliate of Customer; and (xiii) the Account shall be less than 30 Days outstanding as reflected in Customer's books and records.

8. **Mechanics of Purchase and Sale.** Should Customer wish to sell ExpoCredit one or more Eligible Accounts or Eligible Purchase Orders, Customer shall notify ExpoCredit in writing and provide it with all information which ExpoCredit may request in respect of the Account Debtor and the Eligible Accounts or Eligible Purchase Orders. Should ExpoCredit wish to purchase the Eligible Accounts or Eligible Purchase Orders, Customer shall promptly execute and deliver such further documents as ExpoCredit may require and shall deliver to ExpoCredit copies of all invoices, shipping or delivery receipts, and such other proof of sale and delivery or performance as ExpoCredit may, at any time or from time to time, require in respect of the Purchased Accounts. Customer shall provide ExpoCredit with the form attached hereto as Exhibit "A" hereto for each sale of a Purchased Account. Customer shall also make appropriate notations upon its books and records indicating the sale, assignment and transfer of the Purchased Accounts to ExpoCredit. All invoices or other statements to Account Debtors concerning Purchased Accounts shall contain, in conspicuous print and language satisfactory to ExpoCredit, a statement that each Purchased Account has been sold, assigned and transferred, and is payable only, to ExpoCredit. Copies of Purchased Accounts shall also bear this language in conspicuous print.

9. **Cash Reserve Amount.** ExpoCredit may, in its Discretion, charge a Cash Reserve Amount, which may be changed by ExpoCredit from time to time with 10 Days prior notice to Customer. The Cash Reserve Amount will be established as that amount which ExpoCredit deems necessary to withhold in the Customer Account to protect ExpoCredit's interest under this Agreement, given the volume and character of Customer's business, charge-back activity, collection success by ExpoCredit from Account Debtors, the amount of Customer's Obligations outstanding, and any other contingencies that may affect ExpoCredit under this Agreement. The Cash Reserve Amount, or any portion thereof, may be released to Customer at ExpoCredit's Discretion.

10. **Remittance of Direct Payments.** Should any Account Debtor remit to Customer any amount owing on a Purchased Account, Customer shall be deemed to have received such funds in trust and shall immediately remit the payment to ExpoCredit.

11. **ACH Authorization.** In order to satisfy any of the Obligations, ExpoCredit is hereby authorized by Customer to make, do or effect transfers through the ACH system from any deposit account maintained by Customer wherever said deposit account is located.

12. **Assertion of Lien Rights.** If Customer is or becomes engaged in finishing or improving goods, Customer shall assert promptly, at Customer's expense and upon ExpoCredit's demand, any lien rights provided by law on goods in Customer's possession. Customer shall immediately remit to ExpoCredit the proceeds of sale of such goods to satisfy the amounts owed to ExpoCredit by the Account Debtor.

13. **Rights of Unpaid Seller.** ExpoCredit shall have all the rights of an unpaid seller or provider of the goods or services, the sale or rendering of which gives rise to each Purchased Account, including the rights of stoppage in transit, reclamation and replevin of the goods underlying the Purchased Account.

14. **Credit Risk/Limited Right of Recourse.** Notwithstanding ExpoCredit's purchase of a Purchased Account, if the Purchased Account is not a Credit-Insured Purchased Account, ExpoCredit shall have a right of recourse against Customer, and Customer shall on demand repurchase the Purchased Account by paying ExpoCredit on the Repurchase Date the amount of the Initial Advance, plus interest accruing from the date of the Initial Advance until payment in full ("**Repurchase Price**") for any Purchased Account for which ExpoCredit has not timely received payment from the Account Debtor for any reason whatsoever other than solely due to the Account Debtor's filing a voluntary petition for relief under the Bankruptcy Code or being adjudicated a bankrupt pursuant to an involuntary petition (or in either case pursuant to similar provisions under the debtor relief laws of a jurisdiction other than the United States). ExpoCredit may exercise its right of recourse, or retain the Purchased Account, in its Discretion. In addition, ExpoCredit may, in its Discretion and pursuant to its right of recourse, accept new Eligible Accounts or Eligible Purchase Orders in substitution for Purchased Accounts.

Page 7 of 19                    Rev. 1/2009



By way of example only, ExpoCredit shall have a right of recourse against Customer, and Customer shall pay ExpoCredit the Repurchase Price on the Repurchase Date on ExpoCredit's demand, if the Account Debtor fails to pay due to:

      (a)    A Commercial Dispute; or

      (b)    payment by the Account Debtor directly to Customer for the Purchased Account; or

      (c)    any representation or warranty made or deemed to have been made by Customer to ExpoCredit in respect of a Purchased Account is or becomes untrue, incorrect or misleading in any material respect.

15.    **Recourse for Credit-Insured Purchased Accounts**.  If a Purchased Account is a Credit-Insured Purchased Account, then ExpoCredit shall:

      (a)    have no recourse against Customer if the Account Debtor fails to pay ExpoCredit on account of Insolvency or for any other reason for which ExpoCredit has the right to recover for the non-payment under the Euler Credit Insurance Policy, up to the amount of coverage provided under the Euler Credit Insurance Policy;

      (b)    have recourse against Customer, in accordance with the terms of Section 14 above, to the extent that the amount owing to ExpoCredit exceeds the amount of coverage provided under the Euler Credit Insurance Policy as a result of the non-payment; or

      (c)    have recourse against Customer, in accordance with the terms of Section 14 above, if the Account Debtor fails to pay ExpoCredit and the failure to pay is not covered under the Euler Credit Insurance Policy.

16.    **Purchase Price and Schedule of Advances**.

      (a)    The purchase price for each Purchased Account ("**Purchase Price**") shall equal the Net Invoice Amount minus the amounts specified below.  Unless specifically shown on the invoice underlying the Purchased Account, Customer shall not provide any discount, credit, allowance or deduction without ExpoCredit's Consent.

      (b)    ExpoCredit shall remit the Purchase Price as follows:

        (i)    On ExpoCredit's receipt of the Purchased Account, the Initial Advance, equal to the percentage set forth on Exhibit "B" hereto as the Initial Advance of the Net Invoice Amount;

        (ii)    On ExpoCredit's receipt of cleared funds equal to the full amount owing on the Purchased Account, the Balance Payment, equal to the percentage set forth on Exhibit "B" hereto as the Balance Payment, minus any other amounts due ExpoCredit under this Agreement ("**Other Charges**") minus the applicable Factoring Commission.

17.    **Minimum Commitment Fee**.  If so indicated on Exhibit "B" hereto as a Minimum Purchased Account Commitment, Customer shall pay the Minimum Commitment Fee within five Days of the end of each month.

18.    **Interest**.  Interest on any amount owing under this Agreement shall accrue on any outstanding amounts at the highest rate allowed by law.  IN NO EVENT SHALL THE RATE OF INTEREST AGREED TO OR CHARGED EXCEED THE MAXIMUM RATE OF INTEREST PERMITTED UNDER APPLICABLE LAW.  IT IS THE INTENTION OF THE PARTIES HERETO NOT TO MAKE ANY AGREEMENT VIOLATIVE OF THE LAWS OF THE STATE OF FLORIDA OR THE UNITED STATES RELATING TO USURY.  IN NO EVENT, THEREFORE, SHALL ANY INTEREST DUE HEREUNDER BE AT A RATE IN EXCESS OF THE HIGHEST

                    Rev. 1/2009

LAWFUL RATE, i.e., IN NO EVENT SHALL EXPOCREDIT CHARGE, NOR SHALL CUSTOMER BE REQUIRED TO PAY, ANY INTEREST THAT, TOGETHER WITH ANY OTHER CHARGES HEREUNDER THAT MAY BE DEEMED TO BE IN THE NATURE OF INTEREST, HOWEVER COMPUTED, EXCEED THE MAXIMUM LAWFUL RATE OF INTEREST ALLOWABLE UNDER THE LAWS OF THE STATE OF FLORIDA AND/OR OF THE UNITED STATES.  SHOULD ANY PROVISION OF THIS AGREEMENT OR ANY OTHER AGREEMENT BETWEEN THE PARTIES BE CONSTRUED TO REQUIRE THE PAYMENT OF INTEREST THAT EXCEEDS SUCH MAXIMUM LAWFUL RATE, ANY SUCH EXCESS SHALL BE AND IS EXPRESSLY HEREBY WAIVED BY EXPOCREDIT.  SHOULD ANY EXCESS INTEREST IN FACT BE PAID, SUCH EXCESS SHALL BE DEEMED TO BE A PAYMENT OF THE PRINCIPAL AMOUNT OF OUTSTANDING OBLIGATIONS OWING BY CUSTOMER AND SHALL BE APPLIED TO SUCH PRINCIPAL OR REFUNDED IF NO PRINCIPAL AMOUNT IS OWING.

19.  **Account Statement.**  Once each month, ExpoCredit shall render an Account Statement to Customer with respect to the Purchased Accounts sold during the previous month, including any advances made by ExpoCredit, collections received by ExpoCredit, and charges made to Customer Account under this Agreement. The Account Statement shall be updated each and every time there is a transaction concerning the Customer Account. ExpoCredit may charge the Customer Account all permitted discounts made available to Account Debtors on Purchased Accounts, and all expenses, including postage, facsimile transmission or courier charges, bank wire fees, UCC search and filing fees and similar charges as referenced in Section 21 of this Agreement.  Customer shall promptly review and must notify ExpoCredit within 10 Days after ExpoCredit sends the Account Statement of any disputes or errors contained in the Account Statement, failing which the Account Statement shall be deemed correct. Customer shall also notify ExpoCredit if Customer does not receive an Account Statement for any particular month. Notwithstanding anything stated above to the contrary, to the extent ExpoCredit provides Customer with online access to its Account Statement, ExpoCredit shall not be required to send an Account Statement to Customer as set forth in this Section 19, and Customer must notify ExpoCredit within 10 Days of any update to the Customer Account of any disputes or errors contained in the Account Statement.

20.  **Representations and Warranties.**  Customer hereby represents and warrants to ExpoCredit, and is deemed to represent and warrant to ExpoCredit in connection with the purchase and sale of each Purchased Account, that: (i) the Purchased Account constitutes an Eligible Account or Eligible Purchase Order, as applicable; (ii) Customer is solvent; (iii) Customer has full right and authority to sell, assign and transfer to ExpoCredit, and to grant to ExpoCredit a security interest in, the Purchased Account and the other items comprising the Collateral; (iv) Customer has not granted and will not hereafter grant to any other person a security interest in any of the Collateral, or any right to purchase the Purchased Accounts; (v) Customer has paid all taxes which have become due and payable, and there are no judgments, assessments or liens filed against Customer or any of its property, real or personal; and (vi) Customer is duly incorporated and in good standing in its jurisdiction of incorporation or formation and in those jurisdictions in which Customer conducts business and shall remain so during the Term of this Agreement.

21.  **Costs and Expenses.**  Customer shall pay ExpoCredit for all costs and expenses incurred in connection with the execution, amendment, administration and enforcement of this Agreement, including (i) Attorney's fees; (ii) the filing of UCC financing statements, including continuations, and other actions to perfect, protect, continue or terminate the security interest in the Collateral; (iii) sums paid or incurred to take any action required of Customer under this Agreement or any supplement, amendment, modification, restatement, note or document related hereto that Customer fails to pay or take; (iv) costs of appraisals, inspections and verifications of Customer's books and records and Collateral, including travel, lodging and other out-of-pocket expenses for inspections; (v) costs and expenses of forwarding advances and collections pursuant to this Agreement, collecting checks and other items of payment related to Purchased Accounts, and, if applicable, establishing and maintaining payment accounts and lock boxes; (vi) costs and expenses from usage of ExpoCredit's on-line computer and electronic data transmission services; and (vii) any special or additional reports or statements prepared by ExpoCredit for Customer.  Customer acknowledges that Exhibit "B" hereto references a summary of ExpoCredit's current fees and costs, which ExpoCredit may change from time to time upon 10 Days' notice to Customer, provided, however, that any failure to give Customer such notice does not constitute a breach of this Agreement and

does not impair ExpoCredit's ability to institute any such change(s). ExpoCredit may charge any amounts payable hereunder directly to the Customer Account.

22. **Right of First Refusal.** During the Term of this Agreement, Customer may not sell, assign or transfer any Account without Consent of ExpoCredit. Customer shall first provide ExpoCredit with the opportunity of purchasing any of Customer's Accounts which Customer desires to sell, assign and transfer. ExpoCredit shall have 10 Days after receipt of notice from Customer within which to notify Customer of ExpoCredit's intent to exercise its option to purchase any such Accounts. If ExpoCredit agrees to purchase such Accounts, Customer shall deliver to ExpoCredit the notification form as set forth on Exhibit "A" hereto.

23. **Indemnification.** Customer shall indemnify ExpoCredit for any claims that may be asserted against ExpoCredit arising from this Agreement or Customer's acts or failure to act hereunder.

24. **Security.** As collateral security for the Obligations, Customer hereby grants to ExpoCredit a first priority security interest in the Collateral. ExpoCredit may file one or more UCC financing statements in any jurisdiction to perfect the security interest. Customer shall (i) execute and deliver such other documents, such as Control Agreements, which ExpoCredit requests to further perfect the security interest; and (ii) notify ExpoCredit not less than thirty (30) Days prior to any change in Customer's name, corporate structure, or business address(es) or location(s). Upon an Event of Default (as defined below), Customer shall, at its expense, assemble and deliver the Collateral to ExpoCredit or in accordance with ExpoCredit's instructions. Should ExpoCredit wish to conduct a public or private disposition of any of the Collateral, 10 business days notice to Customer of the disposition shall be sufficient, unless the Collateral threatens to decline in value in a shorter period. Notwithstanding any provision in this Agreement to the contrary, the Parties intend and acknowledge that the purchase and sale of Purchased Accounts constitutes a true factoring transaction and not a financing transaction.

25. **Term/Termination/Survival.** This Agreement shall continue in full force and effect for a period of one year from the date hereof ("**Term**") and shall be deemed renewed year to year thereafter unless either Party gives notice not less than sixty (60) Days prior to the expiration of the then applicable one year period of its intention to terminate this Agreement, which termination shall be effective on the expiration of the then applicable one year period. If Customer gives notice of termination, (i) all amounts owing to ExpoCredit shall become immediately due and payable, and (ii) ExpoCredit shall not be required to remit any amounts to Customer until all amounts owing to ExpoCredit are paid in full. ExpoCredit may also terminate this Agreement with immediate effect upon the occurrence of an Event of Default. Should ExpoCredit terminate this Agreement on account of an Event of Default, then, notwithstanding any other provisions contained herein, ExpoCredit shall be entitled to charge the Customer Account, and Customer shall immediately pay to ExpoCredit all amounts owing under this Agreement. Termination of this Agreement shall not terminate, extinguish, or remove any liens or security interest granted to ExpoCredit, and Customer shall continue to comply with all of its Obligations. All provisions of this Agreement that contemplate performance after termination shall survive termination.

26. **Event of Default/Rights and Remedies.** The occurrence of any of the following events shall constitute an Event of Default:

(a)     Customer's failure to comply with any of its Obligations under this Agreement;

(b)     Customer's failure to comply with any other provision of this Agreement;

(c)     Any warranty or representation made under this Agreement is or becomes incorrect, false or misleading in any material respect;

(d)     (i) More than five percent (5%) of the stock of Customer (if Customer is a corporation) or of any corporate partner of Customer (if Customer is a partnership) is transferred, sold or assigned, or (ii) any change occurs in the general partners of Customer (if Customer is a partnership), or (iii) more than five percent (5%) of the beneficial ownership of Customer (if Customer is a limited liability company) is transferred, sold or assigned;



(e)     Customer becomes insolvent, is unable to meet its debts as they mature, or files, or has filed against it, a petition for relief under the Bankruptcy Code, or any similar law granting relief from creditors, or Customer executes an assignment for benefit of its creditors;

(f)     The appointment of a receiver, liquidator, conservator or similar functionary for Customer;

(g)     Customer voluntarily terminates all or a substantial part of its business;

(h)     A final judgment is entered against Customer in an amount exceeding $50,000.00 and Customer fails to stay execution within 10 Days of entry of the judgment;

(i)     Customer applies for dissolution or becomes dissolved;

(j)     A writ of garnishment or other writ or order is issued or entered with respect to Customer's business assets; or

(k)     ExpoCredit in good faith deems itself insecure.

Upon an Event of Default, (i) ExpoCredit may exercise all of its rights and remedies including accelerating and demanding full payment of all amounts owing to ExpoCredit; and (ii) ExpoCredit shall have the rights and remedies of a secured party under the Uniform Commercial Code and all other rights and remedies under law.

27.    **Miscellaneous.**

(a)     **Power of Attorney for Instruments.**  Customer hereby grants an irrevocable power of attorney to ExpoCredit to sign Customer's name as endorsement on any check, draft, note, acceptance or payment in any other form representing the proceeds of a Purchased Account.

(b)     **Reimbursement for Taxes or Other Charges.**  In the event a sales or excise tax or any other charge is levied by State, Federal or other authorities, in such form that ExpoCredit is required to pay an amount on sales represented by any Purchased Account, Customer shall reimburse ExpoCredit on demand for the full amount charged to ExpoCredit.

(c)     **Financial Reporting/Books and Records/Right of Inspection.**

(i)     Customer shall keep proper books of record and accounts in accordance with GAAP, which books shall at all times be open to inspection by ExpoCredit.  ExpoCredit shall have the right, at Customer's expense, to inspect the Collateral, and all books and records relating to the Collateral.

(ii)     Customer shall furnish to ExpoCredit, and Customer shall cause all corporate and individual guarantors of the Obligations, if any, to furnish the following financial information at the indicated times:

A.     monthly internally prepared financial statements within 30 days after the end of each calendar month;

B.     quarterly financial statements on a reviewed basis within 60 days after the end of each of its fiscal quarters;

C.     monthly aged account receivable report, accounts payable report, bank statements, and reconciliations within 20 days of the end of each quarter or more frequently as may be requested by ExpoCredit;

          **D.**    annual financial statements audited by a CPA within 90 days after the end of each of its fiscal years, and

          **E.**    personal financial statements of individual guarantors within 30 days after each anniversary of the date on which he/she furnishes to ExpoCredit the first such statement.

        **(d)**    <u>No Joint Venture.</u> Nothing in this Agreement is intended to create a joint venture relationship between the Parties. Customer shall not seek advice or counsel from ExpoCredit or any of its representatives with respect to the management and/or operation of Customer's business, and if Customer deems such advice or counsel to have been offered, directly or indirectly, Customer shall evaluate it and act or decline to act upon it based upon Customer's own independent evaluation.

        **(e)**    <u>Notices.</u> All notices, consents or other communications (collectively, "<u>Communications</u>") required or permitted under this Agreement shall be in writing and shall be addressed as follows (as may be changed in writing by the Party entitled to the Communication):

        If to ExpoCredit:    Attn:    Ximena Barbosa
                                  General Manager
                                  1450 Brickell Avenue
                                  Suite 2660
                                  Miami-Dade county, FL 33131
                                  Via fax: (305) 347-3220

If to Customer:

                        Attn: Ian Pardoe
                        Donald Wherrett
                        Gary Leventhal

A properly addressed Communication shall be deemed received if sent (i) by courier, then on the business day of receipt; (ii) by facsimile transmission, then on the business day of receipt, as proved by a transmission confirmation received by the sender; (iii) by mail, then 5 Days after mailing; and (iv) in the case of the Account Statement, by electronic mail, then on the business day of receipt by Customer.

        **(f)**    <u>No Waiver.</u> ExpoCredit's failure to insist upon performance of any provision of this Agreement shall not be deemed a waiver of any right reserved to ExpoCredit, and the waiver of one provision shall not be deemed to be a waiver of any other provision.

        **(g)**    <u>Merger/Modification.</u> This Agreement represents the entire agreement between the Parties with respect to the subject matter of this Agreement, and all prior negotiations concerning this Agreement are merged into this Agreement. There are no representations or understandings except as contained in this Agreement. This Agreement may be modified only by a writing signed by both Parties.

        **(h)**    <u>Time of the Essence.</u> Time is of the essence with respect to Customer's performance of its Obligations.

        **(i)**    <u>Governing Law/Forum for Disputes.</u> This Agreement shall be governed by and construed in accordance with the law of the State of Florida other than its principles governing conflicts of laws. Any action to enforce or which otherwise concerns this Agreement shall be brought exclusively in the courts of Miami-Dade County, Florida.

        **(j)**    <u>Binding Effect.</u> This Agreement shall be binding upon and inure to the benefit of the Parties and their respective successors and assigns. Customer may not assign this Agreement or any of its rights or duties without ExpoCredit's Consent.

(k)    Severability.  If any provision of this Agreement is determined by a court of competent jurisdiction to be invalid or unenforceable, such determination shall not affect the validity or enforceability of any other part or provision of this Agreement.

(l)    Facsimile and Electronic Signatures Signature.  A genuinely signed document which contains a facsimile or electronic signature shall be valid and enforceable to the same extent as a document with an original signature.

(m)    Attorney's Fees and Costs.  In any action to enforce or which otherwise concerns this Agreement, the prevailing Party shall be entitled to recover Attorney's fees, costs and expenses from the losing party.

(n)    JURY WAIVER.  IN ANY ACTION TO ENFORCE OR WHICH OTHERWISE CONCERNS THIS AGREEMENT, THE PARTIES WAIVE TRIAL BY JURY.

In Witness whereof, the Parties have executed this Agreement as of the date first written above.

Contempo Florida Holidays Limited INC.

_____
(your company name)

By: _____

Name: _____G.P. LEVENTHAL_____

Title: _____VICE PRESIDENT_____

EXPOCREDIT LLC

By: _____

Name: _____Catalina Pelay_____

Title: _____Managing Director of Sales_____

<u>Limited Guaranty</u>

Unless otherwise defined in this Limited Guaranty, all capitalized terms have the definitions contained in the foregoing Factoring Agreement.

1.    For valuable consideration, the undersigned ("<u>Guarantor</u>") hereby unconditionally guarantees and promises to pay promptly to ExpoCredit LLC ("<u>ExpoCredit</u>"), in lawful money of the United States, all amounts owing by _CONTEMPO FLORIDA HOLIDAYS LTD, INC_

(a)    any Purchased Account that was not an Eligible Account when purchased by ExpoCredit;

(b)    any Purchased Account that is paid directly to any of Customers and not immediately remitted to ExpoCredit;

(c)    any representation or warranty made or deemed to have been made by any of Customers to ExpoCredit under the Factoring Agreement is or becomes untrue, incorrect or misleading in any material respect; or

(d)    Any other fraud or misrepresentation occurring in connection with the transactions contemplated by the Factoring Agreement.

2.    This Limited Guaranty shall be governed by and construed in accordance with the law of the State of Florida other than its principles governing conflicts of laws.  Any action to enforce or which otherwise concerns this Limited Guaranty shall be brought exclusively in the courts of Miami-Dade County, Florida.

3.    This Limtied Guaranty shall be binding on Guarantor and his personal representatives, successors and assigns and shall inure to the benefit of ExpoCredit, its successors and assigns.

4.    This Limited Guaranty may be signed via facsimile or electronic signature and shall enforceable to the same extent as a document with an original signature.

5.    In any action to enforce or which otherwise concerns this Limited Guaranty, ExpoCredit shall be entitled to recover reasonable attorney's fees, costs and expenses from Guarantor.

6.    IN ANY ACTION TO ENFORCE OR WHICH OTHERWISE CONCERNS THIS LIMITED GUARANTY, THE PARTIES WAIVE TRIAL BY JURY.

**GUARANTORS**

NAME: _DONALD WHERRETT_          NAME: _____

S.S: ▮▮▮▮▮ _5551_          S.S: _____

ADDRESS: ▮▮▮▮▮▮          ADDRESS: _____
_DAVENPORT FL 33837_

**EXHIBIT "B"**

Summary of certain terms in Factoring Agreement and ExpoCredit's schedule of charges:

1.  Initial Advance:                80% of the Net Invoice Amount

2.  Balance Payment:               20% of the Net Invoice Amount

3.  Factoring Commission*:

    **Days Outstanding**                        **Applicable Percentage of Net Invoice Amount**

    (from disbursement date)

    0-15                                         0.90%

    0.06% increments for every day thereafter.

    * Applicable percentage based on the net invoice amount.

4.  Cash Reserve Amount:            0 % of the Net Invoice Amount.

5.  Maximum Factoring Amount:       As per approved debtors.

6.  UCC Filing Fees:                Actual fees incurred.

7.  Processing Fee:                 One time fee of 0.40 % per net invoice amount

8.  All other charges:              Actual expenses incurred.

9.  Registration Fee:               $245.00

10. Guarantee:                      Validity guarantee for frauds and disputes
                                    signed by all shareholders

11. Tax lien search Fee:            $25 monthly monitoring fee

12. Purchase Limits Fee**:          USA          $175.00
                                    Canada       $280.00
                                    Asia – pacific   $470.00
                                    Europe       $390.00
                                    Latin America - Caribbean $390.00
                                    **This fee is valid for 12 months; afterwards it
                                    will be renewed for the same period with the
                                    applicable fees at that time.

13. Collateral other than security interest: All of Contempo 's personal property, whether

Page 16 of 19                                Rev. 5/2009

now owned or hereafter acquired, including all accounts, chattel paper, goods, inventory, equipment, fixtures, instruments, investment property, documents, deposit accounts, letter-of credit rights, and general intangibles, and all proceeds thereof.

ExpoCredit LLC

By: _____

Name: _____

Title: _____

Date: _____

We hereby accept the foregoing terms and request that ExpoCredit LLC complete its due diligence.

**Contempo Florida Holidays Limited INC.**

_____

(your company name)

By: _____

Name: _____

Title: _____

Date: 2 - 27 - 13

Rev. 5/2009

**Assignment authorization**

Date:                 *current date*
Attention:         *clients name*

For both your conveniences and expo's, we ask that you provide us with a list of names, titles and the signature of each individual who is authorized to submit assignment schedules to Expocredit Corp

   1.  Name: _RAFAEL ROJAS_____

       Title: _controller_____

       Signature: _____

   2.  Name: _____

       Title: _____

       Signature: _____

   3.  Name: _____

       Title: _____

       Signature: _____

Your Acknowledgement below confirms your receipt and understanding of the foregoing. If you have any questions please do not hesitate to contact us



*Wherrett*

By:
Title: President
Dated: 3|4|13

Donald Wherrett

STATE OF FLORIDA
COUNTY OF  Polk

The Foregoing Instrument was acknowledged before me this 4 day of
March 2013 by Don Wherrett
, for

(SEAL)                                   _____
                                          Notary Public

                                          Personally Known  ✗
                                          Or Produced Identification _____
Type of Identification Produced _____

# 🔶 City National Bank

## CLIENT SUB-ACCOUNT CERTIFICATION
## AND LIMITED POWER OF ATTORNEY

**Master Deposit Account Holder**

| Name: Expocredit Corporation | | Account #: | |
|---|---|---|---|
| Address: 1450 Brickell Avenue, Suite 2660 | City: Miami | State: FL | Zip Code: 33131 |

**Client Account Information**

| Account Type:   Commercial Demand Deposit Account | Account # *(internal Bank use only)* | | |
|---|---|---|---|
| Client Name:<br>CONTEMPO FLORIDA HOLIDAYS LTD, INC | Client Tax ID Number:<br>▮▮▮ 3179 | | |
| Address:<br>43344  HWY 27 | City:<br>DAVENPORT | State:<br>FL | Zip Code:<br>33837 |

**CLIENT TAX ID CERTIFICATION** - Under penalties of perjury, I certify that:

(1) The number shown on this form (above) is my (Client's) correct Taxpayer Identification Number (or I am waiting for a number to be issued me); and

(2) I am not subject to backup withholding because: (a) I am exempt from backup withholding; or (b) I have not been notified by the Internal Revenue Service ("IRS") that I am subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an individual retirement arrangement (IRA), and payments other than interest and dividends).

**CERTIFICATION INSTRUCTIONS** - You must cross out item (2) above if you were notified by the IRS that you are currently subject to backup withholding because of under-reporting interest or dividends on your tax return.

| Client Authorized Officer Signature: | Date: |
|---|---|
| Print Name: Carlos Escobar | |

**LIMITED POWER OF ATTORNEY**- I (Client), the undersigned, do hereby appoint the Master Deposit Account Holder (identified above) as my attorney-in-fact and AGENT to act for me for the limited purpose of: (1) establishing a Client Account in connection with the Factoring Agreement by and between AGENT and Client and (2) authorizing AGENT to conduct banking transactions on said Client Account related to the aforementioned Factoring Agreement. The authorized banking transaction, include, but are not limited to, the power to make, deposit, withdraw, endorse, execute and deliver checks/drafts, conduct ACH debits/credits, conduct internal transfers with City National Bank of Florida ("Bank") where the Master and Client Account shall be maintained, with full power to act in Client's name to the same extent as if Client were personally conducting the same.

Client hereby ratifies and confirms all previous and future acts of my appointed AGENT with the same force and effect as if said acts had been done after the delivery of this Limited Power of Attorney. In consideration of Bank acting in reliance hereon, Client agrees to the fullest extent of the law to indemnify Bank and save it harmless from all expenses, losses or damages (including attorneys' fees at trial and on appeal) that it may sustain by relying upon the actual or apparent authority of this Limited Power of Attorney. The foregoing indemnification shall apply, including after this Limited Power of Attorney is terminated by operation of law or otherwise, but before notice and satisfactory proof of such termination is received by Bank. Client also agrees that any action taken by my AGENT purporting to be pursuant to this Limited Power of Attorney shall be binding upon Client and its successor and assigns, so long as such action is taken before Bank receives notice of revocation of this Limited Power of Attorney.

| Client Authorized Officer Signature:<br>x _G P Levi_ | Date:<br>x  2-27-13 |
|---|---|
| Print Name:<br>x  G. P. LEVENTHAL | |

Exhibit 2

**EXHIBIT "A"**

ExpoCredit LLC
1450 Brickell Avenue
Suite 2660
Miami, FL 33131

Based on the terms and conditions of the Factoring Agreement, we hereby sell, transfer and assign to ExpoCredit the following accounts, as described below:

| VHOLS Booking Ref | Supplier Invoice Ref | Arrival Date | Departure Date | Currency | Total Amount | Passenger Name |
|---|---|---|---|---|---|---|
| 5271176 | 18343346 | 10/1/2019 | 10/15/2019 | USD | 1,590.01 | Debbie Pike |
| 5330073 | 18711237 | 10/1/2019 | 10/15/2019 | USD | 1,253.00 | Nathan Waring |
| 5408683 | 18344613 | 10/1/2019 | 10/15/2019 | USD | 1,253.00 | Andrea Burgess |
| 5432492 | 18359359 | 10/1/2019 | 10/15/2019 | USD | 1,526.00 | Janet Barber |
| 5519576 | 18340571 | 10/1/2019 | 10/15/2019 | USD | 1,112.00 | Haydn Evans |
| 5526673 | 18358554 | 10/1/2019 | 10/15/2019 | USD | 2,017.00 | Rebecca Long |
| 5575550 | 18345266 | 10/1/2019 | 10/15/2019 | USD | 1,112.00 | Leanne Gammon |
| 5626969 | 18358590 | 10/1/2019 | 10/15/2019 | USD | 2,017.00 | Benjamin Hyland |
| 5639792 | 18356125 | 10/1/2019 | 10/15/2019 | USD | 1,526.00 | Jacqueline Green |
| 5655601 | 18340399 | 10/1/2019 | 10/15/2019 | USD | 1,112.00 | Stephen Tatler |
| 5717140 | 18344347 | 10/1/2019 | 10/15/2019 | USD | 1,659.00 | Jayne Little |
| 5723873 | 18344137 | 10/1/2019 | 10/15/2019 | USD | 1,659.00 | Ruth Pearson |
| 5824919 | 18346512 | 10/1/2019 | 10/15/2019 | USD | 1,659.00 | Edward Jenner |
| 5849451 | 18346102 | 10/1/2019 | 10/18/2019 | USD | 1,445.00 | Jennifer Shelley |
| 5928076 | 18854935 | 10/1/2019 | 10/14/2019 | USD | 1,239.00 | Nicholas Verrell |
| 5365652 | 18346673 | 10/2/2019 | 10/16/2019 | USD | 1,724.00 | Ronald Lisle |
| 5393425 | 18358146 | 10/2/2019 | 10/16/2019 | USD | 1,466.00 | Jasmina Pawlowski |
| 5401979 | 18343252 | 10/2/2019 | 10/16/2019 | USD | 1,466.00 | Simon Webb |
| 5438248 | 18359405 | 10/2/2019 | 10/16/2019 | USD | 1,146.01 | Nicky Vidler |
| 5576277 | 18344199 | 10/2/2019 | 10/17/2019 | USD | 1,257.00 | Katie 1 of 2 Mclean |
| 5707995 | 18346120 | 10/2/2019 | 10/16/2019 | USD | 1,640.00 | Jacqueline Johnstone |
| 5708207 | 18346033 | 10/2/2019 | 10/16/2019 | USD | 1,433.99 | James Randall |
| 5919394 | 18793265 | 10/2/2019 | 10/16/2019 | USD | 1,288.00 | Ronald Cooper |
| 5374088 | 18344423 | 10/3/2019 | 10/17/2019 | USD | 2,468.99 | Mark Rawthorn |
| 5411287 | 18343483 | 10/3/2019 | 10/18/2019 | USD | 1,850.01 | Connie Breen |
| 5416184 | 18346177 | 10/3/2019 | 10/17/2019 | USD | 2,626.01 | Philip Walters |
| 5487531 | 18339686 | 10/3/2019 | 10/17/2019 | USD | 2,131.00 | Tara Crump |
| 5555127 | 18345153 | 10/3/2019 | 10/17/2019 | USD | 1,513.00 | Ellen Phillips |

| 5637910 | 18343026 | 10/3/2019 | 10/17/2019 | USD | 2,040.00 | Paula Alberts |
|---|---|---|---|---|---|---|
| 5716387 | 18342975 | 10/3/2019 | 10/14/2019 | USD | 1,155.00 | John Moore |
| 5866455 | 18382525 | 10/3/2019 | 10/19/2019 | USD | 2,085.00 | David Hughes |
| 5409937 | 18343630 | 10/4/2019 | 10/18/2019 | USD | 1,740.00 | Katrina Ferguson |
| 5467120 | 18357274 | 10/4/2019 | 10/18/2019 | USD | 1,806.00 | Emily Pullinger |
| 5477526 | 18356059 | 10/4/2019 | 10/18/2019 | USD | 1,694.00 | Gemma Cantlon |
| 5563256 | 18357280 | 10/4/2019 | 10/18/2019 | USD | 1,806.01 | James Ballard |
| 5593361 | 18356113 | 10/4/2019 | 10/18/2019 | USD | 1,694.00 | Trevor Ashurst |
| 5600221 | 18343231 | 10/4/2019 | 10/18/2019 | USD | 1,560.00 | Nicole Alexander |
| 5660979 | 18343852 | 10/4/2019 | 10/18/2019 | USD | 1,560.00 | Derek Mcewan |
| 5674476 | 18342396 | 10/4/2019 | 10/18/2019 | USD | 1,806.00 | Scott Bowman |
| 5680175 | 18343045 | 10/4/2019 | 10/18/2019 | USD | 1,560.00 | Linda Patterson |
| 5797780 | 18358283 | 10/4/2019 | 10/18/2019 | USD | 3,131.20 | Gillian Strachan |
| 5851712 | 18554468 | 10/4/2019 | 10/18/2019 | USD | 1,358.00 | Carl Aspery |
| 5916953 | 18839422 | 10/4/2019 | 10/18/2019 | USD | 2,450.56 | Ian Johnson |
| 5304772 | 18358688 | 10/5/2019 | 10/19/2019 | USD | 2,872.00 | John Scott |
| 5340544 | 18339621 | 10/5/2019 | 10/18/2019 | USD | 1,855.00 | Andrew Easton |
| 5343627 | 18345102 | 10/5/2019 | 10/19/2019 | USD | 1,548.00 | Fiona Mckenzie |
| 5360183 | 18346667 | 10/5/2019 | 10/19/2019 | USD | 1,503.00 | Claire Ferguson |
| 5410626 | 18359409 | 10/5/2019 | 10/18/2019 | USD | 1,137.00 | Scott Williams |
| 5424245 | 18346222 | 10/5/2019 | 10/19/2019 | USD | 2,734.01 | David McIlroy |
| 5508039 | 18346750 | 10/5/2019 | 10/19/2019 | USD | 1,503.00 | Melvyn Spiers |
| 5508738 | 18346536 | 10/5/2019 | 10/19/2019 | USD | 1,503.00 | Tanya Valentine |
| 5536015 | 18347120 | 10/5/2019 | 10/19/2019 | USD | 1,855.00 | David Backus |
| 5541341 | 18346789 | 10/5/2019 | 10/15/2019 | USD | 963.00 | Kathryn Mcdonald |
| 5559013 | 18359417 | 10/5/2019 | 10/19/2019 | USD | 1,248.00 | Lynn Collins |
| 5607584 | 18343887 | 10/5/2019 | 10/19/2019 | USD | 1,248.00 | Morven Sinclair |
| 5654492 | 18343501 | 10/5/2019 | 10/17/2019 | USD | 1,428.00 | Winston Wolland |
| 5657022 | 18341669 | 10/5/2019 | 10/19/2019 | USD | 1,393.00 | Donald Beaton |
| 5657207 | 18344023 | 10/5/2019 | 10/19/2019 | USD | 1,750.01 | Craig Bratton |
| 5663778 | 18346967 | 10/5/2019 | 10/19/2019 | USD | 1,855.00 | Leigh Martin |
| 5676724 | 18342793 | 10/5/2019 | 10/19/2019 | USD | 1,790.01 | Mark Campbell |
| 5682445 | 18356488 | 10/5/2019 | 10/19/2019 | USD | 1,248.00 | Gareth Houston |
| 5685895 | 18346873 | 10/5/2019 | 10/18/2019 | USD | 1,368.00 | Amanda Smith |
| 5730666 | 18359535 | 10/5/2019 | 10/19/2019 | USD | 1,248.00 | Alison Hall |
| 5755228 | 18341991 | 10/5/2019 | 10/19/2019 | USD | 1,393.00 | Sally Allen |
| 5763205 | 18356492 | 10/5/2019 | 10/19/2019 | USD | 1,248.00 | David Cooper |
| 5808164 | 18358273 | 10/5/2019 | 10/19/2019 | USD | 3,193.00 | Stephen Barber |
| 5554656 | 18340489 | 10/6/2019 | 10/20/2019 | USD | 1,281.99 | Charlie Lycett |
| 5624291 | 18358953 | 10/6/2019 | 10/20/2019 | USD | 3,543.20 | Lauren Hendry |
| 5626270 | 18356746 | 10/6/2019 | 10/20/2019 | USD | 4,078.00 | Jodie Henderson |

| 5666394 | 18359435 | 10/6/2019 | 10/20/2019 | USD | 1,282.00 | Jamie Boyce |
|---------|----------|-----------|------------|-----|----------|-------------|
| 5666915 | 18344389 | 10/6/2019 | 10/20/2019 | USD | 3,554.01 | Tom Rae |
| 5701251 | 18357223 | 10/6/2019 | 10/20/2019 | USD | 1,904.00 | Victoria Keller |
| 5726766 | 18346897 | 10/6/2019 | 10/19/2019 | USD | 1,411.00 | Allan Murdoch |
| 5730836 | 18339759 | 10/6/2019 | 10/18/2019 | USD | 1,184.00 | Ian Pratt |
| 5733701 | 18342615 | 10/6/2019 | 10/20/2019 | USD | 1,654.01 | Rachael Preece |
| 5744672 | 18343118 | 10/6/2019 | 10/20/2019 | USD | 1,840.00 | Josephine Shiels |
| 5763849 | 18358955 | 10/6/2019 | 10/20/2019 | USD | 3,543.20 | Michael Welch |
| 5779064 | 18340914 | 10/6/2019 | 10/20/2019 | USD | 1,282.00 | Carol Cocayne |
| 5788233 | 18357148 | 10/6/2019 | 10/20/2019 | USD | 1,904.00 | Yvonne Bec |
| 5827368 | 18341062 | 10/6/2019 | 10/20/2019 | USD | 1,904.00 | Daniel Jones |
| 5836707 | 18343319 | 10/6/2019 | 10/20/2019 | USD | 1,546.00 | Laila Rhodes |
| 5842129 | 18359541 | 10/6/2019 | 10/20/2019 | USD | 1,282.00 | Denise Forshaw |
| 5848098 | 18339860 | 10/6/2019 | 10/18/2019 | USD | 1,576.00 | Steven Parkes |
| 5905287 | 18702879 | 10/6/2019 | 10/14/2019 | USD | 736.00 | Paul Bennett |
| 5599561 | 18357466 | 10/7/2019 | 10/14/2019 | USD | 805.00 | Danny Craig |
| 5771013 | 18344101 | 10/7/2019 | 10/18/2019 | USD | 983.00 | Jamie Gillard |
| 5796419 | 18359381 | 10/7/2019 | 10/20/2019 | USD | 1,701.00 | Kate Tibble |
| 5510414 | 18342905 | 10/8/2019 | 10/17/2019 | USD | 957.00 | Samantha Mcaleese |
| 5762690 | 18342966 | 10/8/2019 | 10/18/2019 | USD | 1,168.00 | Steven Cole |
| 5791829 | 18471182 | 10/8/2019 | 10/15/2019 | USD | 687.00 | Sadaf Neil |
| 5957730 | 19021424 | 10/8/2019 | 10/18/2019 | USD | 1,426.88 | Stefan Grace |
| 5720982 | 18357458 | 10/9/2019 | 10/17/2019 | USD | 1,067.00 | Ruth Beal |
| 5776718 | 18340772 | 10/9/2019 | 10/19/2019 | USD | 1,160.00 | Terrence Smith |
| 5930019 | 18893200 | 10/9/2019 | 10/19/2019 | USD | 1,360.80 | Nicola Townend |
| 5748223 | 18343199 | 10/10/2019 | 10/20/2019 | USD | 1,178.00 | Paul Stewart |
| 5875401 | 18449775 | 10/12/2019 | 10/19/2019 | USD | 859.00 | Adrian Hall |
| 5883129 | 18496753 | 10/12/2019 | 10/19/2019 | USD | 1,362.00 | Andrew Gray |
| 5960167 | 19049937 | 10/12/2019 | 10/19/2019 | USD | 1,015.00 | Linsey Hollidge |
| 5393582 | 18345658 | 10/1/2019 | 10/11/2019 | USD | 920.00 | Jacqueline Levett |
| 5541582 | 18341452 | 10/1/2019 | 10/11/2019 | USD | 920.00 | Christopher Clarke |
| 5882603 | 18571130 | 10/1/2019 | 10/8/2019 | USD | 1,260.00 | Zoe Deponeo |
| 5898235 | 18654934 | 10/2/2019 | 10/9/2019 | USD | 682.08 | Joanne Glanfield |
| 5902183 | 18653159 | 10/2/2019 | 10/11/2019 | USD | 828.00 | Gareth Evans |
| 5496856 | 18342250 | 10/3/2019 | 10/10/2019 | USD | 539.00 | James Mckillop |
| 5723454 | 18357472 | 10/3/2019 | 10/10/2019 | USD | 805.00 | Murray Hutchison |
| 5787139 | 18359475 | 10/3/2019 | 10/13/2019 | USD | 770.00 | Emma Venables |
| 5938250 | 18944608 | 10/3/2019 | 10/13/2019 | USD | 1,150.00 | Roy Armstrong |
| 5723466 | 18345462 | 10/4/2019 | 10/11/2019 | USD | 538.99 | Robert Cooze |
| 5855839 | 18359531 | 10/4/2019 | 10/11/2019 | USD | 539.00 | Bobby Farmer |
| 5783760 | 18341003 | 10/5/2019 | 10/12/2019 | USD | 644.00 | Jayne Worsey |

| 5681063 /2 | 18739681 | 10/5/2019 | 10/12/2019 | USD | 1,127.00 | Judy Chappell |
|---|---|---|---|---|---|---|
| 5685773 | 18358620 | 10/6/2019 | 10/13/2019 | USD | 980.00 | Paul Benton |
| 5727047 | 18359453 | 10/6/2019 | 10/13/2019 | USD | 539.00 | Christine Murison |

**172,994.98**

Acknowledged, understood, accepted and agreed upon this 10 day of October, 2019 on behalf of:

Contempo Florida Holiday

By: _____

Name: I. D. PARDOE

Title V.P

*"all parties agree that a facsimile transmission should have the same validity as the original."*

Exhibit 3

**EXHIBIT "A"**

ExpoCredit LLC
1450 Brickell Avenue
Suite 2660
Miami, FL 33131

    Based on the terms and conditions of the Factoring Agreement, we hereby sell, transfer and assign to ExpoCredit the following accounts, as described below:

| Invoice Ref | Arrive | Depart | Guest | Vhols Ref | Rental (inc tax) |
|---|---|---|---|---|---|
| 18355849 | 10/1/2019 | 10/23/2019 | Susan V3th Pepper | 5655454 | 2,814.00 |
| 18356724 | 10/2/2019 | 10/23/2019 | Terry V4th Lowman | 5652349 | 2,856.00 |
| 18358638 | 10/3/2019 | 10/24/2019 | Beverley V5shire Nielson | 5404088 | 4,463.00 |
| 18339652 | 10/4/2019 | 10/25/2019 | John V5LP Watt | 5660838 | 3,567.00 |
| 19091464 | 10/4/2019 | 10/24/2019 | Nicola V4s Barcock | 5549593 / A | 2,528.00 |
| 19090278 | 10/4/2019 | 10/16/2019 | Jacqueline V5s Johnstone | 5707995 | 1,419.99 |
| 18340453 | 10/5/2019 | 10/26/2019 | Phillip V3g Entwistle | 5728337 | 2,025.00 |
| 18830396 | 10/5/2019 | 10/24/2019 | Sean v3g Douglas | 5921756 | 2,001.33 |
| 18346476 | 10/7/2019 | 10/28/2019 | Richard V3s Bradley | 5713441 | 2,534.01 |
| 18346258 | 10/7/2019 | 10/23/2019 | Kara V4sol-SP Giles | 5643247 | 2,281.00 |
| 18340099 | 10/7/2019 | 10/28/2019 | Helen V3g-SP Miller | 5337720 | 2,093.00 |
| 18343409 | 10/7/2019 | 10/21/2019 | Derek V5s Nicholls | 5792245 | 1,890.01 |
| 18345963 | 10/7/2019 | 10/21/2019 | Ian V5s Cox | 5742256 | 1,890.01 |
| 18343074 | 10/7/2019 | 10/21/2019 | Kristi V5s Diamond | 5478938 | 1,890.00 |
| 18343672 | 10/7/2019 | 10/21/2019 | Caralann V3s Smith | 5606798 | 1,589.00 |
| 18341782 | 10/7/2019 | 10/21/2019 | Bryan V3g Marshall | 5824858 | 1,316.00 |
| 18359515 | 10/7/2019 | 10/21/2019 | Colin V3g Lawrence | 5846041 | 1,316.00 |
| 18359403 | 10/7/2019 | 10/21/2019 | Stephen V3g-Ph Mcdonald | 5391276 | 760.99 |
| 19120361 | 10/8/2019 | 10/20/2019 | Jodie V4solterra Henderson Lloyd V4WH/Elma | 5626270 / A | 2,513.99 |
| 18340220 | 10/8/2019 | 10/22/2019 | Morgan/Miller | 5844055 | 2,002.01 |
| 19114787 | 10/8/2019 | 10/21/2019 | Michael V4VW Bullock | 5931199 / A | 1,953.00 |
| 18345303 | 10/8/2019 | 10/22/2019 | Anna V3LP Brown | 5602528 | 1,918.01 |
| 19120161 | 10/8/2019 | 10/17/2019 | Mark V6s Rawthorne | 5374088 / A | 1,644.00 |
| 18343538 | 10/8/2019 | 10/22/2019 | Keith V3s Walker | 5675763 | 1,632.00 |
| 18340046 | 10/8/2019 | 10/22/2019 | Karen V4g Keegan | 5685052 | 1,498.00 |
| 18357633 | 10/9/2019 | 10/23/2019 | Nathalie V4shire Larcombe | 5393441 | 2,677.00 |
| 18358423 | 10/9/2019 | 10/23/2019 | James V5th Ling | 5777650 | 2,473.00 |

| | | | | | |
|---|---|---|---|---|---|
| 18359477 | 10/9/2019 | 10/25/2019 | Natalie V3g Bore | 5788257 | 1,606.00 |
| 19120805 | 10/9/2019 | 10/15/2019 | Neil V3s Sadaf | 5791829 / A | 595.00 |
| 18827289 | 10/10/2019 | 10/31/2019 | Lee v3s Connor | 5345912 | 2,663.00 |
| 18342530 | 10/10/2019 | 10/24/2019 | Marguerite v3s Sparks | 5699550 | 1,717.99 |
| 18342690 | 10/10/2019 | 10/22/2019 | Stephen V3s Harwood | 5801405 | 1,447.99 |
| 18341536 | 10/10/2019 | 10/24/2019 | Dean V3g Cooper | 5264362 | 1,418.01 |
| 18340807 | 10/10/2019 | 10/24/2019 | Deborah V3g Maltman | 5562518 | 1,418.00 |
| 18570313 | 10/11/2019 | 10/25/2019 | Louise V9CG Clayton | 5680982 | 6,372.00 |
| 18341102 | 10/11/2019 | 10/25/2019 | David V6HR Walker | 5552188 | 3,058.01 |
| 18344406 | 10/11/2019 | 10/25/2019 | Natasha V6s Gill | 5683732 | 2,893.00 |
| 19138913 | 10/11/2019 | 10/25/2019 | Carole V6g Benton | 5729682-B | 2,700.00 |
| 18404640 | 10/11/2019 | 10/21/2019 | Robin v4solterra Waspe | 5871678 | 2,213.00 |
| 18347127 | 10/11/2019 | 10/25/2019 | Anthony V4th Buchanan | 5491342 | 2,149.00 |
| 18345879 | 10/11/2019 | 10/25/2019 | Audrey V4CP Duris | 5533499 | 2,149.00 |
| 18357065 | 10/11/2019 | 10/25/2019 | Jeanette V4lp Costello | 5287302 | 2,149.00 |
| 18345729 | 10/11/2019 | 10/25/2019 | Lisa V4cp Davidson | 5558674 | 2,149.00 |
| 18347108 | 10/11/2019 | 10/25/2019 | Nicole Letitia V4th Nicol | 5469115 | 2,149.00 |
| 18344313 | 10/11/2019 | 10/25/2019 | William V4HR Porter | 5414066 | 2,149.00 |
| 18905397 | 10/11/2019 | 10/25/2019 | Scott v4s-Ph Robinson | 5935874 | 2,115.68 |
| 18342243 | 10/11/2019 | 10/25/2019 | Martin V3HR Bruce | 5787484 | 2,086.01 |
| 18340240 | 10/11/2019 | 10/25/2019 | Michelle V3HR Palmer | 5716060 | 2,086.00 |
| 18666729 | 10/11/2019 | 10/23/2019 | David v3CP-SP Graham | 5902410 | 1,975.68 |
| 18343603 | 10/11/2019 | 10/26/2019 | Eve V3s Kelman | 5688155 | 1,896.00 |
| 18339949 | 10/11/2019 | 10/25/2019 | Adele V3g Smith | 5422229 | 1,452.00 |
| 18356427 | 10/11/2019 | 10/25/2019 | Jennifer V3g Clancy | 5706998 | 1,452.00 |
| 18345482 | 10/11/2019 | 10/23/2019 | Marisha V3g Henshaw | 5863079 | 1,230.00 |
| 18345637 | 10/11/2019 | 10/21/2019 | Nicola V3g Ball | 5653419 | 1,008.00 |
| 18358941 | 10/12/2019 | 10/26/2019 | Susan V6solterra-Ph Sayer | 5697594 | 4,383.68 |
| 18341362 | 10/12/2019 | 10/26/2019 | Alistair John V5HR Prickett | 5661644 | 2,644.00 |
| 18345762 | 10/12/2019 | 10/26/2019 | David V4cp Finn | 5388865 | 2,198.01 |
| 18341163 | 10/12/2019 | 10/26/2019 | Louise V4HR May | 5385694 | 2,198.01 |
| 18357003 | 10/12/2019 | 10/26/2019 | Carolynne V4wh Peat | 5762146 | 2,198.00 |
| 18357001 | 10/12/2019 | 10/26/2019 | Ian V4th Woolley | 5726011 | 2,198.00 |
| 18357123 | 10/12/2019 | 10/26/2019 | Rebecca V4hr Hill | 5391293 | 2,198.00 |
| 18343171 | 10/12/2019 | 10/25/2019 | Alfred V5s Mckay | 5488912 | 1,980.00 |
| 18343745 | 10/12/2019 | 10/26/2019 | Michelle V4s Netting | 5412922 | 1,936.00 |
| 18342370 | 10/12/2019 | 10/25/2019 | Mark V3s Pailing | 5675408 | 1,668.99 |
| 18382108 | 10/12/2019 | 10/26/2019 | Rachel v4g Chandler-Rogers | 5412067 | 1,638.01 |
| 18356440 | 10/12/2019 | 10/26/2019 | Hayley V3g Burton | 5787828 | 1,486.00 |
| 18345211 | 10/12/2019 | 10/26/2019 | Mark V3g Culver | 5363978 | 1,486.00 |

| | | | | | |
|---|---|---|---|---|---|
| 19008298 | 10/12/2019 | 10/26/2019 | Sarah v3g Bown | 5952318 | 1,485.99 |
| 18340868 | 10/12/2019 | 10/22/2019 | Brian V3g Cook | 5344962 | 1,041.99 |
| 18358420 | 10/13/2019 | 10/27/2019 | Georgia V5lp Smith | 5753048 | 2,701.00 |
| 18356989 | 10/13/2019 | 10/27/2019 | Edward V4lp Reynolds | 5696070 | 2,247.00 |
| 18357083 | 10/13/2019 | 10/27/2019 | Marie V4wh Clibburn | 5680552 | 2,247.00 |
| 18341029 | 10/13/2019 | 10/27/2019 | Lesley V4s Underhill | 5709999 | 1,982.99 |
| 18342165 | 10/13/2019 | 10/23/2019 | Ivan V4th Spikin | 5791055 | 1,591.00 |
| 18341923 | 10/13/2019 | 10/26/2019 | Andrew V4g Parker | 5756785 | 1,551.00 |
| 18356433 | 10/13/2019 | 10/27/2019 | Andrew V3g Baxter | 5791961 | 1,520.00 |
| 18341454 | 10/13/2019 | 10/23/2019 | Brian V3s Davidson | 5735729 | 1,307.00 |
| 18342846 | 10/14/2019 | 10/28/2019 | Craig V5s Lamplough | 5551082 | 2,508.80 |
| 18654744 | 10/14/2019 | 10/28/2019 | Roger v4s Keys | 5898800 | 2,273.60 |
| 18339734 | 10/14/2019 | 10/28/2019 | Jonathan V5s Hall | 5610870 | 2,240.00 |
| 18346618 | 10/14/2019 | 10/28/2019 | Michael V4s Doughty | 5444079 | 2,030.01 |
| 18342982 | 10/14/2019 | 10/28/2019 | Kirsty V3s Connor | 5480817 | 1,890.01 |
| 18341880 | 10/14/2019 | 10/30/2019 | Colin V3g Brunton | 5671371 | 1,776.00 |
| 19052288 | 10/15/2019 | 10/29/2019 | Lisa v4SD-Ph Bethell | 5965538 | 2,296.00 |
| 18343432 | 10/15/2019 | 10/29/2019 | Jamie V4s Jackson | 5654164 | 2,030.00 |
| 18345586 | 10/15/2019 | 10/29/2019 | Antony V3g Easton | 5499606 | 1,554.01 |
| 18344965 | 10/15/2019 | 10/29/2019 | Robert V3g Mcentee | 5821856 | 1,554.01 |
| 18340573 | 10/15/2019 | 10/29/2019 | Matthew V3g Shaw | 5545098 | 1,387.50 |
| 18358660 | 10/16/2019 | 10/30/2019 | Carol V5shire Griffiths | 5729121 | 3,430.00 |
| 18343562 | 10/16/2019 | 10/30/2019 | Robert v3s Webster | 5399757 | 3,164.00 |
| 18339533 | 10/16/2019 | 10/30/2019 | Colin V6g-SP Gribbs | 5375340 | 2,730.00 |
| 18344358 | 10/16/2019 | 10/28/2019 | Gordon V5HR Hogarth | 5836508 | 2,364.00 |
| 18345014 | 10/16/2019 | 10/30/2019 | Joseph V4SD Knowles | 5601829 | 2,296.00 |
| 18476268 | 10/16/2019 | 10/28/2019 | Andrew v4SD Warner | 5880920 | 1,968.00 |
| 18343290 | 10/16/2019 | 10/30/2019 | Nicola V3s Diamond | 5854843 | 1,890.01 |
| 18344855 | 10/16/2019 | 10/30/2019 | Gary V3g Butcher | 5679490 | 1,554.01 |
| 18341702 | 10/16/2019 | 10/26/2019 | Sarah V3g Smith | 5611153 | 1,109.99 |

**201,776.34**

Acknowledged, understood, accepted and agreed upon this 16 day of October, 2019  on behalf of:

Contempo Florida Holiday

By: _____

Name:  G. P. LEVENTHAL

Title  PRESIDENT

*"all parties agree that a facsimile transmission should have the same validity as the original."*

Exhibit 4

**EXHIBIT "A"**

ExpoCredit LLC
1450 Brickell Avenue
Suite 2660
Miami, FL 33131

Based on the terms and conditions of the Factoring Agreement, we hereby sell, transfer and assign to ExpoCredit the following accounts, as described below:

| INV_ID | INV_DATE | BAL_ASSIGN | PO_NO | DUE_DATE | DESCR | DTR_NAME |
|---|---|---|---|---|---|---|
| 18347173 | 10/17/2019 | 8,541.00 | Liam V8CG Pegg | 11/16/2019 | 5433257 | VIRGIN HOLIDAYS LIMITED |
| 18345403 | 10/17/2019 | 6,508.32 | Jane V7g-PH Stott | 11/16/2019 | 5504367 | VIRGIN HOLIDAYS LIMITED |
| 18358336 | 10/17/2019 | 2,758.00 | Steven V5th Hyde | 11/16/2019 | 5757236 | VIRGIN HOLIDAYS LIMITED |
| 18356750 | 10/17/2019 | 2,690.00 | Ryan V4wh Shaw | 11/16/2019 | 5820109 | VIRGIN HOLIDAYS LIMITED |
| 18358737 | 10/17/2019 | 2,240.00 | John V5s Beaver | 11/16/2019 | 5532951 | VIRGIN HOLIDAYS LIMITED |
| 18342310 | 10/17/2019 | 2,175.00 | Nicola V4s Moles | 11/16/2019 | 5318614 | VIRGIN HOLIDAYS LIMITED |
| 18340172 | 10/17/2019 | 1,708.00 | Debbie (1 Of 2) V4g Harries | 11/16/2019 | 5274430/1 | VIRGIN HOLIDAYS LIMITED |
| 18346181 | 10/17/2019 | 1,610.01 | Victoria V6sol Dalton | 11/16/2019 | 5517027 | VIRGIN HOLIDAYS LIMITED |
| 18356267 | 10/17/2019 | 1,554.00 | Debbie (2 Of 2) V3g Harries | 11/16/2019 | 5274430/2 | VIRGIN HOLIDAYS LIMITED |
| 18343507 | 10/17/2019 | 1,215.00 | Sarah V3s Whytock | 11/16/2019 | 5548438 | VIRGIN HOLIDAYS LIMITED |
| 18341311 | 10/17/2019 | 1,110.01 | Mark V3g Griffiths | 11/16/2019 | 5824197 | VIRGIN HOLIDAYS LIMITED |
| 18340954 | 10/17/2019 | 1,110.00 | Andrew V3g Coley | 11/16/2019 | 5698046 | VIRGIN HOLIDAYS LIMITED |
| 18358310 | 10/18/2019 | 2,758.00 | Janet V5lp Featherstone | 11/17/2019 | 5466499 | VIRGIN HOLIDAYS LIMITED |
| 18346494 | 10/18/2019 | 2,571.52 | James V3g Grieve | 11/17/2019 | 5777371 / 1 | VIRGIN HOLIDAYS LIMITED |
| 18343332 | 10/18/2019 | 2,359.00 | Darren V3RW-Ph Woods | 11/17/2019 | 5390126 | VIRGIN HOLIDAYS LIMITED |
| 18347069 | 10/18/2019 | 2,296.00 | Leanda V4th Pearce | 11/17/2019 | 5430320 | VIRGIN HOLIDAYS LIMITED |
| 18346740 | 10/18/2019 | 1,890.00 | Scott V3s Green | 11/17/2019 | 5506065 | VIRGIN HOLIDAYS LIMITED |
| 18399938 | 10/18/2019 | 1,890.00 | Maxine v5g Hastings | 11/17/2019 | 5869473 | VIRGIN HOLIDAYS LIMITED |
| 18346344 | 10/18/2019 | 1,804.00 | Kelly V4sol Sherriff | 11/17/2019 | 5673433 | VIRGIN HOLIDAYS LIMITED |
| 18354971 | 10/18/2019 | 1,708.00 | Sarah V4g Waller | 11/17/2019 | 5571039 | VIRGIN HOLIDAYS LIMITED |
| 18357298 | 10/18/2019 | 1,640.00 | Sara V4lp Hemingway | 11/17/2019 | 5751530 | VIRGIN HOLIDAYS LIMITED |
| 18343775 | 10/18/2019 | 1,554.01 | Kathleen V3g Watson | 11/17/2019 | 5527087 | VIRGIN HOLIDAYS LIMITED |
| 18356269 | 10/18/2019 | 1,554.00 | Gianni V3g-SP Johnston | 11/17/2019 | 4533000 | VIRGIN HOLIDAYS LIMITED |
| 18345820 | 10/19/2019 | 3,052.00 | John V4CP-SP Horncastle | 11/18/2019 | 5279672 | VIRGIN HOLIDAYS LIMITED |
| 18357580 | 10/19/2019 | 2,865.00 | Christopher V4shire Spencer | 11/18/2019 | 5723294 | VIRGIN HOLIDAYS LIMITED |
| 18358417 | 10/19/2019 | 2,701.00 | Louise V5hr Willis | 11/18/2019 | 5711690 | VIRGIN HOLIDAYS LIMITED |
| 18355880 | 10/19/2019 | 2,408.00 | Katie V3cp Talbot | 11/18/2019 | 5699296 | VIRGIN HOLIDAYS LIMITED |
| 18346206 | 10/19/2019 | 2,247.00 | Beverley V4SOL Hammill | 11/18/2019 | 5697231 | VIRGIN HOLIDAYS LIMITED |
| 18347056 | 10/19/2019 | 2,247.00 | Mandy V4th Luffman | 11/18/2019 | 5354917 | VIRGIN HOLIDAYS LIMITED |
| 18355920 | 10/19/2019 | 2,198.00 | Nigel V3th Arundell | 11/18/2019 | 5376435 | VIRGIN HOLIDAYS LIMITED |
| 18343470 | 10/19/2019 | 2,178.99 | Melissa V4s Martin | 11/18/2019 | 5310513 | VIRGIN HOLIDAYS LIMITED |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18355975 | 10/19/2019 | 2,093.00 | Lisa V3HR-Ph Rodgers | 11/18/2019 | 5623538 | | VIRGIN HOLIDAYS LIMITED |
| 18357160 | 10/19/2019 | 1,968.00 | Gordon V4hr Battye | 11/18/2019 | 5623536 | | VIRGIN HOLIDAYS LIMITED |
| 18343864 | 10/19/2019 | 1,949.00 | Allison V5g-SP Thompson | 11/18/2019 | 5511062 | | VIRGIN HOLIDAYS LIMITED |
| 18346917 | 10/19/2019 | 1,939.00 | Katherine V3s Seamark | 11/18/2019 | 5806272 | | VIRGIN HOLIDAYS LIMITED |
| 18345528 | 10/19/2019 | 1,847.00 | Danny V3s Stewart | 11/18/2019 | 5355273 | | VIRGIN HOLIDAYS LIMITED |
| 18339614 | 10/19/2019 | 1,148.00 | Helen V4LP Coward | 11/18/2019 | 5681644 | | VIRGIN HOLIDAYS LIMITED |
| 18357443 | 10/19/2019 | 1,148.00 | Dean V4hr- ph Chapman | 11/18/2019 | 5520660 | | VIRGIN HOLIDAYS LIMITED |
| 18358947 | 10/20/2019 | 3,920.00 | Elizabeth V6cg Powell | 11/19/2019 | 5669301 | | VIRGIN HOLIDAYS LIMITED |
| 18357594 | 10/20/2019 | 2,818.00 | Stephen V4shire Seymour | 11/19/2019 | 5724367 | | VIRGIN HOLIDAYS LIMITED |
| 18357635 | 10/20/2019 | 2,657.00 | Gary V4shire Waterman | 11/19/2019 | 5624068 | | VIRGIN HOLIDAYS LIMITED |
| 18344007 | 10/20/2019 | 2,644.00 | Amy V5HR 2 of 2 Broadley | 11/19/2019 | 5374165 / 2 | | VIRGIN HOLIDAYS LIMITED |
| 18358375 | 10/20/2019 | 2,644.00 | Joy V5lp Farrow | 11/19/2019 | 5381912 | | VIRGIN HOLIDAYS LIMITED |
| 18357099 | 10/20/2019 | 2,461.76 | Danielle V4hr1of2 Broadley | 11/19/2019 | 5374165 / 1 | | VIRGIN HOLIDAYS LIMITED |
| 18356801 | 10/20/2019 | 2,198.00 | Kerry V4CP Thomas | 11/19/2019 | 5355834 | | VIRGIN HOLIDAYS LIMITED |
| 18357101 | 10/20/2019 | 2,198.00 | Martin V4hr Kemp | 11/19/2019 | 5524147 | | VIRGIN HOLIDAYS LIMITED |
| 18358503 | 10/20/2019 | 2,167.00 | Nicholas V5th Rix | 11/19/2019 | 5698233 | | VIRGIN HOLIDAYS LIMITED |
| 18355956 | 10/20/2019 | 2,142.00 | Graham V3cp Cannon | 11/19/2019 | 5620655 | | VIRGIN HOLIDAYS LIMITED |
| 18358562 | 10/20/2019 | 1,970.00 | Jason V5th Hill | 11/19/2019 | 5772607 | | VIRGIN HOLIDAYS LIMITED |
| 18358045 | 10/20/2019 | 1,936.00 | Charlotte V4s Datlen | 11/19/2019 | 5513035 | | VIRGIN HOLIDAYS LIMITED |
| 18343024 | 10/20/2019 | 1,804.00 | Louisa V3s Mackenzie | 11/19/2019 | 5783491 | | VIRGIN HOLIDAYS LIMITED |
| 18346707 | 10/20/2019 | 1,712.00 | Helen V3s Shackleton | 11/19/2019 | 5424108 | | VIRGIN HOLIDAYS LIMITED |
| 18341638 | 10/20/2019 | 1,485.99 | Jacqueline V3g Rowbotham | 11/19/2019 | 5696812 | | VIRGIN HOLIDAYS LIMITED |
| 18357361 | 10/20/2019 | 1,476.00 | Helen V4th Turton | 11/19/2019 | 5564252 | | VIRGIN HOLIDAYS LIMITED |
| 18341812 | 10/20/2019 | 1,290.01 | Martyn V3g-Ph Gray | 11/19/2019 | 5485592 | | VIRGIN HOLIDAYS LIMITED |
| 18344746 | 10/20/2019 | 1,221.00 | Clare V3g Davies | 11/19/2019 | 5643077 | | VIRGIN HOLIDAYS LIMITED |
| 18341042 | 10/20/2019 | 1,127.00 | Nigel V3HR Smith | 11/19/2019 | 5815102 | | VIRGIN HOLIDAYS LIMITED |
| 18347137 | 10/21/2019 | 6,383.00 | Samantha V8CG Burlton | 11/20/2019 | 5394197 | | VIRGIN HOLIDAYS LIMITED |
| 18357596 | 10/21/2019 | 2,771.00 | Darren V4shire 1 Of 2 Kingsmill | 11/20/2019 | 5412935-1 | | VIRGIN HOLIDAYS LIMITED |
| 18358464 | 10/21/2019 | 2,307.00 | David V5WH-SP Barker | 11/20/2019 | 5454433 | | VIRGIN HOLIDAYS LIMITED |
| 18339876 | 10/21/2019 | 2,086.00 | Patricia V3LP Hobbs | 11/20/2019 | 5393989 | | VIRGIN HOLIDAYS LIMITED |
| 18357115 | 10/21/2019 | 2,034.00 | Deborah V4hr Grimshaw | 11/20/2019 | 5453665 | | VIRGIN HOLIDAYS LIMITED |
| 18341346 | 10/21/2019 | 1,776.00 | Stephen V5g Miller | 11/20/2019 | 5629892 | | VIRGIN HOLIDAYS LIMITED |
| 18346552 | 10/21/2019 | 1,640.00 | Sharon V4SD Bright | 11/20/2019 | 5857171 | | VIRGIN HOLIDAYS LIMITED |
| 18345646 | 10/21/2019 | 1,452.00 | Daniel V3g Pryde | 11/20/2019 | 5681170 | | VIRGIN HOLIDAYS LIMITED |
| 18356442 | 10/21/2019 | 1,452.00 | John V3g Gavin | 11/20/2019 | 5351256 | | VIRGIN HOLIDAYS LIMITED |
| 18835175 | 10/21/2019 | 1,243.20 | Susan v3g West | 11/20/2019 | 5924349 | | VIRGIN HOLIDAYS LIMITED |
| 18340493 | 10/21/2019 | 1,109.99 | Niall V3g Bryant | 11/20/2019 | 5622980 | | VIRGIN HOLIDAYS LIMITED |
| 18470501 | 10/22/2019 | 2,206.40 | Ruth v5CP Riches | 11/21/2019 | 5879711 | | VIRGIN HOLIDAYS LIMITED |
| 18344812 | 10/22/2019 | 1,109.99 | Lynne V3g Chandler | 11/21/2019 | 5484289 | | VIRGIN HOLIDAYS LIMITED |
| 18358588 | 10/23/2019 | 1,913.00 | Andrew V5HR Dean | 11/22/2019 | 5745217 | | VIRGIN HOLIDAYS LIMITED |
| 19051526 | 10/23/2019 | 1,544.48 | Janet v5HR Packer | 11/22/2019 | 5965144 | | VIRGIN HOLIDAYS LIMITED |
| 18835359 | 10/23/2019 | 1,360.80 | Thomas v3s Derrett | 11/22/2019 | 5923874 | | VIRGIN HOLIDAYS LIMITED |
| 18345580 | 10/23/2019 | 1,280.00 | Kelley V5s-Ph Ormsby | 11/22/2019 | 5651825 | | VIRGIN HOLIDAYS LIMITED |

| 19110265 | 10/23/2019 | 854.00 | Edward v4g Chaplin | 11/22/2019 | 5971355 | VIRGIN HOLIDAYS LIMITED |
| 18347065 | 10/24/2019 | 1,542.00 | Tomas V4th Hudson | 11/23/2019 | 5386983 | VIRGIN HOLIDAYS LIMITED |
| 18356177 | 10/24/2019 | 1,127.00 | Maxine V3th  Dickens | 11/23/2019 | 5398724 | VIRGIN HOLIDAYS LIMITED |
| 18341546 | 10/24/2019 | 1,042.01 | Darren V3g  Humphreys | 11/23/2019 | 5656921 | VIRGIN HOLIDAYS LIMITED |

165,338.49

Acknowledged, understood, accepted and agreed upon this 22
day of October, 2019  on behalf of:

Contempo Florida Holiday

By:

Name:    I. D. PARDOE

Title     V.P.

*"all parties agree that a facsimile transmission should have the same validity as the original."*

Exhibit 5

**EXHIBIT "A"**

ExpoCredit LLC
1450 Brickell Avenue
Suite 2660
Miami, FL 33131

Based on the terms and conditions of the Factoring Agreement, we hereby sell, transfer and assign to ExpoCredit the following accounts, as described below:

| INV_ID | ARRIVAL DATE | BAL_ASSIGN | PO_NO | DUE_DATE | DESCR | DTR_NAME |
|--------|--------------|------------|-------|----------|-------|----------|
| 18355832 | 10/14/2019 | 3,213.00 | Michael Plowman | 11/13/2019 | 5812569 | VIRGIN HOLIDAYS LIMITED |
| 18343728 | 10/15/2019 | 2,857.01 | Christopher Ireland | 11/14/2019 | 5862832 | VIRGIN HOLIDAYS LIMITED |
| 18341500 | 10/16/2019 | 3,110.00 | Andrew Copestick | 11/15/2019 | 5594456 | VIRGIN HOLIDAYS LIMITED |
| 18358789 | 10/21/2019 | 2,090.00 | Allison Taylor | 11/20/2019 | 5272165 | VIRGIN HOLIDAYS LIMITED |
| 18359399 | 10/21/2019 | 1,452.00 | Darren Hendy | 11/20/2019 | 5308724 | VIRGIN HOLIDAYS LIMITED |
| 18357751 | 10/21/2019 | 1,864.00 | Michelle Bingham | 11/20/2019 | 5394088 | VIRGIN HOLIDAYS LIMITED |
| 18359020 | 10/21/2019 | 3,949.00 | Elizabeth Cox | 11/20/2019 | 5395156 | VIRGIN HOLIDAYS LIMITED |
| 18359006 | 10/21/2019 | 3,058.00 | Lesley Keegan | 11/20/2019 | 5396044 | VIRGIN HOLIDAYS LIMITED |
| 18713525 | 10/21/2019 | 2,086.00 | Michael Dean Mills | 11/20/2019 | 5909139 | VIRGIN HOLIDAYS LIMITED |
| 19052093 | 10/21/2019 | 1,971.36 | Sara-Jane Redwood | 11/20/2019 | 5962580 | VIRGIN HOLIDAYS LIMITED |
| 18357598 | 10/21/2019 | 2,771.00 | Darren 2 Of 2 Kingsmill | 11/20/2019 | 5412935-2 | VIRGIN HOLIDAYS LIMITED |
| 18343534 | 10/22/2019 | 2,851.00 | Desmond Hartwright | 11/21/2019 | 5158735 | VIRGIN HOLIDAYS LIMITED |
| 18346691 | 10/22/2019 | 1,718.00 | Sarah Dodd | 11/21/2019 | 5442638 | VIRGIN HOLIDAYS LIMITED |
| 18358455 | 10/22/2019 | 2,530.00 | Robert Allaker | 11/21/2019 | 5473917 | VIRGIN HOLIDAYS LIMITED |
| 18342939 | 10/22/2019 | 2,720.00 | Tom Archer | 11/21/2019 | 5480942 | VIRGIN HOLIDAYS LIMITED |
| 18345317 | 10/22/2019 | 1,718.00 | Sam Collins | 11/21/2019 | 5538266 | VIRGIN HOLIDAYS LIMITED |
| 18346309 | 10/22/2019 | 2,670.00 | Daniel Foster | 11/21/2019 | 5595931 | VIRGIN HOLIDAYS LIMITED |
| 18343110 | 10/22/2019 | 2,720.00 | Philip Pascoe | 11/21/2019 | 5596518 | VIRGIN HOLIDAYS LIMITED |
| 18343801 | 10/22/2019 | 2,030.01 | Gary Taylor | 11/21/2019 | 5724559 | VIRGIN HOLIDAYS LIMITED |
| 19051705 | 10/22/2019 | 1,588.16 | Michelle 1 of 2 Calver | 11/21/2019 | 5963051/1 | VIRGIN HOLIDAYS LIMITED |
| 19051725 | 10/22/2019 | 1,588.16 | Michelle 2 of 2 Calver | 11/21/2019 | 5963051/2 | VIRGIN HOLIDAYS LIMITED |
| 18343205 | 10/23/2019 | 1,795.00 | Eadaoin Smith | 11/22/2019 | 5298892 | VIRGIN HOLIDAYS LIMITED |
| 18346135 | 10/23/2019 | 2,051.00 | Katharine 1 Of 2 Bobbett | 11/22/2019 | 5302478 | VIRGIN HOLIDAYS LIMITED |
| 18343680 | 10/23/2019 | 2,610.01 | Matthew Seeds | 11/22/2019 | 5320849 | VIRGIN HOLIDAYS LIMITED |
| 18341134 | 10/23/2019 | 1,795.00 | Helen Francis | 11/22/2019 | 5322233 | VIRGIN HOLIDAYS LIMITED |
| 18346254 | 10/23/2019 | 2,051.00 | Jennifer 2 Of 2 Charlewood | 11/22/2019 | 5396870 | VIRGIN HOLIDAYS LIMITED |
| 18341751 | 10/23/2019 | 1,384.00 | Daniel Miller | 11/22/2019 | 5408432 | VIRGIN HOLIDAYS LIMITED |
| 18344039 | 10/23/2019 | 2,051.00 | Kevin Graves | 11/22/2019 | 5412568 | VIRGIN HOLIDAYS LIMITED |
| 18344239 | 10/23/2019 | 1,795.00 | Hannah Roberts | 11/22/2019 | 5448673 | VIRGIN HOLIDAYS LIMITED |
| 18357150 | 10/24/2019 | 2,002.00 | Kaye-Elaine Newlan | 11/23/2019 | 5130070 | VIRGIN HOLIDAYS LIMITED |

| 18345981 | 10/24/2019 | 2,290.01 | Stephen Johnson | 11/23/2019 | 5295489 | VIRGIN HOLIDAYS LIMITED |
|---|---|---|---|---|---|---|
| 18343122 | 10/24/2019 | 2,128.00 | Neil Marshall | 11/23/2019 | 5294328 | VIRGIN HOLIDAYS LIMITED |
| 18345705 | 10/24/2019 | 2,734.01 | Helen Parsons | 11/23/2019 | 5363531 | VIRGIN HOLIDAYS LIMITED |
| 18344167 | 10/24/2019 | 1,632.00 | Jennifer Gleed | 11/23/2019 | 5382148 | VIRGIN HOLIDAYS LIMITED |
| 18356458 | 10/24/2019 | 1,350.00 | Donna Davis | 11/23/2019 | 5387673 | VIRGIN HOLIDAYS LIMITED |
| 18340696 | 10/24/2019 | 1,350.00 | Chloe 3 Of 3 Riordan | 11/23/2019 | 5399026 | VIRGIN HOLIDAYS LIMITED |
| 18358865 | 10/24/2019 | 4,942.00 | Rebecca Payne | 11/23/2019 | 5406783 | VIRGIN HOLIDAYS LIMITED |
| 18357625 | 10/24/2019 | 2,630.00 | Isabel Tester | 11/23/2019 | 5450195 | VIRGIN HOLIDAYS LIMITED |
| 18346823 | 10/24/2019 | 1,632.00 | Daniel Friend | 11/23/2019 | 5524725 | VIRGIN HOLIDAYS LIMITED |
| 18342686 | 10/24/2019 | 1,632.00 | Craig Telling | 11/23/2019 | 5525361 | VIRGIN HOLIDAYS LIMITED |
| 18346954 | 10/24/2019 | 2,002.00 | Glen Fyfe | 11/23/2019 | 5613434 | VIRGIN HOLIDAYS LIMITED |
| 18358366 | 10/24/2019 | 2,556.00 | Timothy Grove | 11/23/2019 | 5657824 | VIRGIN HOLIDAYS LIMITED |
| 18359525 | 10/25/2019 | 1,316.00 | Michael Hoole | 11/24/2019 | 5340189 | VIRGIN HOLIDAYS LIMITED |
| 18340272 | 10/25/2019 | 1,589.00 | Helen Hannam | 11/24/2019 | 5396440 | VIRGIN HOLIDAYS LIMITED |
| 18346681 | 10/25/2019 | 1,221.00 | Julie Hoskin | 11/24/2019 | 5396958 | VIRGIN HOLIDAYS LIMITED |
| 18346726 | 10/25/2019 | 1,589.00 | Carly Newman | 11/24/2019 | 5445851 | VIRGIN HOLIDAYS LIMITED |
| 18356013 | 10/25/2019 | 1,862.00 | James Davey | 11/24/2019 | 5472276 | VIRGIN HOLIDAYS LIMITED |
| 18344425 | 10/25/2019 | 1,890.00 | Julie Russell | 11/24/2019 | 5483094 | VIRGIN HOLIDAYS LIMITED |
| 18343169 | 10/25/2019 | 1,890.01 | Allan Walkingshaw | 11/24/2019 | 5509608 | VIRGIN HOLIDAYS LIMITED |
| 18357357 | 10/25/2019 | 1,493.00 | Christopher Carlin | 11/24/2019 | 5537075 | VIRGIN HOLIDAYS LIMITED |
| 18339564 | 10/25/2019 | 1,493.00 | Andrew Haley | 11/24/2019 | 5687792 | VIRGIN HOLIDAYS LIMITED |
| 18339654 | 10/25/2019 | 1,799.00 | Paula Gallagher | 11/24/2019 | 5719319 | VIRGIN HOLIDAYS LIMITED |
| 18358442 | 10/25/2019 | 2,359.00 | Judith Flinton | 11/24/2019 | 5722205 | VIRGIN HOLIDAYS LIMITED |
| 18342372 | 10/25/2019 | 1,220.99 | Wayne Bond | 11/24/2019 | 5722852 | VIRGIN HOLIDAYS LIMITED |
| 18343399 | 10/25/2019 | 1,701.00 | Nigel Barnett | 11/24/2019 | 5740260 | VIRGIN HOLIDAYS LIMITED |
| 18342163 | 10/25/2019 | 1,953.00 | Joanna Wood | 11/24/2019 | 5785048 | VIRGIN HOLIDAYS LIMITED |
| 19060861 | 10/25/2019 | 2,905.00 | Kevin Conroy | 11/24/2019 | 5968372 | VIRGIN HOLIDAYS LIMITED |
| 18358682 | 10/26/2019 | 2,934.00 | Jacqueline Hanks | 11/25/2019 | 5362879 | VIRGIN HOLIDAYS LIMITED |
| 18345873 | 10/26/2019 | 1,904.00 | Sharon Jones | 11/25/2019 | 5371556 | VIRGIN HOLIDAYS LIMITED |
| 18345233 | 10/26/2019 | 1,428.00 | Tracey Key | 11/25/2019 | 5404930 | VIRGIN HOLIDAYS LIMITED |
| 18346073 | 10/26/2019 | 1,962.24 | Fiona 1 of 2 Watson | 11/25/2019 | 5408283 | VIRGIN HOLIDAYS LIMITED |
| 18343221 | 10/26/2019 | 1,638.01 | Rachell 2 of 2 Murray | 11/25/2019 | 5413810 | VIRGIN HOLIDAYS LIMITED |
| 18343452 | 10/26/2019 | 2,190.01 | Keith O'dwyer | 11/25/2019 | 5479931 | VIRGIN HOLIDAYS LIMITED |
| 18357621 | 10/26/2019 | 2,536.00 | Venner Raymond | 11/25/2019 | 5505696 | VIRGIN HOLIDAYS LIMITED |
| 18341195 | 10/26/2019 | 1,282.00 | Matthew Fox | 11/25/2019 | 5521463 | VIRGIN HOLIDAYS LIMITED |
| 18346777 | 10/26/2019 | 1,546.00 | Llewellyn Rees | 11/25/2019 | 5525644 | VIRGIN HOLIDAYS LIMITED |
| 18340854 | 10/26/2019 | 1,282.00 | Catherine Bennett | 11/25/2019 | 5595680 | VIRGIN HOLIDAYS LIMITED |
| 18341284 | 10/26/2019 | 1,840.00 | Peter Hunt | 11/25/2019 | 5627874 | VIRGIN HOLIDAYS LIMITED |
| 18346104 | 10/26/2019 | 1,428.00 | Christopher Bailey | 11/25/2019 | 5654340 | VIRGIN HOLIDAYS LIMITED |
| 18340619 | 10/26/2019 | 1,428.00 | Stephen Limm | 11/25/2019 | 5660588 | VIRGIN HOLIDAYS LIMITED |
| 18357146 | 10/26/2019 | 1,904.00 | Francis Ducker | 11/25/2019 | 5672266 | VIRGIN HOLIDAYS LIMITED |
| 18358495 | 10/26/2019 | 2,302.00 | Michael Mckay | 11/25/2019 | 5770122 | VIRGIN HOLIDAYS LIMITED |
| 18667048 | 10/26/2019 | 2,788.00 | Kathryn Fawcett | 11/25/2019 | 5881140 | VIRGIN HOLIDAYS LIMITED |



| 18543862 | 10/26/2019 | 1,282.00 | Diane Marshall | 11/25/2019 | 5886213 | VIRGIN HOLIDAYS LIMITED |
|---|---|---|---|---|---|---|
| 18342511 | 10/27/2019 | 1,503.00 | Alexandra Templeton | 11/26/2019 | 5353569 | VIRGIN HOLIDAYS LIMITED |
| 18341524 | 10/27/2019 | 1,790.01 | Alan Stewart | 11/26/2019 | 5490580 | VIRGIN HOLIDAYS LIMITED |
| 18346010 | 10/27/2019 | 1,380.56 | Andrea Wright | 11/26/2019 | 5493229 | VIRGIN HOLIDAYS LIMITED |
| 18342556 | 10/27/2019 | 1,503.00 | Geoffrey Pritchard | 11/26/2019 | 5527879 | VIRGIN HOLIDAYS LIMITED |
| 18357162 | 10/27/2019 | 1,855.00 | Stephen Johnson | 11/26/2019 | 5552894 | VIRGIN HOLIDAYS LIMITED |
| 18357166 | 10/27/2019 | 1,855.00 | Sarah Bradley | 11/26/2019 | 5638795 | VIRGIN HOLIDAYS LIMITED |
| 18343499 | 10/27/2019 | 1,750.01 | Douglas Mccarroll | 11/26/2019 | 5643596 | VIRGIN HOLIDAYS LIMITED |
| 18358869 | 10/27/2019 | 4,669.00 | Joanne Floyd | 11/26/2019 | 5661276 | VIRGIN HOLIDAYS LIMITED |
| 18358069 | 10/27/2019 | 1,607.00 | Sarah Patterson | 11/26/2019 | 5687613 | VIRGIN HOLIDAYS LIMITED |
| 18356468 | 10/27/2019 | 1,503.00 | Kelly Smith | 11/26/2019 | 5689276 | VIRGIN HOLIDAYS LIMITED |
| 18340302 | 10/27/2019 | 1,548.00 | Jayne Smith | 11/26/2019 | 5698965 | VIRGIN HOLIDAYS LIMITED |
| 18356490 | 10/27/2019 | 1,248.00 | Diane Kay | 11/26/2019 | 5699048 | VIRGIN HOLIDAYS LIMITED |
| 18359557 | 10/27/2019 | 1,855.00 | Terence Telles | 11/26/2019 | 5710700 | VIRGIN HOLIDAYS LIMITED |
| 18340975 | 10/27/2019 | 1,503.00 | Sarah Leyland | 11/26/2019 | 5735910 | VIRGIN HOLIDAYS LIMITED |
| 18545084 | 10/27/2019 | 1,799.84 | Paul Roome | 11/26/2019 | 5888261 | VIRGIN HOLIDAYS LIMITED |
| 18357460 | 10/28/2019 | 1,001.00 | Charlotte Taylor | 11/27/2019 | 5626071 | VIRGIN HOLIDAYS LIMITED |
| 18356559 | 10/28/2019 | 1,137.00 | Angela Hall | 11/27/2019 | 5631492 | VIRGIN HOLIDAYS LIMITED |
| 18342850 | 10/28/2019 | 1,300.00 | Rosalia Ferlita | 11/27/2019 | 5722705 | VIRGIN HOLIDAYS LIMITED |
| 18346632 | 10/28/2019 | 1,168.00 | Tanya Kennedy | 11/27/2019 | 5855932 | VIRGIN HOLIDAYS LIMITED |
| 19020984 | 10/28/2019 | 1,014.72 | Gordon Foot | 11/27/2019 | 5956979 | VIRGIN HOLIDAYS LIMITED |
| 18339724 | 10/29/2019 | 925.00 | Adam Swart | 11/28/2019 | 5780442 | VIRGIN HOLIDAYS LIMITED |
| 18357456 | 10/30/2019 | 1,018.00 | Prudence Wilby | 11/29/2019 | 5419923 | VIRGIN HOLIDAYS LIMITED |
| 18357393 | 10/30/2019 | 1,248.00 | David Penney | 11/29/2019 | 5567038 | VIRGIN HOLIDAYS LIMITED |
| 18357382 | 10/30/2019 | 1,363.00 | Valerie Thompson | 11/29/2019 | 5687327 | VIRGIN HOLIDAYS LIMITED |
| 18340115 | 10/30/2019 | 684.00 | Fraser Pollard | 11/29/2019 | 5788256 | VIRGIN HOLIDAYS LIMITED |
| 18344901 | 10/31/2019 | 817.99 | Karen Morris | 11/30/2019 | 5682013 | VIRGIN HOLIDAYS LIMITED |
| 18340166 | 10/31/2019 | 727.00 | Angela Sanderson | 11/30/2019 | 5836490 | VIRGIN HOLIDAYS LIMITED |
| 18711269 | 10/31/2019 | 1,457.00 | Marion Murphy | 11/30/2019 | 5908222 | VIRGIN HOLIDAYS LIMITED |
| 18345355 | 11/1/2019 | 644.00 | Hollie House | 12/1/2019 | 5417066 | VIRGIN HOLIDAYS LIMITED |
| 18356213 | 11/2/2019 | 735.00 | Andrew Hunt | 12/2/2019 | 5377303 | VIRGIN HOLIDAYS LIMITED |
| 18346526 | 11/2/2019 | 714.00 | Claire Manning | 12/2/2019 | 5609575 | VIRGIN HOLIDAYS LIMITED |
| 18359379 | 11/2/2019 | 980.00 | Lorna Waters | 12/2/2019 | 5777373 | VIRGIN HOLIDAYS LIMITED |

197,225.13

Acknowledged, understood, accepted and agreed upon this 25
day of October, 2019 on behalf of:

Contempo Florida Holiday

By: _____
Name: I. D. PARDOE
Title

V. P.

*"all parties agree that a facsimile transmission should have the same validity as the original."*

Exhibit 6

**EXHIBIT "A"**

ExpoCredit LLC
1450 Brickell Avenue
Suite 2660
Miami, FL 33131

    Based on the terms and conditions of the Factoring Agreement, we hereby sell, transfer and assign to ExpoCredit the following accounts, as described below:

| INV_ID | INV_DATE | BAL_ASSIGN | PO_NO | DUE_DATE | DESCR | DTR_NAME |
|--------|----------|-----------|-------|----------|-------|----------|
| 19167659A | 10/14/2019 | 3,590.00 | Ian Atkinson | 11/13/2019 | 5770502 | VIRGIN HOLIDAYS LIMITED |
| 18340055 | 10/22/2019 | 2,417.00 | Donna 2 Of 3 Warren | 11/21/2019 | 5260152 | VIRGIN HOLIDAYS LIMITED |
| 18344281 | 10/22/2019 | 3,510.01 | Christopher Parrott | 11/21/2019 | 5282165 | VIRGIN HOLIDAYS LIMITED |
| 18344191 | 10/22/2019 | 1,957.00 | Sian 1 Of 2 Hatton | 11/21/2019 | 5315409 | VIRGIN HOLIDAYS LIMITED |
| 18342860 | 10/23/2019 | 2,709.00 | Rebecca Mansfield | 11/22/2019 | 5318549 | VIRGIN HOLIDAYS LIMITED |
| 18345484 | 10/23/2019 | 2,142.00 | David Webster | 11/22/2019 | 5488429 | VIRGIN HOLIDAYS LIMITED |
| 18342745 | 10/23/2019 | 2,481.00 | James Waterson | 11/22/2019 | 5648275 | VIRGIN HOLIDAYS LIMITED |
| 18344521 | 10/24/2019 | 1,658.00 | Nicola Sheidan | 11/23/2019 | 5277990 | VIRGIN HOLIDAYS LIMITED |
| 18342256 | 10/25/2019 | 1,309.00 | Jessica Baker | 11/24/2019 | 5726105 | VIRGIN HOLIDAYS LIMITED |
| 18342595 | 10/26/2019 | 2,460.00 | Karen Lawrence | 11/25/2019 | 5344076 | VIRGIN HOLIDAYS LIMITED |
| 18357067 | 10/26/2019 | 2,134.00 | Laura Dickenson | 11/25/2019 | 5381258 | VIRGIN HOLIDAYS LIMITED |
| 18345058 | 10/26/2019 | 3,282.00 | Jane Sked | 11/25/2019 | 5419357 | VIRGIN HOLIDAYS LIMITED |
| 18342789 | 10/26/2019 | 2,610.01 | Julie Grugan | 11/25/2019 | 5455290 | VIRGIN HOLIDAYS LIMITED |
| 18340907 | 10/27/2019 | 1,787.00 | Janet Walker | 11/26/2019 | 5660114 | VIRGIN HOLIDAYS LIMITED |
| 18342071 | 10/27/2019 | 1,694.00 | Nicola Haynes | 11/27/2019 | 5297098 | VIRGIN HOLIDAYS LIMITED |
| 18346397 | 10/28/2019 | 2,748.00 | Jonathan Ackland | 11/27/2019 | 5299397 | VIRGIN HOLIDAYS LIMITED |
| 18343731 | 10/28/2019 | 1,460.00 | Edna Robinson | 11/27/2019 | 5326469 | VIRGIN HOLIDAYS LIMITED |
| 18341691 | 10/28/2019 | 1,214.00 | Ann Marie Appleyard | 11/27/2019 | 5348087 | VIRGIN HOLIDAYS LIMITED |
| 18342812 | 10/28/2019 | 1,560.00 | Peter Smith | 11/27/2019 | 5354747 | VIRGIN HOLIDAYS LIMITED |
| 18343640 | 10/28/2019 | 1,460.00 | Natalie Strawther | 11/27/2019 | 5356599 | VIRGIN HOLIDAYS LIMITED |
| 18358088 | 10/28/2019 | 1,560.00 | Nikki Davies | 11/27/2019 | 5366883 | VIRGIN HOLIDAYS LIMITED |
| 18357276 | 10/28/2019 | 1,806.00 | Kiera Huckerby | 11/27/2019 | 5370489 | VIRGIN HOLIDAYS LIMITED |
| 18346466 | 10/28/2019 | 1,460.00 | Carole Colthurst | 11/27/2019 | 5391830 | VIRGIN HOLIDAYS LIMITED |
| 18346116 | 10/28/2019 | 1,510.00 | Susan Padington | 11/27/2019 | 5428727 | VIRGIN HOLIDAYS LIMITED |
| 18343306 | 10/28/2019 | 1,460.00 | Darren Psaila | 11/27/2019 | 5455905 | VIRGIN HOLIDAYS LIMITED |
| 18357278 | 10/28/2019 | 1,806.00 | Lynette Hall | 11/27/2019 | 5511779 | VIRGIN HOLIDAYS LIMITED |
| 18356987 | 10/28/2019 | 2,381.00 | Christine Nixon | 11/27/2019 | 5606612 | VIRGIN HOLIDAYS LIMITED |
| 18356502 | 10/28/2019 | 1,214.00 | John Cooper | 11/27/2019 | 5696995 | VIRGIN HOLIDAYS LIMITED |
| 18356480 | 10/28/2019 | 1,214.00 | Tracey Musker | 11/27/2019 | 5711327 | VIRGIN HOLIDAYS LIMITED |
| 18357219 | 10/28/2019 | 1,806.00 | Matthew Reynolds | 11/27/2019 | 5754940 | VIRGIN HOLIDAYS LIMITED |
| 18643423 | 10/28/2019 | 1,513.00 | Alan Office | 11/27/2019 | 5892750 | VIRGIN HOLIDAYS LIMITED |



| 18347061 | 10/28/2019 | 1,908.00 | Kathryn 1 Of 2  Moore | 11/27/2019 | 5381178/1 | VIRGIN HOLIDAYS LIMITED |
|---|---|---|---|---|---|---|
| 18347063 | 10/28/2019 | 1,806.00 | Emma  2 Of 2  Ingledew | 11/27/2019 | 5381178/2 | VIRGIN HOLIDAYS LIMITED |
| 18342386 | 10/29/2019 | 1,987.00 | Gary  Medcalf | 11/28/2019 | 5356039 | VIRGIN HOLIDAYS LIMITED |
| 18345719 | 10/29/2019 | 2,102.00 | John  Bicknell | 11/28/2019 | 5377957 | VIRGIN HOLIDAYS LIMITED |
| 18356119 | 10/29/2019 | 1,638.00 | Paul  Kupiec | 11/28/2019 | 5391985 | VIRGIN HOLIDAYS LIMITED |
| 18339768 | 10/29/2019 | 1,472.00 | Andew  Marr | 11/28/2019 | 5472867 | VIRGIN HOLIDAYS LIMITED |
| 18568829 | 10/29/2019 | 1,509.00 | June  Palmer | 11/28/2019 | 5474485 | VIRGIN HOLIDAYS LIMITED |
| 18343038 | 10/29/2019 | 1,417.00 | Louise  Watson | 11/28/2019 | 5476465 | VIRGIN HOLIDAYS LIMITED |
| 18346169 | 10/29/2019 | 2,551.00 | Carol  Warn | 11/28/2019 | 5503394 | VIRGIN HOLIDAYS LIMITED |
| 18357848 | 10/29/2019 | 1,323.00 | Louise  Bates | 11/28/2019 | 5514398 | VIRGIN HOLIDAYS LIMITED |
| 18358854 | 10/29/2019 | 4,977.00 | Lisa  Noble | 11/28/2019 | 5567731 | VIRGIN HOLIDAYS LIMITED |
| 18539002 | 10/29/2019 | 2,386.72 | Sandra  Nabarro | 11/28/2019 | 5571171 | VIRGIN HOLIDAYS LIMITED |
| 18345592 | 10/29/2019 | 1,180.00 | Sarah  Rockliffe | 11/28/2019 | 5613021 | VIRGIN HOLIDAYS LIMITED |
| 18346569 | 10/29/2019 | 1,513.01 | Alexander  Dring | 11/28/2019 | 5646700 | VIRGIN HOLIDAYS LIMITED |
| 18344997 | 10/30/2019 | 1,145.99 | Zak  Alexander | 11/29/2019 | 5292007 | VIRGIN HOLIDAYS LIMITED |
| 18339610 | 10/30/2019 | 1,708.00 | Chloe  Young | 11/29/2019 | 5429747 | VIRGIN HOLIDAYS LIMITED |
| 18341254 | 10/30/2019 | 1,434.00 | Georgina  Tyson | 11/29/2019 | 5449214 | VIRGIN HOLIDAYS LIMITED |
| 18343594 | 10/30/2019 | 1,466.00 | Michelle  Sage | 11/29/2019 | 5483784 | VIRGIN HOLIDAYS LIMITED |
| 18341460 | 10/30/2019 | 1,466.00 | Claire   Fountain | 11/29/2019 | 5564730 | VIRGIN HOLIDAYS LIMITED |
| 18339864 | 10/30/2019 | 2,073.99 | Eilish  Hudson | 11/29/2019 | 5594112 | VIRGIN HOLIDAYS LIMITED |
| 18343429 | 10/30/2019 | 1,466.00 | Graham  Codd | 11/29/2019 | 5635942 | VIRGIN HOLIDAYS LIMITED |
| 18343566 | 10/30/2019 | 1,374.01 | Connor  Carpenter | 11/29/2019 | 5642709 | VIRGIN HOLIDAYS LIMITED |
| 18345952 | 10/30/2019 | 1,466.00 | Niamh  Wells | 11/29/2019 | 5695468 | VIRGIN HOLIDAYS LIMITED |
| 18341165 | 10/30/2019 | 1,564.00 | Gillian  Smith | 11/29/2019 | 5729858 | VIRGIN HOLIDAYS LIMITED |
| 18357231 | 10/30/2019 | 1,708.00 | Lauren  Carter | 11/29/2019 | 5751872 | VIRGIN HOLIDAYS LIMITED |
| 18793305 | 10/30/2019 | 1,272.06 | Peter  Devos | 11/29/2019 | 5919743 | VIRGIN HOLIDAYS LIMITED |
| 18343279 | 10/31/2019 | 1,331.00 | Laura  Plant | 11/30/2019 | 5292537 | VIRGIN HOLIDAYS LIMITED |
| 18357286 | 10/31/2019 | 1,659.00 | Charles  Tufton | 11/30/2019 | 5311028 | VIRGIN HOLIDAYS LIMITED |
| 18342727 | 10/31/2019 | 1,590.00 | Tracy  Blackwell | 11/30/2019 | 5360846 | VIRGIN HOLIDAYS LIMITED |
| 18341286 | 10/31/2019 | 1,078.00 | Kenneth  Turner | 11/30/2019 | 5372510 | VIRGIN HOLIDAYS LIMITED |
| 18340661 | 10/31/2019 | 1,396.00 | Adryan  Price | 11/30/2019 | 5570630 | VIRGIN HOLIDAYS LIMITED |
| 18345552 | 10/31/2019 | 1,659.00 | Jonathan  Cant | 11/30/2019 | 5587846 | VIRGIN HOLIDAYS LIMITED |
| 18356854 | 10/31/2019 | 2,657.40 | Laura  Carey | 11/30/2019 | 5658326 | VIRGIN HOLIDAYS LIMITED |
| 18341935 | 10/31/2019 | 1,396.00 | Victoria  Connolly | 11/30/2019 | 5658995 | VIRGIN HOLIDAYS LIMITED |
| 18346863 | 10/31/2019 | 1,331.00 | Lee  Johnson | 11/30/2019 | 5669328 | VIRGIN HOLIDAYS LIMITED |
| 18341590 | 10/31/2019 | 1,253.00 | Ian  Taylor | 11/30/2019 | 5684617 | VIRGIN HOLIDAYS LIMITED |
| 18356127 | 10/31/2019 | 1,526.00 | Samantha  Hughes | 11/30/2019 | 5684815 | VIRGIN HOLIDAYS LIMITED |
| 18358805 | 10/31/2019 | 1,540.00 | Jeffrey  Flindall | 11/30/2019 | 5721913 | VIRGIN HOLIDAYS LIMITED |
| 18342538 | 10/31/2019 | 1,517.00 | Adam  Evans | 11/30/2019 | 5799923 | VIRGIN HOLIDAYS LIMITED |
| 18342467 | 10/31/2019 | 1,419.00 | Claire  Long | 11/30/2019 | 5827343 | VIRGIN HOLIDAYS LIMITED |
| 18382116 | 10/31/2019 | 1,072.96 | Paul  Gaitens | 11/30/2019 | 5866382 | VIRGIN HOLIDAYS LIMITED |
| 18573956 | 10/31/2019 | 1,544.00 | Richard  Hailston | 11/30/2019 | 5891131 | VIRGIN HOLIDAYS LIMITED |
| 18655004 | 10/31/2019 | 1,253.00 | Neil  Craven | 11/30/2019 | 5893916 | VIRGIN HOLIDAYS LIMITED |



| | | | | | | |
|---|---|---|---|---|---|---|
| 18594993 | 11/1/2019 | 1,004.94 | Kirstie Seal | 12/1/2019 | 5550159 | VIRGIN HOLIDAYS LIMITED |
| 18341392 | 11/1/2019 | 1,078.01 | Victoria Rogers | 12/1/2019 | 5559580 | VIRGIN HOLIDAYS LIMITED |
| 18343071 | 11/1/2019 | 1,890.00 | Karen Hilland | 12/1/2019 | 5635766 | VIRGIN HOLIDAYS LIMITED |
| 18340497 | 11/1/2019 | 1,428.00 | Kevin Whitlam | 12/1/2019 | 5657062 | VIRGIN HOLIDAYS LIMITED |
| 18343258 | 11/1/2019 | 1,862.00 | Jodie Gee | 12/1/2019 | 5753098 | VIRGIN HOLIDAYS LIMITED |
| 18343769 | 11/1/2019 | 1,470.01 | Victoria Layton | 12/1/2019 | 5760272 | VIRGIN HOLIDAYS LIMITED |
| 18341096 | 11/1/2019 | 1,960.00 | Andrew Delaney | 12/1/2019 | 5784310 | VIRGIN HOLIDAYS LIMITED |
| 18344356 | 11/1/2019 | 2,450.00 | Nicholas Blakemore | 12/1/2019 | 5787173 | VIRGIN HOLIDAYS LIMITED |
| 18344960 | 11/1/2019 | 1,078.01 | Stephanie Williams | 12/1/2019 | 5808729 | VIRGIN HOLIDAYS LIMITED |
| 18343364 | 11/1/2019 | 2,160.00 | Thomas Ramshaw | 12/1/2019 | 5862055 | VIRGIN HOLIDAYS LIMITED |
| 18470537 | 11/1/2019 | 1,078.00 | Sharon Garside | 12/1/2019 | 5878873 | VIRGIN HOLIDAYS LIMITED |
| 18784900 | 11/1/2019 | 1,150.00 | Peter Macellaro | 12/1/2019 | 5918837 | VIRGIN HOLIDAYS LIMITED |
| 18883657 | 11/1/2019 | 1,960.00 | Ian Fletcher | 12/1/2019 | 5928460 | VIRGIN HOLIDAYS LIMITED |
| 18892377 | 11/1/2019 | 1,207.36 | Paul Hopper | 12/1/2019 | 5930880 | VIRGIN HOLIDAYS LIMITED |
| 18359459 | 11/2/2019 | 1,078.00 | Hannah Haley | 12/2/2019 | 5364103 | VIRGIN HOLIDAYS LIMITED |
| 18357331 | 11/2/2019 | 1,610.00 | Laura Cleland | 12/2/2019 | 5533399 | VIRGIN HOLIDAYS LIMITED |
| 18344379 | 11/2/2019 | 2,660.00 | Gayle Bayliss | 12/2/2019 | 5569194 | VIRGIN HOLIDAYS LIMITED |
| 18346939 | 11/2/2019 | 1,610.00 | Leslie Clarkson | 12/2/2019 | 5593203 | VIRGIN HOLIDAYS LIMITED |
| 18346839 | 11/2/2019 | 1,638.00 | Karen Davis | 12/2/2019 | 5594555 | VIRGIN HOLIDAYS LIMITED |
| 18358432 | 11/2/2019 | 2,450.00 | Dawn O'sullivan | 12/2/2019 | 5605287 | VIRGIN HOLIDAYS LIMITED |
| 18345441 | 11/2/2019 | 1,540.00 | Kim Goldfinch | 12/2/2019 | 5617533 | VIRGIN HOLIDAYS LIMITED |
| 18357093 | 11/2/2019 | 2,100.00 | Julie Collins | 12/2/2019 | 5678157 | VIRGIN HOLIDAYS LIMITED |
| 18344135 | 11/2/2019 | 1,610.00 | Michael Bailey | 12/2/2019 | 5680556 | VIRGIN HOLIDAYS LIMITED |
| 18356436 | 11/2/2019 | 1,530.00 | James Cannon | 12/2/2019 | 5692703 | VIRGIN HOLIDAYS LIMITED |
| 18343338 | 11/2/2019 | 1,862.00 | Derek Baugh | 12/2/2019 | 5786477 | VIRGIN HOLIDAYS LIMITED |
| 18344109 | 11/2/2019 | 1,001.00 | Samantha Rees | 12/2/2019 | 5795562 | VIRGIN HOLIDAYS LIMITED |
| 18339676 | 11/3/2019 | 1,610.01 | Josephine Cottam | 12/3/2019 | 5516152 | VIRGIN HOLIDAYS LIMITED |
| 18358150 | 11/3/2019 | 1,372.00 | Kerry Martin | 12/3/2019 | 5660065 | VIRGIN HOLIDAYS LIMITED |
| 18339932 | 11/3/2019 | 1,540.00 | Peter Crossley | 12/3/2019 | 5663672 | VIRGIN HOLIDAYS LIMITED |
| 18358884 | 11/3/2019 | 4,251.00 | Marian Bennett | 12/3/2019 | 5668365 | VIRGIN HOLIDAYS LIMITED |
| 18702573 | 11/3/2019 | 1,344.00 | Lisa Wright | 12/3/2019 | 5672640 | VIRGIN HOLIDAYS LIMITED |
| 18347179 | 11/3/2019 | 5,124.00 | Helen Brown | 12/3/2019 | 5674199 | VIRGIN HOLIDAYS LIMITED |
| 18356576 | 11/3/2019 | 1,078.00 | Warren Skates | 12/3/2019 | 5674596 | VIRGIN HOLIDAYS LIMITED |
| 18356578 | 11/3/2019 | 1,078.00 | Tobias Leeds | 12/3/2019 | 5679711 | VIRGIN HOLIDAYS LIMITED |
| 18357882 | 11/3/2019 | 1,218.00 | Holly Sneath | 12/3/2019 | 5726121 | VIRGIN HOLIDAYS LIMITED |
| 18346588 | 11/3/2019 | 1,288.00 | Derek Blaylock | 12/3/2019 | 5765880 | VIRGIN HOLIDAYS LIMITED |
| 18357353 | 11/3/2019 | 1,610.00 | Christopher Mason | 12/3/2019 | 5785370 | VIRGIN HOLIDAYS LIMITED |
| 18356606 | 11/3/2019 | 847.00 | Sarah Rowsell | 12/3/2019 | 5795750 | VIRGIN HOLIDAYS LIMITED |
| 18358154 | 11/3/2019 | 1,372.00 | Kerry Mckenna | 12/3/2019 | 5849511 | VIRGIN HOLIDAYS LIMITED |
| 18346421 | 11/3/2019 | 920.00 | Judith Daley | 12/3/2019 | 5860929 | VIRGIN HOLIDAYS LIMITED |
| 18343622 | 11/3/2019 | 1,372.00 | Diane 1 of 2 Whiteley | 12/3/2019 | 5675749 / 1 | VIRGIN HOLIDAYS LIMITED |
| 18343022 | 11/3/2019 | 1,288.00 | Susan 2 of 2 Webster | 12/3/2019 | 5675749 / 2 | VIRGIN HOLIDAYS LIMITED |
| 18341572 | 11/4/2019 | 854.00 | Robert Noble | 12/4/2019 | 5749037 | VIRGIN HOLIDAYS LIMITED |



| 18359481 | 11/4/2019 | 2,110.00 | Trinity Leigh | 12/4/2019 | 5758859 | VIRGIN HOLIDAYS LIMITED |
|---|---|---|---|---|---|---|
| 18356608 | 11/4/2019 | 847.00 | Jacqueline Glover | 12/4/2019 | 5810331 | VIRGIN HOLIDAYS LIMITED |
| 18830567 | 11/4/2019 | 1,447.60 | Charles Lowe | 12/4/2019 | 5920939 | VIRGIN HOLIDAYS LIMITED |
| 18342949 | 11/5/2019 | 644.00 | Amy Ratcliffe | 12/5/2019 | 5445732 | VIRGIN HOLIDAYS LIMITED |
| 18342645 | 11/5/2019 | 828.00 | Jacqueline Wragg | 12/5/2019 | 5615623 | VIRGIN HOLIDAYS LIMITED |
| 18346997 | 11/6/2019 | 920.00 | Andrew Barton | 12/6/2019 | 5727776 | VIRGIN HOLIDAYS LIMITED |
| 18339883 | 11/7/2019 | 1,050.00 | Celia Parish | 12/7/2019 | 5561857 | VIRGIN HOLIDAYS LIMITED |
| 18344175 | 11/7/2019 | 1,170.00 | Amy Roberts | 12/7/2019 | 5606337 | VIRGIN HOLIDAYS LIMITED |
| 18346972 | 11/7/2019 | 1,150.00 | Sharron Marchant | 12/7/2019 | 5671820 | VIRGIN HOLIDAYS LIMITED |
| 18358707 | 11/7/2019 | 1,526.00 | Jean Jones | 12/7/2019 | 5706052 | VIRGIN HOLIDAYS LIMITED |
| 18941027 | 11/7/2019 | 735.00 | Stewart Dolman | 12/7/2019 | 5937203 | VIRGIN HOLIDAYS LIMITED |
| 19195103 | 11/7/2019 | 2,943.00 | Helen Alexander | 12/7/2019 | 5995461 | VIRGIN HOLIDAYS LIMITED |
| 18356215 | 11/9/2019 | 735.00 | Neil Leckenby | 12/9/2019 | 5549394 | VIRGIN HOLIDAYS LIMITED |
| 18667183 | 11/9/2019 | 735.00 | Gareth Rees | 12/9/2019 | 5593055 | VIRGIN HOLIDAYS LIMITED |
| 18343968 | 11/9/2019 | 805.00 | David Plenderleith | 12/9/2019 | 5765641 | VIRGIN HOLIDAYS LIMITED |
| 18340965 | 11/10/2019 | 543.85 | Franklin Laville | 12/10/2019 | 5723165 | VIRGIN HOLIDAYS LIMITED |
|  |  | 221,576.55 |  |  |  |  |

Acknowledged, understood, accepted and agreed upon this 29 day of October, 2019 on behalf of:

Contempo Florida Holiday

By: _____

Name: I.D. PARDOE

Title V.P.

***"all parties agree that a facsimile transmission should have the same validity as the original."***

Exhibit 7

**EXHIBIT "A"**

ExpoCredit LLC
1450 Brickell Avenue
Suite 2660
Miami, FL 33131

    Based on the terms and conditions of the Factoring Agreement, we hereby sell, transfer and assign to ExpoCredit the following accounts, as described below:

| Inv # | Inv Date | Inv Amt | PO No | Due Date | Description | Debtor |
|---|---|---|---|---|---|---|
| 18342977 | 10/28/2019 | 2,104.00 | Tara  Calvert | 11/18/2019 | 5390713 | Virgin Holiday Limited |
| 18341048 | 10/28/2019 | 1,753.00 | Laura Harrison | 11/18/2019 | 5694768 | Virgin Holiday Limited |
| 18359620 | 10/29/2019 | 3,110.99 | Lesley  Cooper | 11/19/2019 | 5570021 | Virgin Holiday Limited |
| 18941058 | 10/29/2019 | 1,719.00 | Lisa  Burton | 11/19/2019 | 5839243 | Virgin Holiday Limited |
| 18341360 | 10/31/2019 | 2,997.01 | Clair  Mccormack | 11/21/2019 | 5391747 | Virgin Holiday Limited |
| 18358051 | 11/1/2019 | 1,960.00 | Richard Simpson | 11/21/2019 | 5725178 | Virgin Holiday Limited |
| 18341878 | 11/2/2019 | 1,617.00 | Ian Stewart | 11/23/2019 | 5674448 | Virgin Holiday Limited |
| 18339522 | 11/4/2019 | 1,708.00 | Helen  Mcdermid | 11/18/2019 | 5402614 | Virgin Holiday Limited |
| 18339566 | 11/4/2019 | 1,610.01 | Daniel Ray | 11/18/2019 | 5405665 | Virgin Holiday Limited |
| 18345151 | 11/4/2019 | 1,372.00 | Victoria Ring | 11/18/2019 | 5428926 | Virgin Holiday Limited |
| 18342364 | 11/4/2019 | 1,638.00 | Shirley Keeley | 11/18/2019 | 5432004 | Virgin Holiday Limited |
| 18343530 | 11/4/2019 | 1,989.00 | Theresa  Herman | 11/21/2019 | 5512453 | Virgin Holiday Limited |
| 18342907 | 11/4/2019 | 1,638.00 | Jayne Darby | 11/18/2019 | 5518832 | Virgin Holiday Limited |
| 18357313 | 11/4/2019 | 1,610.00 | Rachael Kalcut | 11/18/2019 | 5539395 | Virgin Holiday Limited |
| 18357902 | 11/4/2019 | 1,568.00 | Margaret Selley | 11/18/2019 | 5549360 | Virgin Holiday Limited |
| 18400671 | 11/4/2019 | 1,078.00 | Anthony Chard | 11/18/2019 | 5869227 | Virgin Holiday Limited |
| 18653402 | 11/4/2019 | 1,568.00 | Charlotte Wells | 11/18/2019 | 5901445 | Virgin Holiday Limited |
| 19055975 | 11/4/2019 | 1,078.00 | Amanda Ambler | 11/18/2019 | 5967537 | Virgin Holiday Limited |
| 19080989 | 11/4/2019 | 1,470.00 | Gary Dickens | 11/18/2019 | 5971250 | Virgin Holiday Limited |
| 19149208 | 11/4/2019 | 1,536.64 | Ari Germain | 11/18/2019 | 5986801 | Virgin Holiday Limited |
| 18346338 | 11/5/2019 | 2,100.00 | Brian Sheppard | 11/19/2019 | 5471352 | Virgin Holiday Limited |
| 18343472 | 11/5/2019 | 1,862.00 | Mark Easie | 11/19/2019 | 5555099 | Virgin Holiday Limited |
| 18343114 | 11/5/2019 | 1,890.00 | Mark  Morgan | 11/19/2019 | 5656350 | Virgin Holiday Limited |
| 18356582 | 11/5/2019 | 1,078.00 | Steven Machin | 11/19/2019 | 5694935 | Virgin Holiday Limited |
| 18345183 | 11/5/2019 | 2,870.00 | Kathelene Miles | 11/19/2019 | 5696736 | Virgin Holiday Limited |
| 18401196 | 11/5/2019 | 1,610.00 | Lee Michael Greenhill | 11/19/2019 | 5870140 | Virgin Holiday Limited |
| 18947467 | 11/5/2019 | 1,078.00 | Mark  Dorrington | 11/19/2019 | 5943492 | Virgin Holiday Limited |
| 18340378 | 11/5/2019 | 1,470.01 | Tracey 1 of 2 Parr | 11/19/2019 | 5467926 / 1 | Virgin Holiday Limited |



| 18340429 | 11/5/2019 | 1,470.01 | Tracey  2of2 Parr | 11/19/2019 | 5467926 / 2 | Virgin Holiday Limited |
|---|---|---|---|---|---|---|
| 18344233 | 11/6/2019 | 1,288.00 | James Kelly | 11/20/2019 | 5328206 | Virgin Holiday Limited |
| 18358566 | 11/6/2019 | 1,960.00 | Jeanette Saunders | 11/20/2019 | 5337714 | Virgin Holiday Limited |
| 18358293 | 11/6/2019 | 2,800.00 | Paul Carratt | 11/22/2019 | 5409825 | Virgin Holiday Limited |
| 18343191 | 11/6/2019 | 1,989.00 | Graham Carroll | 11/23/2019 | 5451863 | Virgin Holiday Limited |
| 18357315 | 11/6/2019 | 1,610.00 | Kerry Irvine | 11/20/2019 | 5551053 | Virgin Holiday Limited |
| 18341140 | 11/6/2019 | 1,960.00 | Anthony 1 of 2 Osborne | 11/20/2019 | 5492291 / 1 | Virgin Holiday Limited |
| 18344005 | 11/6/2019 | 1,960.00 | John  2 of 2 Osborne | 11/20/2019 | 5492291 / 2 | Virgin Holiday Limited |
| 18343799 | 11/7/2019 | 1,470.01 | Nicholas Jobson | 11/21/2019 | 5367679 | Virgin Holiday Limited |
| 18342838 | 11/7/2019 | 1,568.00 | Jamie Ridley | 11/23/2019 | 5521380 | Virgin Holiday Limited |
| 19050415 | 11/7/2019 | 1,778.00 | Stephen  Towler | 11/21/2019 | 5610599 | Virgin Holiday Limited |
| 18345989 | 11/7/2019 | 1,540.00 | Norman  Usher | 11/21/2019 | 5615853 | Virgin Holiday Limited |
| 18357144 | 11/7/2019 | 2,100.00 | Lyn Phoenix | 11/21/2019 | 5681067 | Virgin Holiday Limited |
| 18341642 | 11/7/2019 | 1,078.01 | Nadine Morgan | 11/21/2019 | 5704543 | Virgin Holiday Limited |
| 18341765 | 11/7/2019 | 1,078.01 | Andrew  Ball | 11/21/2019 | 5717653 | Virgin Holiday Limited |
| 18342674 | 11/7/2019 | 1,575.00 | Terry Matthews | 11/22/2019 | 5733363 | Virgin Holiday Limited |
| 18359463 | 11/7/2019 | 1,078.00 | Rebekah Staaden | 11/21/2019 | 5764064 | Virgin Holiday Limited |
| 18340819 | 11/7/2019 | 1,078.00 | Stewart Durrant | 11/19/2019 | 5776113 | Virgin Holiday Limited |
| 18346921 | 11/7/2019 | 1,288.00 | Garry  Waters | 11/21/2019 | 5847371 | Virgin Holiday Limited |
| 18359545 | 11/7/2019 | 1,078.00 | Paul Sinnett | 11/21/2019 | 5864547 | Virgin Holiday Limited |
| 18667240 | 11/7/2019 | 1,568.00 | Warren Bryant | 11/21/2019 | 5886747 | Virgin Holiday Limited |
| 18345633 | 11/8/2019 | 1,428.00 | Steven Mumby | 11/22/2019 | 5546747 | Virgin Holiday Limited |
| 18343689 | 11/8/2019 | 1,638.00 | Dave  Mills | 11/22/2019 | 5635379 | Virgin Holiday Limited |
| 18345359 | 11/8/2019 | 1,778.00 | Eleanor Johnstone | 11/22/2019 | 5678532 | Virgin Holiday Limited |
| 18344594 | 11/8/2019 | 1,568.00 | Jenna Chadwick | 11/22/2019 | 5692725 | Virgin Holiday Limited |
| 18357335 | 11/8/2019 | 1,610.00 | Susan  Brown | 11/22/2019 | 5699935 | Virgin Holiday Limited |
| 18347028 | 11/8/2019 | 1,610.00 | Magali Topley | 11/22/2019 | 5812298 | Virgin Holiday Limited |
| 18781334 | 11/8/2019 | 1,470.00 | Sarah  Noble | 11/22/2019 | 5916666 | Virgin Holiday Limited |
| 18340635 | 11/9/2019 | 1,358.00 | Vicki Pink | 11/23/2019 | 5445957 | Virgin Holiday Limited |
| 18344899 | 11/9/2019 | 1,218.01 | Lindsey Newby | 11/23/2019 | 5467672 | Virgin Holiday Limited |
| 18358428 | 11/9/2019 | 2,450.00 | Michelle Styler | 11/23/2019 | 5534590 | Virgin Holiday Limited |
| 18340268 | 11/9/2019 | 1,078.00 | Neil Little | 11/23/2019 | 5631671 | Virgin Holiday Limited |
| 18343136 | 11/9/2019 | 1,638.00 | Matthew Tann | 11/23/2019 | 5656740 | Virgin Holiday Limited |
| 18357306 | 11/9/2019 | 1,800.00 | Jennifer  Deacon | 11/21/2019 | 5675608 | Virgin Holiday Limited |
| 18345224 | 11/9/2019 | 1,078.00 | Tracy Hall | 11/23/2019 | 5750392 | Virgin Holiday Limited |
| 18514418 | 11/9/2019 | 1,536.64 | Alan Woodcock | 11/23/2019 | 5883026 | Virgin Holiday Limited |
| 19115362 | 11/9/2019 | 1,862.00 | Justin Changeur | 11/23/2019 | 5894723 | Virgin Holiday Limited |
| 18858484 | 11/9/2019 | 4,578.00 | Larissa  Dean | 11/23/2019 | 5927320 | Virgin Holiday Limited |
| 18343223 | 11/10/2019 | 1,638.00 | Neil Bavington | 11/24/2019 | 5448356 | Virgin Holiday Limited |
| 18359362 | 11/10/2019 | 1,470.00 | Richard  Storrs | 11/24/2019 | 5459245 | Virgin Holiday Limited |
| 18346540 | 11/10/2019 | 1,610.00 | Sarah  Wilson | 11/24/2019 | 5461347 | Virgin Holiday Limited |
| 18356193 | 11/10/2019 | 945.00 | Elizabeth Bishop | 11/19/2019 | 5522197 | Virgin Holiday Limited |

| 18343509 | 11/10/2019 | 920.00 | Rebecca Barber | 11/20/2019 | 5630997 | Virgin Holiday Limited |
|---|---|---|---|---|---|---|
| 18341822 | 11/10/2019 | 1,078.00 | Christina Cleary | 11/24/2019 | 5632081 | Virgin Holiday Limited |
| 18341191 | 11/10/2019 | 1,470.01 | Gillian Kelly | 11/24/2019 | 5669959 | Virgin Holiday Limited |
| 18340161 | 11/10/2019 | 1,078.01 | Joseph Fairburn | 11/24/2019 | 5816964 | Virgin Holiday Limited |
| 18411284 | 11/10/2019 | 1,495.00 | Leon 1 of 2 Bidgway | 11/23/2019 | 5869656/1 | Virgin Holiday Limited |
| 18411430 | 11/10/2019 | 1,495.00 | James 2 of 2 Hooper | 11/23/2019 | 5869656/2 | Virgin Holiday Limited |
| 18341005 | 11/11/2019 | 1,150.01 | Benjamin Turnham | 11/21/2019 | 5604942 | Virgin Holiday Limited |
| 18343313 | 11/11/2019 | 920.00 | Elaine Mulheron | 11/21/2019 | 5640181 | Virgin Holiday Limited |
| 18343650 | 11/11/2019 | 920.00 | Sara Hullott | 11/21/2019 | 5735632 | Virgin Holiday Limited |
| 18340581 | 11/12/2019 | 539.00 | Emily Barber | 11/19/2019 | 5736257 | Virgin Holiday Limited |
| 18343739 | 11/12/2019 | 1,270.00 | Gary Staniland | 11/22/2019 | 5818959 | Virgin Holiday Limited |
| 18357437 | 11/13/2019 | 1,150.00 | Claire Dendy | 11/23/2019 | 5465599 | Virgin Holiday Limited |
| 18346616 | 11/13/2019 | 1,050.00 | Lisa Inwood | 11/20/2019 | 5555868 | Virgin Holiday Limited |
| 18947742 | 11/13/2019 | 1,638.00 | Sally Price | 11/23/2019 | 5944043 | Virgin Holiday Limited |
| 18340501 | 11/15/2019 | 784.00 | Lisa Robbins | 11/22/2019 | 5691214 | Virgin Holiday Limited |
| 18342877 | 11/16/2019 | 644.00 | Amanda Demetriou | 11/23/2019 | 5770179 | Virgin Holiday Limited |
| 18340053 | 11/16/2019 | 696.00 | Peter Wilson | 11/24/2019 | 5827941 | Virgin Holiday Limited |
| 18340927 | 11/17/2019 | 539.00 | Jack Wharton | 11/24/2019 | 5828049 | Virgin Holiday Limited |

**$136,594.38**

Acknowledged, understood, accepted and agreed upon this 4 day of November, 2019  on behalf of:

Contempo Florida Holiday

By:_____

Name:  I. D. PARDOE

Title   V. P.

*"all parties agree that a facsimile transmission should have the same validity as the original."*

Exhibit 8

**EXHIBIT "A"**

ExpoCredit LLC
1450 Brickell Avenue
Suite 2660
Miami, FL 33131

Based on the terms and conditions of the Factoring Agreement, we hereby sell, transfer and assign  to ExpoCredit the following accounts, as described below:

Account Debtor          Invoice #          Net Invoice Amount          Due Date

| VHOLS Supplier | VHOLS Booking Ref | Supplier Invoice Ref | Arrival Date | Departure Date | Currency | Total Amount | Passenger Name |
|---|---|---|---|---|---|---|---|
| 330346 | 5674036 | 18342286 | 11/1/2019 | 11/29/2019 | USD | 2,940.00 | Gloria Shannon |
| 330346 | 5863963 | 18345524 | 11/2/2019 | 11/30/2019 | USD | 2,156.00 | Stephen Lee |
| 330346 | 5843575 | 18339977 | 11/3/2019 | 12/1/2019 | USD | 2,156.00 | William Beaney |
| 330346 | 5436086 | 18341332 | 11/5/2019 | 11/25/2019 | USD | 3,000.00 | Tina Dunwell |
| 330346 | 5550314 | 18345771 | 11/5/2019 | 11/26/2019 | USD | 3,150.00 | Andrea Court |
| 330346 | 5895760 | 18667022 | 11/5/2019 | 11/26/2019 | USD | 2,205.00 | Jeffrey Horton |
| 330346 | 5689409 | 18341502 | 11/8/2019 | 11/26/2019 | USD | 2,610.00 | Michael Goldhawk |
| 330346 | 5498053 | 18346486 | 11/9/2019 | 11/30/2019 | USD | 1,617.00 | Suzanne Halford |
| 330346 | 5601894 | 18343713 | 11/9/2019 | 11/30/2019 | USD | 1,932.00 | Carolle Mellish |
| 330346 | 5668168 | 18345684 | 11/10/2019 | 11/26/2019 | USD | 3,520.00 | Daniel Morris |
| 330346 | 5761590 | 18356798 | 11/10/2019 | 11/27/2019 | USD | 2,550.00 | Geoffrey Martin |
| 330346 | 5444246 | 18342824 | 11/11/2019 | 11/27/2019 | USD | 1,760.00 | Michelle Cassidy |
| 330346 | 5694121 | 18342593 | 11/11/2019 | 11/25/2019 | USD | 1,778.00 | John Bodsworth |
| 330346 | 5713150 | 18342159 | 11/11/2019 | 11/25/2019 | USD | 2,100.01 | Richard Chace |
| 330346 | 5774514 | 18346071 | 11/11/2019 | 11/25/2019 | USD | 1,288.00 | Joanne Faulkner |
| 330346 | 5879724 | 18470593 | 11/11/2019 | 11/25/2019 | USD | 1,078.00 | Julie Finnegan |
| 330346 | 5884324 | 18503682 | 11/11/2019 | 11/25/2019 | USD | 1,078.00 | Andrew Montague |
| 330346 | 5888458 | 18544551 | 11/11/2019 | 11/25/2019 | USD | 1,218.01 | Darren Johnston |
| 330346 | 5898713 | 18653109 | 11/11/2019 | 11/25/2019 | USD | 1,078.00 | Katherine Lavender |
| 330346 | 5679294 | 18346143 | 11/12/2019 | 11/25/2019 | USD | 1,725.00 | Matthew Ambrose |
| 330346 | 5438186 | 18344283 | 11/13/2019 | 11/27/2019 | USD | 1,960.00 | Michelle Gatehouse |
| 330346 | 5485503 | 18342760 | 11/13/2019 | 11/27/2019 | USD | 1,540.00 | Victoria Crome |
| 330346 | 5728220 | 18345016 | 11/13/2019 | 11/27/2019 | USD | 1,610.01 | Geoffrey Greaves |
| 330346 | 5886173 | 18713420 | 11/13/2019 | 11/25/2019 | USD | 2,772.00 | Stephen John Walters |
| 330346 | 5933684 | 18897258 | 11/13/2019 | 11/27/2019 | USD | 1,078.00 | Colin Reed |
| 330346 | 5476787 | 18342717 | 11/14/2019 | 11/28/2019 | USD | 2,170.01 | Emma Bramham |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 330346 | 5494064 | 18344208 | 11/14/2019 | 11/28/2019 | USD | 1,078.00 | Emily O'neill |
| 330346 | 5586627 | 18342481 | 11/14/2019 | 11/28/2019 | USD | 1,288.00 | Neil Barwick |
| 330346 | 5671492 | 18345606 | 11/14/2019 | 11/28/2019 | USD | 1,078.01 | Malcolm Preen |
| 330346 | 5906392 | 18705877 | 11/14/2019 | 11/28/2019 | USD | 1,078.00 | Paul Jessop |
| 330346 | 5926063 | 18849289 | 11/14/2019 | 11/30/2019 | USD | 1,472.00 | David Mitchell |
| 330346 | 5979845 | 19093314 | 11/14/2019 | 11/28/2019 | USD | 1,078.00 | Steven Stafford |
| 330346 | 5452547 | 18343069 | 11/15/2019 | 11/29/2019 | USD | 1,890.00 | Lauren Watson |
| 330346 | 5471250 | 18341389 | 11/15/2019 | 11/29/2019 | USD | 1,078.01 | Clare Gibson |
| 330346 | 5672115 | 18344097 | 11/15/2019 | 11/29/2019 | USD | 1,568.01 | Robert Hammerton |
| 330346 | 5691441 | 18342647 | 11/15/2019 | 11/29/2019 | USD | 1,778.00 | Michael Freeman |
| 330346 | 5477467 | 18359413 | 11/16/2019 | 11/30/2019 | USD | 1,428.00 | Alice Nevins-Ramessur |
| 330346 | 5518418 | 18341696 | 11/16/2019 | 11/30/2019 | USD | 1,078.00 | Alison Rothwell |
| 330346 | 5564047 | 18569043 | 11/16/2019 | 11/30/2019 | USD | 1,568.00 | Andrew Fletcher |
| 330346 | 5597092 | 18342552 | 11/16/2019 | 11/30/2019 | USD | 1,428.00 | Tracey Radford |
| 330346 | 5679314 | 18359368 | 11/16/2019 | 11/30/2019 | USD | 1,470.00 | Amy Livermore |
| 330346 | 5684993 | 18341592 | 11/16/2019 | 11/30/2019 | USD | 1,218.01 | Matthew Leslie |
| 330346 | 5685276 | 18342400 | 11/16/2019 | 11/30/2019 | USD | 2,100.01 | Kirsty Payne |
| 330346 | 5702371 | 18339596 | 11/16/2019 | 11/30/2019 | USD | 1,960.01 | Helen Chrzanowski |
| 330346 | 5787918 | 18344955 | 11/16/2019 | 11/30/2019 | USD | 1,078.01 | Kalvert Wells |
| 330346 | 5792098 | 18343423 | 11/16/2019 | 11/30/2019 | USD | 1,288.00 | Dominic Entwistle |
| 330346 | 5855829 | 18345834 | 11/16/2019 | 11/30/2019 | USD | 1,610.01 | David Herd |
| 330346 | 5908457 | 18711258 | 11/16/2019 | 11/30/2019 | USD | 1,078.00 | Paul Smith |
| 330346 | 5918814 | 18784679 | 11/16/2019 | 11/26/2019 | USD | 1,270.00 | Emma Freeborn |
| 330346 | 5366142 | 18404695 | 11/17/2019 | 12/1/2019 | USD | 1,288.00 | Lewis Knox |
| 330346 | 5368078 | 18346027 | 11/17/2019 | 12/1/2019 | USD | 1,708.01 | Graham Bruce |
| 330346 | 5682575 | 18356877 | 11/17/2019 | 12/1/2019 | USD | 2,595.60 | Alice Emuss |
| 330346 | 5692928 | 18345454 | 11/17/2019 | 12/1/2019 | USD | 1,078.00 | Paul Simpson |
| 330346 | 5780368 | 18344183 | 11/17/2019 | 11/27/2019 | USD | 980.00 | Lynne Baker |
| 330346 | 5815660 | 18359489 | 11/17/2019 | 12/1/2019 | USD | 1,568.00 | Hannah Thompson |
| 330346 | 5951919 | 19000318 | 11/17/2019 | 11/26/2019 | USD | 919.08 | Mark Gibbons |
| 330346 | 6000011 | 19230176 | 11/17/2019 | 11/25/2019 | USD | 840.00 | Swatee Patel |
| 330346 | 5508935 | 18339574 | 11/18/2019 | 11/28/2019 | USD | 1,400.00 | Tina Richardson |
| 330346 | 5640499 | 18356217 | 11/18/2019 | 12/1/2019 | USD | 1,820.00 | Liam West |
| 330346 | 5721134 | 18344318 | 11/18/2019 | 11/25/2019 | USD | 1,050.00 | Michelle Davis |
| 330346 | 5904270 | 18701789 | 11/18/2019 | 11/25/2019 | USD | 784.00 | Alan Phillpot |
| 330346 | 5703844 | 18340604 | 11/19/2019 | 11/29/2019 | USD | 1,220.01 | Martin Richardson |
| 330346 | 5847492 | 18346336 | 11/20/2019 | 11/30/2019 | USD | 770.00 | Christopher Gaffney |
| 330346 | 5891555 | 18575067 | 11/20/2019 | 11/27/2019 | USD | 539.00 | Lewis Marsden |
| 330346 | 5928390 | 18863073 | 11/20/2019 | 11/29/2019 | USD | 693.00 | Laura Dobbs |
| 330346 | 5954287 | 19001107 | 11/20/2019 | 12/1/2019 | USD | 948.64 | Evelyn Cunliffe |

| 330346 | 5888057 | 18544561 | 11/21/2019 | 11/28/2019 | USD | 784.00 | Adam Spooner |
| 330346 | 5938997 | 18944582 | 11/21/2019 | 11/28/2019 | USD | 735.00 | Candy  Dewdney |
| 330346 | 5809005 | 18343317 | 11/22/2019 | 12/1/2019 | USD | 828.00 | Charlotte Mills-Murray |
| 330346 | 5917066 | 18783538 | 11/22/2019 | 11/30/2019 | USD | 736.00 | Marie Barnes |
| 330346 | 5475763 | 18340195 | 11/23/2019 | 11/30/2019 | USD | 805.00 | Graham Alcock |
| 330346 | 5680929 | 18344857 | 11/23/2019 | 11/30/2019 | USD | 539.00 | Emma Hartley |
| 330346 | 5755243 | 18343138 | 11/23/2019 | 11/30/2019 | USD | 644.00 | Carl  Grayston |
| 330346 | 5826609 | 18341016 | 11/23/2019 | 12/1/2019 | USD | 920.00 | Belinda Baker |

$
110,221.46

Contempo Florida Holiday

By: _FI)Parz_     11/7/2019

Name:  i. D-PARDOE

Title   V. P.

Exhibit 9

**EXHIBIT "A"**

ExpoCredit LLC
1450 Brickell Avenue
Suite 2660
Miami, FL 33131

    Based on the terms and conditions of the Factoring Agreement, we hereby sell, transfer and assign to ExpoCredit the following accounts, as described below:

| INV_ID | INV_DATE | BAL_ASSIGN | PO_NO | DUE_DATE | DESCR | DTR_NAME |
|---|---|---|---|---|---|---|
| 19281526 | 11/2/2019 | 3,920.00 | Georgina Beaney | 12/2/2019 | 5684901A | VIRGIN HOLIDAYS LIMITED |
| 18343848 | 11/4/2019 | 3,220.00 | Anthony Smith | 12/4/2019 | 5799785 | VIRGIN HOLIDAYS LIMITED |
| 18345319 | 11/7/2019 | 3,556.00 | Raymond Rorrison | 12/7/2019 | 5778251 | VIRGIN HOLIDAYS LIMITED |
| 18342095 | 11/12/2019 | 3,150.00 | David Rice | 12/12/2019 | 5327622 | VIRGIN HOLIDAYS LIMITED |
| 18343042 | 11/13/2019 | 2,772.00 | Katherine Lydon | 12/13/2019 | 5732370 | VIRGIN HOLIDAYS LIMITED |
| 18494458 | 11/14/2019 | 2,310.00 | David Copeland | 12/14/2019 | 5488445 | VIRGIN HOLIDAYS LIMITED |
| 18341290 | 11/14/2019 | 1,771.00 | Kenneth Preater | 12/14/2019 | 5550372 | VIRGIN HOLIDAYS LIMITED |
| 18341100 | 11/16/2019 | 3,587.00 | Stewart King | 12/16/2019 | 5416518 | VIRGIN HOLIDAYS LIMITED |
| 18343173 | 11/16/2019 | 3,045.01 | Karen Knight | 12/16/2019 | 5693192 | VIRGIN HOLIDAYS LIMITED |
| 18346468 | 11/18/2019 | 1,638.00 | Heather Lewis | 12/18/2019 | 5489079 | VIRGIN HOLIDAYS LIMITED |
| 18344561 | 11/18/2019 | 1,217.99 | Andrew Jackson | 12/18/2019 | 5527190 | VIRGIN HOLIDAYS LIMITED |
| 18344145 | 11/18/2019 | 2,240.00 | Jacqueleine Ellis | 12/18/2019 | 5552833 | VIRGIN HOLIDAYS LIMITED |
| 18341038 | 11/18/2019 | 1,960.01 | Anthony Sammons | 12/18/2019 | 5588266 | VIRGIN HOLIDAYS LIMITED |
| 18343003 | 11/18/2019 | 1,862.00 | Matthew Tubbs | 12/18/2019 | 5684879 | VIRGIN HOLIDAYS LIMITED |
| 18653378 | 11/18/2019 | 2,415.00 | Darren Deakin | 12/18/2019 | 5900870 | VIRGIN HOLIDAYS LIMITED |
| 18666763 | 11/18/2019 | 1,288.00 | Kathryn Dally | 12/18/2019 | 5902580 | VIRGIN HOLIDAYS LIMITED |
| 18339643 | 11/19/2019 | 2,100.01 | Ian Mackintosh | 12/19/2019 | 5274971 | VIRGIN HOLIDAYS LIMITED |
| 18343959 | 11/19/2019 | 1,470.01 | Stacey Ferguson | 12/19/2019 | 5400393 | VIRGIN HOLIDAYS LIMITED |
| 18401045 | 11/19/2019 | 1,803.20 | Emma Smart | 12/19/2019 | 5450151 | VIRGIN HOLIDAYS LIMITED |
| 18347100 | 11/19/2019 | 1,610.00 | Graham McCann | 12/19/2019 | 5493883 | VIRGIN HOLIDAYS LIMITED |
| 18343344 | 11/19/2019 | 1,540.00 | Tina Hatton | 12/19/2019 | 5536254 | VIRGIN HOLIDAYS LIMITED |
| 18340409 | 11/19/2019 | 1,218.01 | Stephen White | 12/19/2019 | 5655842 | VIRGIN HOLIDAYS LIMITED |
| 18342919 | 11/19/2019 | 1,288.00 | Thomas Moore | 12/19/2019 | 5679936 | VIRGIN HOLIDAYS LIMITED |
| 18340111 | 11/19/2019 | 1,078.01 | Christopher Pomorski | 12/19/2019 | 5725472 | VIRGIN HOLIDAYS LIMITED |
| 18343767 | 11/19/2019 | 2,205.00 | David Bibby | 12/19/2019 | 5748429 | VIRGIN HOLIDAYS LIMITED |



| | | | | | | |
|---|---|---|---|---|---|---|
| 18360734. | 11/19/2019 | 1,207.50 | Paul Williams | 12/19/2019 | 5971542 | VIRGIN HOLIDAYS LIMITED |
| 19115031 | 11/19/2019 | 2,352.00 | Diane Gibson | 12/19/2019 | 5982738 | VIRGIN HOLIDAYS LIMITED |
| 19200322 | 11/19/2019 | 1,862.00 | Philip Scott | 12/19/2019 | 5995555 | VIRGIN HOLIDAYS LIMITED |
| 19224706 | 11/19/2019 | 1,610.00 | Graham Weaver | 12/19/2019 | 5997786 | VIRGIN HOLIDAYS LIMITED |
| 18358472. | 11/20/2019 | 2,450.00 | Daniel Blaney | 12/20/2019 | 5400055 | VIRGIN HOLIDAYS LIMITED |
| 18346591. | 11/20/2019 | 2,100.01 | Robert Cooper | 12/20/2019 | 5484480 | VIRGIN HOLIDAYS LIMITED |
| 18346085. | 11/20/2019 | 2,142.00 | Benjamin Lowe | 12/20/2019 | 5524998 | VIRGIN HOLIDAYS LIMITED |
| 18653245. | 11/20/2019 | 1,288.00 | Sean Heffernan | 12/20/2019 | 5901822 | VIRGIN HOLIDAYS LIMITED |
| 18724913. | 11/20/2019 | 1,288.00 | Thomas Hodges | 12/20/2019 | 5911773 | VIRGIN HOLIDAYS LIMITED |
| 18346867. | 11/21/2019 | 1,288.00 | Michelle Appleton | 12/21/2019 | 5516415 | VIRGIN HOLIDAYS LIMITED |
| 18339881. | 11/21/2019 | 1,470.01 | Pauline Doyle | 12/21/2019 | 5525351 | VIRGIN HOLIDAYS LIMITED |
| 18340449. | 11/22/2019 | 1,078.00 | Gary Jayes | 12/22/2019 | 5696778 | VIRGIN HOLIDAYS LIMITED |
| 18339774. | 11/22/2019 | 1,358.00 | Lynne Asling | 12/22/2019 | 5742784 | VIRGIN HOLIDAYS LIMITED |
| 18340842. | 11/22/2019 | 1,610.00 | Steven Clarke | 12/22/2019 | 5762252 | VIRGIN HOLIDAYS LIMITED |
| 18341773. | 11/22/2019 | 1,568.01 | Alison Towart | 12/22/2019 | 5771383 | VIRGIN HOLIDAYS LIMITED |
| 18653128. | 11/22/2019 | 1,120.00 | Jonathan Murrell | 12/22/2019 | 5901921 | VIRGIN HOLIDAYS LIMITED |
| 18666757. | 11/22/2019 | 1,078.00 | Taylan Toros | 12/22/2019 | 5902706 | VIRGIN HOLIDAYS LIMITED |
| 18343281. | 11/23/2019 | 1,638.00 | Yasmin Curtis | 12/23/2019 | 5395200 | VIRGIN HOLIDAYS LIMITED |
| 18340236. | 11/23/2019 | 1,470.01 | Mark La Vardera | 12/23/2019 | 5655368 | VIRGIN HOLIDAYS LIMITED |
| 18341884. | 11/23/2019 | 777.00 | Michael Grattan | 12/23/2019 | 5693203 | VIRGIN HOLIDAYS LIMITED |
| 18359455. | 11/23/2019 | 1,617.00 | Ian Young | 12/23/2019 | 5728132 | VIRGIN HOLIDAYS LIMITED |
| 18343678. | 11/23/2019 | 920.00 | Janine Prentice | 12/23/2019 | 5740495 | VIRGIN HOLIDAYS LIMITED |
| 18342883. | 11/23/2019 | 1,470.00 | Peter Johnson | 12/23/2019 | 5790773 | VIRGIN HOLIDAYS LIMITED |
| 18411264. | 11/23/2019 | 1,960.01 | Edward McCreesh | 12/23/2019 | 5803868 | VIRGIN HOLIDAYS LIMITED |
| 18346283. | 11/23/2019 | 1,708.01 | Clint Steed | 12/23/2019 | 5811400 | VIRGIN HOLIDAYS LIMITED |
| 18343189. | 11/23/2019 | 1,960.01 | Rhys King | 12/23/2019 | 5816064 | VIRGIN HOLIDAYS LIMITED |
| 18347030. | 11/23/2019 | 1,610.00 | Barry Southwell | 12/23/2019 | 5825749 | VIRGIN HOLIDAYS LIMITED |
| 18345871. | 11/23/2019 | 2,310.01 | Suzanne Knowles | 12/23/2019 | 5856694 | VIRGIN HOLIDAYS LIMITED |
| 18456996. | 11/23/2019 | 1,288.00 | Vanessa Watson | 12/23/2019 | 5878403 | VIRGIN HOLIDAYS LIMITED |
| 18862934 | 11/23/2019 | 1,610.01 | Nicola Green | 12/23/2019 | 5928726 | VIRGIN HOLIDAYS LIMITED |
| 19119179 | 11/23/2019 | 2,100.00 | Gary Newman | 12/23/2019 | 5983643 | VIRGIN HOLIDAYS LIMITED |
| 19148469 | 11/23/2019 | 1,078.01 | Erbil Aslan | 12/23/2019 | 5986554 | VIRGIN HOLIDAYS LIMITED |
| 18341913. | 11/24/2019 | 1,218.01 | Craig Oneill | 12/24/2019 | 5580093 | VIRGIN HOLIDAYS LIMITED |
| 18340886. | 11/24/2019 | 1,112.24 | Craig Thorneycroft | 12/24/2019 | 5640056 | VIRGIN HOLIDAYS LIMITED |
| 18356163. | 11/24/2019 | 1,400.00 | Kevin Gunther | 12/24/2019 | 5726802 | VIRGIN HOLIDAYS LIMITED |
| 19196853 | 11/24/2019 | 1,568.00 | Leigh Knight | 12/24/2019 | 5992747 | VIRGIN HOLIDAYS LIMITED |
| 19196641 | 11/24/2019 | 770.01 | Eric Jones | 12/24/2019 | 5992877 | VIRGIN HOLIDAYS LIMITED |
| 18378773. | 11/25/2019 | 1,372.00 | Paul Billings | 12/25/2019 | 5480718 | VIRGIN HOLIDAYS LIMITED |
| 18346528. | 11/25/2019 | 539.00 | Michelle Smith | 12/25/2019 | 5688514 | VIRGIN HOLIDAYS LIMITED |
| 18342239. | 11/25/2019 | 1,470.01 | Lynn Nowicki | 12/25/2019 | 5725445 | VIRGIN HOLIDAYS LIMITED |
| 18343407. | 11/25/2019 | 2,030.00 | Malcolm Beaumont | 12/25/2019 | 5728424 | VIRGIN HOLIDAYS LIMITED |
| 18701801. | 11/25/2019 | 1,078.00 | Deborah Mclean | 12/25/2019 | 5904182 | VIRGIN HOLIDAYS LIMITED |
| 19051515 | 11/25/2019 | 1,965.60 | Richard Dixon | 12/25/2019 | 5965952 | VIRGIN HOLIDAYS LIMITED |



| 19255215 | 11/25/2019 | 616.00 | Ryan Parr | 12/25/2019 | 5998860 | VIRGIN HOLIDAYS LIMITED |
|---|---|---|---|---|---|---|
| 18344586 | 11/26/2019 | 1,078.01 | Jason Woodrow | 12/26/2019 | 5424715 | VIRGIN HOLIDAYS LIMITED |
| 18340946 | 11/26/2019 | 1,568.00 | Stephen Howden | 12/26/2019 | 5477323 | VIRGIN HOLIDAYS LIMITED |
| 18340134 | 11/26/2019 | 1,428.01 | Caroline Cato | 12/26/2019 | 5606925 | VIRGIN HOLIDAYS LIMITED |
| 18783560 | 11/26/2019 | 1,232.00 | Victoria Lowe | 12/26/2019 | 5916815 | VIRGIN HOLIDAYS LIMITED |
| 19119137 | 11/26/2019 | 1,575.00 | Andrew Palmer | 12/26/2019 | 5984726 | VIRGIN HOLIDAYS LIMITED |
| 19242037 | 11/26/2019 | 924.00 | Linda Mycock | 12/26/2019 | 5998270 | VIRGIN HOLIDAYS LIMITED |
| 18345006 | 11/27/2019 | 1,288.00 | Angela Newby | 12/27/2019 | 5529338 | VIRGIN HOLIDAYS LIMITED |
| 18359364 | 11/27/2019 | 1,470.00 | Laura Smith | 12/27/2019 | 5543608 | VIRGIN HOLIDAYS LIMITED |
| 18667168 | 11/27/2019 | 1,078.00 | Louise Brogan | 12/27/2019 | 5894702 | VIRGIN HOLIDAYS LIMITED |
| 18863081 | 11/27/2019 | 1,207.36 | Victoria Smith | 12/27/2019 | 5928355 | VIRGIN HOLIDAYS LIMITED |
| 18952319 | 11/27/2019 | 848.68 | Rebecca Vaughan | 12/27/2019 | 5943684 | VIRGIN HOLIDAYS LIMITED |
| 19050635 | 11/28/2019 | 1,724.80 | Paul Foster | 12/28/2019 | 5961844 | VIRGIN HOLIDAYS LIMITED |
| 19052278 | 11/28/2019 | 721.28 | Trina Ryan | 12/28/2019 | 5964850 | VIRGIN HOLIDAYS LIMITED |
| 19224580 | 11/28/2019 | 828.00 | Lee Crawford | 12/28/2019 | 5998052 | VIRGIN HOLIDAYS LIMITED |
| 18356137 | 11/29/2019 | 1,470.00 | John Young | 12/29/2019 | 5551561 | VIRGIN HOLIDAYS LIMITED |
| 18340577 | 11/29/2019 | 1,078.01 | David Holland | 12/29/2019 | 5669366 | VIRGIN HOLIDAYS LIMITED |
| 18356145 | 11/29/2019 | 1,470.00 | Victoria Palmer | 12/29/2019 | 5750753 | VIRGIN HOLIDAYS LIMITED |
| 18343570 | 11/29/2019 | 1,288.00 | Rhoderick Clezy | 12/29/2019 | 5761860 | VIRGIN HOLIDAYS LIMITED |
| 18342290 | 11/29/2019 | 1,960.01 | Louise Skinner | 12/29/2019 | 5844560 | VIRGIN HOLIDAYS LIMITED |
| 19049997 | 11/29/2019 | 901.60 | David Surtees | 12/29/2019 | 5960976 | VIRGIN HOLIDAYS LIMITED |
| 18346137 | 11/30/2019 | 1,610.01 | Lynne Yeadon | 12/30/2019 | 5536099 | VIRGIN HOLIDAYS LIMITED |
| 18342688 | 11/30/2019 | 1,778.00 | Steven Richardson | 12/30/2019 | 5687457 | VIRGIN HOLIDAYS LIMITED |
| 18342138 | 11/30/2019 | 1,470.00 | John Mcdonnell | 12/30/2019 | 5724436 | VIRGIN HOLIDAYS LIMITED |
| 18341735 | 11/30/2019 | 770.01 | Ryan Collings | 12/30/2019 | 5833840 | VIRGIN HOLIDAYS LIMITED |
| 18356726 | 11/30/2019 | 3,085.60 | Karen Miller | 12/30/2019 | 5852530 | VIRGIN HOLIDAYS LIMITED |
| 18655421 | 11/30/2019 | 1,078.00 | James Smith | 12/30/2019 | 5897117 | VIRGIN HOLIDAYS LIMITED |
| 19161889 | 11/30/2019 | 1,372.00 | Jason Kelly | 12/30/2019 | 5989408 | VIRGIN HOLIDAYS LIMITED |
| 18342649 | 12/1/2019 | 889.00 | Sara Smith | 12/31/2019 | 5701026 | VIRGIN HOLIDAYS LIMITED |
| 18343717 | 12/1/2019 | 1,288.00 | Katrina Ball | 12/31/2019 | 5706851 | VIRGIN HOLIDAYS LIMITED |
| 18341404 | 12/1/2019 | 770.01 | Sarah Deacon | 12/31/2019 | 5710086 | VIRGIN HOLIDAYS LIMITED |
| 18344875 | 12/1/2019 | 924.00 | Natalie-Jade Adams | 12/31/2019 | 5771794 | VIRGIN HOLIDAYS LIMITED |
| 18345562 | 12/1/2019 | 1,150.01 | Jason Purkiss | 12/31/2019 | 5809957 | VIRGIN HOLIDAYS LIMITED |
| 18356999 | 12/1/2019 | 2,410.20 | Andrew Marshall | 12/31/2019 | 5854103 | VIRGIN HOLIDAYS LIMITED |
| 19008812 | 12/1/2019 | 1,442.56 | Peter Joyce | 12/31/2019 | 5955389 | VIRGIN HOLIDAYS LIMITED |
| 18344285 | 12/2/2019 | 1,750.00 | Katherine Morgan | 1/1/2020 | 5411803 | VIRGIN HOLIDAYS LIMITED |
| 19055989 | 12/3/2019 | 862.40 | Amy Jackson | 1/2/2020 | 5966445 | VIRGIN HOLIDAYS LIMITED |
| 19253226 | 12/3/2019 | 770.01 | Thomas Ross | 1/2/2020 | 6003794 | VIRGIN HOLIDAYS LIMITED |
| 19309001 | 12/4/2019 | 644.00 | Annwen Philipson | 1/3/2020 | 6010151 | VIRGIN HOLIDAYS LIMITED |
| 18343411 | 12/5/2019 | 840.00 | Annmarie Oldham | 1/4/2020 | 5825103 | VIRGIN HOLIDAYS LIMITED |
| 19205471 | 12/5/2019 | 828.00 | Stephen Penketh | 1/4/2020 | 5985249 | VIRGIN HOLIDAYS LIMITED |
| 18340278 | 12/7/2019 | 819.00 | Jon Collingwood | 1/6/2020 | 5458615 | VIRGIN HOLIDAYS LIMITED |
| 18358988 | 12/7/2019 | 2,044.00 | Susan Langford | 1/6/2020 | 5642994 | VIRGIN HOLIDAYS LIMITED |



| | | | | | | |
|---|---|---|---|---|---|---|
| 18643360. | 12/7/2019 | 1,006.29 | Alan Williams | 1/6/2020 | 5896264 | VIRGIN HOLIDAYS LIMITED |
| 18643360. | 12/7/2019 | 539.00 | Jason Goodwin | 1/6/2020 | 5896262 | VIRGIN HOLIDAYS LIMITED |
| 19227360 | 12/7/2019 | 735.00 | Simon Botten | 1/6/2020 | 5999039 | VIRGIN HOLIDAYS LIMITED |
| | | 175,864.37 | | | | |

Acknowledged, understood, accepted and agreed upon this 15
day of November, 2019  on behalf of:

Contempo Florida Holiday

By: _____

Name: I. D. PARDOE

Title V. P.

**"all parties agree that a facsimile transmission should have the same validity as the original."**

Exhibit 10

**EXHIBIT "A"**

ExpoCredit LLC
1450 Brickell Avenue
Suite 2660
Miami, FL 33131

Based on the terms and conditions of the Factoring Agreement, we hereby sell, transfer and assign to ExpoCredit the
following accounts, as described below:

| INV_ID | INV_DATE | BAL_ASSIGN | PO_NO | DUE_DATE | DESCR | DTR_NAME |
|---|---|---|---|---|---|---|
| 18339843 | 11/25/2019 | 2,415.00 | Steven Palmer | 12/25/2019 | 5765171 | VIRGIN HOLIDAYS LIMITED |
| 18705889 | 11/27/2019 | 1,827.00 | Christopher Dray | 12/27/2019 | 5906571 | VIRGIN HOLIDAYS LIMITED |
| 18896404 | 11/28/2019 | 4,620.00 | Carol Gilroy | 12/28/2019 | 5932015 | VIRGIN HOLIDAYS LIMITED |
| 19050429 | 11/29/2019 | 3,964.80 | John Wilkes | 12/29/2019 | 5960245 | VIRGIN HOLIDAYS LIMITED |
| 18344963 | 11/30/2019 | 1,386.01 | Leanne Ho | 12/30/2019 | 5761272 | VIRGIN HOLIDAYS LIMITED |
| 19086324 | 11/30/2019 | 2,038.00 | Alexander Barclay | 12/30/2019 | 5977058 | VIRGIN HOLIDAYS LIMITED |
| 18344668 | 12/2/2019 | 1,568.01 | Heaher Harmer | 1/1/2020 | 5657269 | VIRGIN HOLIDAYS LIMITED |
| 18345534 | 12/2/2019 | 1,472.00 | Kathleen Titley | 1/1/2020 | 5837656 | VIRGIN HOLIDAYS LIMITED |
| 18972163 | 12/2/2019 | 1,078.00 | Gemma Spooner | 1/1/2020 | 5944778 | VIRGIN HOLIDAYS LIMITED |
| 18341866 | 12/3/2019 | 1,078.01 | Tracey Vincent | 1/2/2020 | 5260637 | VIRGIN HOLIDAYS LIMITED |
| 18339947 | 12/3/2019 | 1,632.00 | Lisa Davis | 1/2/2020 | 5285383 | VIRGIN HOLIDAYS LIMITED |
| 18345323 | 12/3/2019 | 1,610.01 | Richard Watson | 1/2/2020 | 5444551 | VIRGIN HOLIDAYS LIMITED |
| 18343856 | 12/3/2019 | 2,450.00 | Edward Joseph | 1/2/2020 | 5732240 | VIRGIN HOLIDAYS LIMITED |
| 18343238 | 12/3/2019 | 1,372.00 | Christopher Walker | 1/2/2020 | 5802118 | VIRGIN HOLIDAYS LIMITED |
| 18343974 | 12/3/2019 | 1,610.01 | Nicholas Frost | 1/2/2020 | 5812497 | VIRGIN HOLIDAYS LIMITED |
| 18344235 | 12/4/2019 | 1,638.00 | Steven Hurry | 1/3/2020 | 5368145 | VIRGIN HOLIDAYS LIMITED |
| 18898954 | 12/4/2019 | 2,450.00 | John Little | 1/3/2020 | 5744919 | VIRGIN HOLIDAYS LIMITED |
| 18343670 | 12/5/2019 | 1,638.00 | Debbie Black | 1/4/2020 | 5577465 | VIRGIN HOLIDAYS LIMITED |
| 18404735 | 12/5/2019 | 1,610.01 | Jill Davies | 1/4/2020 | 5871595 | VIRGIN HOLIDAYS LIMITED |
| 19093392 | 12/5/2019 | 1,610.01 | Colin Blakeley | 1/4/2020 | 5979346 | VIRGIN HOLIDAYS LIMITED |
| 19362196 | 12/5/2019 | 2,436.00 | David Mccowatt | 1/4/2020 | 5999841 | VIRGIN HOLIDAYS LIMITED |
| 18340812 | 12/6/2019 | 2,151.00 | Bernadette Raby | 1/5/2020 | 5688287 | VIRGIN HOLIDAYS LIMITED |
| 18343889 | 12/7/2019 | 1,504.01 | Andrew Barton | 1/6/2020 | 5611438 | VIRGIN HOLIDAYS LIMITED |
| 18342921 | 12/7/2019 | 1,884.01 | Terry Watson | 1/6/2020 | 5727210 | VIRGIN HOLIDAYS LIMITED |
| 18345665 | 12/7/2019 | 1,394.01 | Linda Cockrill | 1/6/2020 | 5848701 | VIRGIN HOLIDAYS LIMITED |
| 18345425 | 12/8/2019 | 2,197.00 | Johnson Norman | 1/7/2020 | 5691772 | VIRGIN HOLIDAYS LIMITED |
| 18341791 | 12/9/2019 | 1,269.01 | Andrew Hanson | 1/8/2020 | 5612116 | VIRGIN HOLIDAYS LIMITED |
| 18655456 | 12/9/2019 | 539.00 | Jacqueline Bolam | 1/8/2020 | 5897361 | VIRGIN HOLIDAYS LIMITED |
| 18891334 | 12/9/2019 | 1,012.00 | Fiona Rushmore | 1/8/2020 | 5930195 | VIRGIN HOLIDAYS LIMITED |
| 19060873 | 12/9/2019 | 805.00 | Heather Holmes | 1/8/2020 | 5969170 | VIRGIN HOLIDAYS LIMITED |
| 18346325 | 12/9/2019 | 2,320.01 | Michaela Parson | 1/8/2020 | 5655986 | VIRGIN HOLIDAYS LIMITED |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18569168 | 12/10/2019 | 1,775.00 | Ashley Williams | 1/9/2020 | 5737929 | VIRGIN HOLIDAYS LIMITED |
| 18342199 | 12/10/2019 | 2,400.00 | Kim Local | 1/9/2020 | 5750817 | VIRGIN HOLIDAYS LIMITED |
| 18344824 | 12/10/2019 | 1,728.00 | Samuel Blackman | 1/9/2020 | 5795216 | VIRGIN HOLIDAYS LIMITED |
| 18544892 | 12/11/2019 | 1,232.00 | Harjot Takhtar | 1/10/2020 | 5864341 | VIRGIN HOLIDAYS LIMITED |
| 18827750 | 12/11/2019 | 2,625.00 | Sarah Argent | 1/10/2020 | 5780266 | VIRGIN HOLIDAYS LIMITED |
| 19021145 | 12/11/2019 | 2,470.79 | Julian Varley | 1/10/2020 | 5952875 | VIRGIN HOLIDAYS LIMITED |
| 18947521 | 12/12/2019 | 980.00 | Andrew Batton | 1/11/2020 | 5943098 | VIRGIN HOLIDAYS LIMITED |
| 18342993 | 12/12/2019 | 2,814.00 | Nicola Sullivan | 1/11/2020 | 5562109 | VIRGIN HOLIDAYS LIMITED |
| 18341400 | 12/12/2019 | 1,834.00 | Shelley Selby | 1/11/2020 | 5676831 | VIRGIN HOLIDAYS LIMITED |
| 18346266 | 12/12/2019 | 3,150.00 | Aaron Dronsfield | 1/11/2020 | 5720891 | VIRGIN HOLIDAYS LIMITED |
| 19052305 | 12/12/2019 | 2,520.00 | Jennifer Dawson | 1/11/2020 | 5963467 | VIRGIN HOLIDAYS LIMITED |
| 19149563 | 12/12/2019 | 1,995.00 | Mandy Moran | 1/11/2020 | 5987843 | VIRGIN HOLIDAYS LIMITED |
| 18496805 | 12/13/2019 | 1,302.00 | Thomas Stabler | 1/12/2020 | 5881895 | VIRGIN HOLIDAYS LIMITED |
| 18347123 | 12/14/2019 | 2,150.00 | Charlene Wood | 1/13/2020 | 5531814 | VIRGIN HOLIDAYS LIMITED |
| 18356795 | 12/14/2019 | 2,640.00 | Philip Collins | 1/13/2020 | 5536724 | VIRGIN HOLIDAYS LIMITED |
| 18356259 | 12/14/2019 | 1,910.00 | Gillian Snelson | 1/13/2020 | 5725594 | VIRGIN HOLIDAYS LIMITED |
| 18344565 | 12/14/2019 | 2,041.00 | Dean Murray | 1/13/2020 | 5763523 | VIRGIN HOLIDAYS LIMITED |
| 19051746 | 12/14/2019 | 1,420.00 | Michelle Hayes | 1/13/2020 | 5962957 | VIRGIN HOLIDAYS LIMITED |
| 18340560 | 12/15/2019 | 1,169.00 | Susan Wallace | 1/14/2020 | 5679537 | VIRGIN HOLIDAYS LIMITED |
| 18343814 | 12/15/2019 | 2,700.00 | Claire Palmer | 1/14/2020 | 5425179 | VIRGIN HOLIDAYS LIMITED |
| 18723705 | 12/15/2019 | 2,226.00 | Sandra Hogg | 1/14/2020 | 5910522 | VIRGIN HOLIDAYS LIMITED |
| 19246836 | 12/16/2019 | 1,266.01 | Georgia Casey | 1/15/2020 | 6002914 | VIRGIN HOLIDAYS LIMITED |
| 18341909 | 12/17/2019 | 1,424.01 | Elizabeth Firth | 1/16/2020 | 5860061 | VIRGIN HOLIDAYS LIMITED |
| 18862963 | 12/17/2019 | 2,780.00 | Michael Thompson | 1/16/2020 | 5928473 | VIRGIN HOLIDAYS LIMITED |
| 18346462 | 12/19/2019 | 1,530.00 | Nicola Hughes | 1/18/2020 | 5310384 | VIRGIN HOLIDAYS LIMITED |
| 18355987 | 12/19/2019 | 2,030.00 | Amanda Smith | 1/18/2020 | 5436442 | VIRGIN HOLIDAYS LIMITED |
| 18666690 | 12/19/2019 | 2,187.00 | Laura Killick | 1/18/2020 | 5902751 | VIRGIN HOLIDAYS LIMITED |
| 18347075 | 12/20/2019 | 1,575.00 | Paul Dronfield | 1/19/2020 | 5413907 | VIRGIN HOLIDAYS LIMITED |
| 18891181 | 12/20/2019 | 901.60 | Jane Ballard | 1/19/2020 | 5929468 | VIRGIN HOLIDAYS LIMITED |
| 18702611 | 12/21/2019 | 1,310.40 | Jamie Tranter | 1/20/2020 | 5905139 | VIRGIN HOLIDAYS LIMITED |
| 18358606 | 12/21/2019 | 1,456.00 | David 1 Of 2 Wilcox | 1/20/2020 | 5357028-1 | VIRGIN HOLIDAYS LIMITED |
| 18358604 | 12/21/2019 | 1,456.00 | David 2 Of 2 Wilcox | 1/20/2020 | 5357028-2 | VIRGIN HOLIDAYS LIMITED |
| 18347034 | 12/22/2019 | 1,470.00 | David Prill | 1/21/2020 | 5832911 | VIRGIN HOLIDAYS LIMITED |

119,045-72

Acknowledged, understood, accepted and agreed upon this 27 day of November, 2019 on behalf of:

Contempo Florida Holiday

By: _____

Name: I. D. PARDOE

Title V. P.

*"all parties agree that a facsimile transmission should have the same validity as the original."*