**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

Contempo Florida Holidays Limited, Inc.,
          Debtor.
_____/

Douglas N. Menchise, Chapter 7 Trustee
          Plaintiff,
v.

ExpoCredit, LLC,
          Defendant.
_____/

Case No.: 8:19-bk-11518-MGW
Chapter 7 case

Adv. Pro. No.: 8:21-ap-00020-MGW

**DISCLOSURE OF EXPERT WITNESS**

        Plaintiff, Douglas N. Menchise, as Chapter 7 Trustee ("Trustee"), by and through undersigned counsel pursuant to the Order Granting Motion for Amended Pretrial Schedule and Rescheduling Trial (Doc. 16), discloses the following expert witness:

    Soneet R. Kapila
    KapilaMukamal, LLP
    1000 South Federal Hwy., Suite 200
    Fort Lauderdale, FL 33316

Mr. Kapila will testify at trial regarding the financial transactions underlying the Trustee's Adversary Complaint in this proceeding. A copy of Mr. Kapila's current *curriculum vitae* is attached hereto as ***Exhibit "A"***.

DATED: December 1, 2021

**SHUMAKER, LOOP & KENDRICK, LLP**

By: ___/s/ Steven M. Berman_____
    Steven M. Berman, Esq. (FBN: 856290)
    sberman@shumaker.com
    bgasaway@shumaker.com
    101 E. Kennedy Blvd., Suite 2800
    Tampa, FL 33602
    Phone: (813) 229-7600
    Fax: (813) 229-1660
    *Counsel for Douglas N. Menchise,*
    *As Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on December 1, 2021, a true and correct copy of the foregoing was furnished via e-mail or CM/ECF notice to all counsel of record and via U.S. Mail to:

Office of the United States Trustee
501 E. Polk Street
Suite 1200
Tampa, Florida 33602
*Via US Mail*

ExpoCredit, LLC
c/o Irene Bassel
Akerman Senterfitt
401 E. Jackson Street, Suite 1700
Tampa, FL 33602
*Via CM/ECF*

Lawrence Silverman
3 Brickell City Centre
98 S.E. 7th St.
Miami, FL 33131
lawrence.silverman@akerman.com
*Via E-Mail*

*Counsel for Catalina Pelaez, Maria Fernanda Larrazabal, Ana Maria Azcarate and Valeria Barragan*


    */s/ Steven M. Berman*
**Steven M. Berman, Esquire**