# EXHIBIT A

# Soneet R. Kapila, CPA, CIRA, CFE, CFF

kapila@kapilamukamal.com



Soneet R. Kapila, of East Indian origin, born in Kenya, Africa, is the founder of Soneet R. Kapila, P.A., d/b/a Kapila & Company and founding partner of *KapilaMukamal, LLP* . For over 25 years, he has concentrated his efforts in the areas of consulting in insolvency, fiduciary and creditors' right matters.    Recognized for his acumen as a "business man", he has been appointed in Federal District Court, Bankruptcy Court  and Florida State Court and served in the roles of Chief Restructuring Officer, S.E.C. Corporate Monitor, Examiner, Chapter 11 Trustee of Operating Businesses, Liquidating Trustee and Receiver.

## *Professional Experience*

Mr. Kapila's practice is focused on restructuring, creditors' rights, bankruptcy, fiduciary matters and financial transactions litigation.  He represents other bankruptcy trustees, debtors and both secured and unsecured creditors in and out of bankruptcy court.  He also regularly advises clients about insolvency and implications involved in business transactions and the operation of distressed businesses.  As a Trustee plaintiff, Mr. Kapila has managed complex litigation in significant cases.

As a fiduciary, he has advised and represented debtors and creditors' committees in formulating, analyzing and negotiating plans of reorganization.  Recognized as a expert in fraudulent conveyance, Ponzi schemes and insolvency issues, Mr. Kapila has provided expert testimony and extensive litigation support services to law firms involving complex insolvency issues and commercial damages.  He is a sitting trustee on the panel of U.S. Bankruptcy Trustees (Southern District of Florida) and has served in numerous matters in both the Southern and Middle Districts of Florida.

He has conducted numerous forensic and fraud investigations and has worked in conjunction with the Securities and Exchange Commission (SEC),  Federal Bureau of Investigation (FBI) and the United States Attorney's Office.

---

## *EDUCATION / QUALIFICATIONS*

**Certified Public Accountant (CPA) - Florida**
**Certified Insolvency and Restructuring Advisor (CIRA)**
**Certified Fraud Examiner (CFE)**
**Certified in Financial Forensics (CFF)**
**Certified in Bankruptcy Mediation—Training**
**—St. John's University (2014)**
**MBA, Cranfield School of Management Studies, England**
**Institute of Chartered Accountants in England and Wales**

## *PROFESSIONAL AFFILIATIONS*

**American College of Bankruptcy**
**American Institute of Certified Public Accountants**
**Florida Institute of Certified Public Accountants**
**Association of Insolvency & Restructuring Advisors**
**Association of Certified Fraud Examiners**
**American Bankruptcy Institute**
**National Association of Bankruptcy Trustees**
**National Association of Federal Equity Receivers**

---

## *ROLES*

**Bankruptcy Trustee—Chapter 7, 11 & Subchapter V**
**Liquidating Trustee / Plan Administrator**
**Chief Restructuring Officer**
**Corporate Monitor / Examiner**
**Receiver / Assignee**

## *ACCOMPLISHMENTS*

* **Fellow, American College of Bankruptcy** – 2013
* **Top CPAs and Litigation Support Professionals**, South Florida Legal Guide—multiple years
* **Power Leaders in Law and Accounting** – South Florida Business Journal – 2014, 2015
* **Best Trustee** – Daily Business Review's Best of 2012
* **Key Partners Award Honoree** – South Florida Business Journal – 2010
* **Bronze Medal Award** – 3rd highest score, Examination of the Association of Insolvency and Restructuring Advisors – 1996

---

## *AREAS OF EXPERTISE*

**Bankruptcy and Insolvency**
**Creditors Rights**
**Restructuring**
**Financial Transactions Litigation**
**Complex Commercial Litigation**



CPAs, Forensic and Insolvency Advisors

# Soneet R. Kapila, CPA, CIRA, CFE, CFF

kapila@kapilamukamal.com



## SPEAKING ENGAGEMENTS

American Bankruptcy Institute
American Bar Association
Association of Insolvency & Restructuring Advisors
Bankruptcy Bar Association for the Southern District of Florida
Central Florida Bankruptcy law Association
Florida Bankruptcy Bar
Florida Institute of Certified Public Accountants
Florida International University, School of Law
National Association of Bankruptcy Trustees
National Bankruptcy Conference
National Business Institute
National Conference of Bankruptcy Judges
New York Law School
St. Thomas University Law School
Stetson College of Law, Insolvency Symposium – Germany
Turnaround Management Association
University of Miami, School of Law

## CIVIC, VOLUNTEER AND PHILANTHROPIC

### - Past and Present

**The Kapila Family Foundation -** Director

**American Bankruptcy Institute** -
  Treasurer—2020
  Member of the Executive Committee—2019—>
  Member of Board of Directors - 2016—>
  Southeast Regional Conference:
    Chairperson of Advisory Board, 2016
    Advisory Board, - 2012-2017 and Co-Chair 2015
  Caribbean Insolvency Symposium -
    Advisory Board—2010-2014 and Co-Chair 2015

**Association of Insolvency and Restructuring Advisors** -
  Board of Directors
  Past Chairman and Past President

**The Florida Bar**, Member, Grievances Committee

**Hialeah-Miami Springs, NW Dade Chamber of Commerce** -
  Board of Directors (Past)

**The American Group of CPA Firms -** Chairman
  – Litigation Support Services Committee of the
   National Training and Experience Sharing Program

## KapilaMukamal, LLP

1000 S. Federal Highway, Suite 200

Fort Lauderdale, FL 33316

954-761-1011

www.kapilamukamal.com

## REPRESENTATIVE CLIENTS

| | |
|---|---|
| **Laser Spine Institute, et al** | *Assignee* |
| **Global Asset Rental, LLC** | *Chief Restructuring Officer* |
| **FF Fund I, LLC** | *Chief Restructuring Officer* |
| **City of Detroit, Michigan** | *Financial Advisors to Fee Examiner* |
| **SMF Energy Corporation** | *CRO, Liquidating Trustee* |
| **Fontainebleau Las Vegas, LLC** | *Chapter 7 Trustee* |
| **Universal Health Care Group, LLC / American Managed Care, Inc.** | *Chapter 11 / Liquidating Trustee* |
| **Simply Fashion Stores, LLC** | *Chief Restructuring Officer* |
| **Spear & Jackson, Inc** | *Corporate Monitor – SEC Appointment* |
| **Miami Neurological Institute, LLC** | *Chapter 11/Chapter7 Trustee* |
| **Louis J. Pearlman / TransContinental Airlines, et al** – | *Chapter 11 Trustee / Liquidating Trustee* |
| **Levitt & Sons** | *Chief Administrator* |
| **Planet Hollywood International, Inc** | *Examiner* |
| **Banco Latino** International | *Financial Consultants to Official Committee of Unsecured Creditors* |
| **Southeast Bank Corp** | *Financial Advisors to Chapter 7 Trustee* |
| **SEC v. Christopher Freeman Brogdon** | *Corporate Monitor - SEC Appointment* |

## PUBLICATIONS

*"New Receivership Act Streamlines Receiver's Role for Lenders, Other Stakeholders" -* Daily Business Review (Sept. 2020)

*"Eye of the Evaluator—The Role of Contingent Liabilities in an Insolvency Analysis" -* American Bankruptcy Institute Journal— (April, 2018)

*"Best Practices in the Treasury Functions of a Chapter 7 Trustee's Office"* – American Bankruptcy Trustee Journal (NABT) (Fall, 2015)

*"Fraud and Forensics: Piercing Through The Deception In A Commercial Fraud Case"* – American Bankruptcy Institute – 2015

*"Ponzi Schemes: Fiduciaries May Be The Saving Grace"*, ABI Journal (2014)

*"A Health Care Fraud and Bankruptcy Primer"*, Southern District of Florida Bankruptcy Bar Association Journal (2014)

*"Hidden Resources in a Small Business"*



CPAs, Forensic and Insolvency Advisors